ORIGINAL

FILED
MAR 30 2004
U.S. COURT OF FEDERAL CLAIMS

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation<br><br>v.<br><br>THE UNITED STATES | NO. 04-487<br><br>PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT |

Pursuant to RCFC 7.1(a), plaintiff Travelers Casualty and Surety Company of America discloses the following:

Travelers Casualty and Surety Company of America is a Connecticut corporation which is 100% owned by Travelers Property Casualty Corporation which is a publicly traded company on the New York Stock Exchange.

DATED this 29th day of March, 2004.

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.

By: [signature]
James T. Hopkins, WSBA #11856
Attorney for Travelers Casualty and Surety Company of America

ORIGINAL



SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle WA 98101
(206) 448-8100 Fax (206) 448-8514

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2004, I sent for filing the foregoing to the Clerk of the Court via Federal Express. As of this date, no other parties have appeared in this action. I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct.

EXECUTED at Seattle, Washington this 29th day of March, 2004.

Laurel Barton


**SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.**
1601 Fifth Avenue, Suite 2500
Seattle WA 98101
(206) 448-8100 Fax (206) 448-8514