**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation<br><br>v.<br><br>THE UNITED STATES | NO. 04-487<br><br>PLAINTIFF'S AMENDED RULE 7.1 DISCLOSURE STATEMENT |

Pursuant to FRCP 7.1, plaintiff Travelers Casualty and Surety Company of America amends its disclosure as follows:

Travelers Casualty and Surety Company of America is 100% owned by Travelers Casualty and Surety Company, which is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The St. Paul Travelers Companies, Inc. The St. Paul Travelers Companies, Inc. is the only publicly held company in the corporate family.



**SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.**
1601 Fifth Avenue, Suite 2500
Seattle WA 98101
(206) 448-8100 Fax (206) 448-8514

DATED this 21th day of April, 2004.

*S/ James T. Hopkins*

James T. Hopkins, WSBA #11856
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: jth@soslaw.com
Attorneys for plaintiff Travelers Casualty and Surety Co. of America

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2004, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system. As of this date, no other parties have appeared in this action. I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct.

EXECUTED at Seattle, Washington this 21st day of April, 2004.

*S/ James T. Hopkins*
James T. Hopkins, WSBA #11856
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: jth@soslaw.com
Attorneys for plaintiff Travelers Casualty and Surety Co. of America