IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-487C (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARNCE**

To the Clerk:

Please enter the appearance of DAVID R. FENIGER as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

David R. Feniger
U.S. Department of Justice, Civil Division
Commercial Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530

Dated: April 26, 2004

s/ David R. Feniger
DAVID R. FENIGER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tel: (202) 307-3390
Fax: (202) 305-2118