IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-487C (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of this Court, defendant respectfully requests a 45-day enlargement of time to and including July 12, 2004, within which to respond to plaintiff's complaint. The Government's response is currently due on May 28, 2004. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that he does not oppose this motion.

This enlargement motion is necessary because counsel for the United States has not obtained a litigation report from the agency. See 28 U.S.C. § 520.

This request is also necessary because of the undersigned's extremely active workload. Government counsel is required to file an appellate brief in the matter of Oliver v. Department of the Army, No. 04-3175 (Fed. Cir.) no later than May 21, 2004. The undersigned must also attend an alternate dispute resolution conference in the matter of Swiss Reinsurance v. United States, No. 04-0095C (Fed. Cl.) on May 21, 2004. Government counsel is required to file a joint preliminary status report in Young v. United States, No. 02-1368C (Fed. Cl.) no later than

June 1, 2004, and by June 4, 2004, Government counsel is required to file a post-trial brief in the matter of Southern Comfort v. United States, No. 00-755C (Fed. Cl.) that is expected to be approximately 50 pages in length. In addition, the undersigned is required to file an appellate brief in Caravetta v. United States, No. 04-5059C (Fed. Cir.) no later than June 4, 2004. Government counsel will be presenting oral argument in the matter of Hicks v. Department of Treasury, No. 04-3028 (Fed. Cir.) on June 11, 2004. The undersigned expects that it will be required to file a reply brief in the matter of Swiss Reinsurance v. United States, No. 04-0095C (Fed. Cl.) no later than the end of June 2004. Government counsel is required to file a joint preliminary status report in the matter of Washington Office Center v. United States, No. 04-165C (Fed. Cl.) no later than June 28, 2004, and must file a responsive pleading in Reis v. United States, No. 04-288C (Fed. Cl.) by July 2, 2004. The undersigned is also required to file a reply brief in Southern Comfort v. United States, No. 00-755C (Fed. Cl.) no later than July 6, 2004. It is also likely that an oral argument or trial on liability will be held in the next month in the matter Riley Construction Co., Inc. v. United States, No. 02-953C (Fed. Cl.). In addition, Government counsel is actively in the process of attempting to settle the matters of Curtis v. United States, No. 00-632C (Fed. Cl.) and Hughes v. United States, No. 03-1760C (Fed. Cl.) Accordingly, the additional time is necessary to enable Government counsel to obtain and review the litigation report, analyze its supporting documentation, evaluate the complaint, confer with agency counsel, draft an appropriate response and obtain supervisory review of the response.

For these reasons, defendant respectfully requests that the Court grant defendant's unopposed motion for an enlargement of time of 45 days, to and including July 12, 2004, within which to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/ David R. Feniger
DAVID R. FENIGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 307-3390
Fax (202) 305-2118
Attorneys for Defendant

May 21, 2004