IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-487C (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of this Court, both parties respectfully request a 15-day enlargement of time to and including September 17, 2004, within which to file our joint preliminary status report. According to the docket sheet, the report is currently due on September 2, 2004. This is the parties' first request for an enlargement of time for this purpose.

This request is necessary for two reasons. First, with the exception of two days, Government counsel was out of the office from July 14, 2004 until August 30, 2004, due to paternity leave. Upon Government counsel's return to the office, plaintiff's counsel is actively involved in a mediation in the matter of Travelers Casualty and Surety Company of America v. Phillip E. Godfrey, et al., No. CV4-0662P (United States District Court for the Western District of Washington). In that matter, counsel for Travelers must submit a mediation brief on September 3, 2004, and participate in a mediation on September 7, 2004 – both of which will occupy his time during the first week of September.

For these reasons, the parties respectfully requests that the Court grant our unopposed motion for an enlargement of time of 15 days, to and including September 17, 2004, within which to respond to plaintiff's complaint.

Respectfully submitted,

s/ James T. Hopkins
JAMES T. HOPKINS
Schiffrin Olson Schlemlein & Hopkins
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Washington, DC 20005
Tel. (206) 448-8100
Fax (206) 448-8514
Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella by Franklin E. White, Jr.
JAMES M. KINSELLA
Deputy Director

s/ David R. Feniger
DAVID R. FENIGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 307-3390
Fax (202) 305-2118
Attorneys for Defendant

August 30, 2004