IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-487C<br>(Judge Block) |

JOINT MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of this Court, both parties respectfully request an enlargement of the discovery deadlines earlier set by this Court in its September 17, 2004 order. This is the parties' first request for an enlargement of time for this purpose.

This request is necessary primarily because Mr. Earnie Mendenhall, the Government's quality inspector upon the project that is the subject of this lawsuit, was assigned to Iraq for much of 2005 as part of the Corps of Engineers reconstruction efforts in that country. Although Mr. Mendenhall is now available for deposition and the parties have concluded almost all other fact discovery, we respectfully request that the Court modify it's scheduling order as follows:

a. Conclusion of fact discovery by November 11, 2005.

b. Expert disclosures by December 12, 2005.

c. Expert witness discovery concluded by January 11, 2006.

d. A joint status report filed by the parties by Febuary 10, 2006

For these reasons, the parties respectfully request that the Court grant our motion for enlargement of discovery deadlines.

Respectfully submitted,

s/ James T. Hopkins
JAMES T. HOPKINS
Schiffrin Olson Schlemlein & Hopkins
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Washington, DC 20005
Tel. (206) 448-8100
Fax (206) 448-8514
Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-7586
Fax (202)514-7969
Attorneys for Defendant

October 24, 2005