HONORABLE LAWRENCE J. BLOCK

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation<br><br>v.<br><br>THE UNITED STATES | NO. 04-487<br><br>**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT** |

Plaintiff Travelers Casualty and Surety Company of America ("Travelers") submits this memorandum in support of its motion for an order granting it leave to amend its complaint and file a first amended complaint in the form attached to its motion. This court, as do other federal courts, has emphasized that "leave to amend should be freely permitted absent sufficient explicit reasons indicating it should be denied." State of Alaska v. United States, 15 Cl. Ct. 276, 279 (1988). A motion to amend should therefore be granted unless the opposing party clearly demonstrates substantial prejudice by showing it will be "severely disadvantaged or incapable of presenting facts or evidence." Id.

Plaintiff's proposed first amended complaint adds no new causes of action or legal theories. Rather, the amendments reflect minor revisions and amplify the plaintiff's



**SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.**
1601 Fifth Avenue, Suite 2500
Seattle WA 98101
(206) 448-8100 Fax (206) 448-8514

allegations in support of its nondisclosure and misrepresentation causes of action, based upon discovery that has occurred in this case to date. Most notably, that discovery has revealed the government's geotechnical engineer, who prepared the test pit logs for the project included in the contract documents, also prepared a geotechnical report. That report was neither disclosed nor made available to the contractor. Plaintiff contends the report constituted superior knowledge that the government had a duty to disclose and without the benefit of the report the test pit logs alone were misleading and did not accurately convey the results of the government's test pit explorations.

These amended allegations should come as no surprise to the government and do not prejudice it in any fashion. Accordingly, plaintiff's motion should be granted.

Respectfully submitted this 27th day of October, 2005.

*S/ James T. Hopkins*
James T. Hopkins, WSBA #11856
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: jth@soslaw.com
Attorneys for plaintiff Travelers Casualty and Surety Co. of America

## CERTIFICATE OF SERVICE

I hereby certify that on, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system. I caused to be served upon counsel of record, at the address(es) stated below, via the method of service indicated, a true and correct copy of the following documents:

J. Reid Prouty
Department of Justice
1100 L Street NW
11th Floor
Washington, DC 20530
Via Hand Delivery

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

EXECUTED at Seattle, Washington this, 27th of October, 2005.

_S/ James T. Hopkins_
James T. Hopkins, WSBA #11856
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: jth@soslaw.com
Attorneys for plaintiff Travelers Casualty and Surety Co. of America