IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-487C<br>(Judge Block) |

JOINT STATUS REPORT

Pursuant to the Court's order, dated October 25, 2005, the parties present this joint status report.

Discovery has been completed as scheduled. The Government intends to file a motion for summary judgment in this case and proposes that it be filed on or before Monday, March 13, 2006, which is 31 days hence. Plaintiff's response and the Government's reply would be due as dictated by the Court's rules.

Plaintiff notes that its complaint in this case was filed nearly two years ago. Plaintiff requests the Court to now determine the appropriate location of trial, either Seattle, Washington or Anchorage, Alaska, and set a trial date and other pretrial deadlines. Additionally, plaintiff believes the remaining schedule for this case should provide for ADR or a settlement conference at some point prior to trial. To date, there have been no meaningful settlement discussions between the parties. Plaintiff's offer to participate in mediation has thus far been declined by the Government.

The Government believes, however, that it would be better to address these issues, if necessary, only after the Court has had the opportunity to rule upon its motion for summary judgment. Plaintiff does not believe this case will be resolved on summary judgment and to defer setting a trial schedule until after a ruling on the Government's motion would jeopardize the ability of the parties and the Court to conduct a trial of this case during the summer or early fall of this year.

Respectfully submitted,

s/ James T. Hopkins
JAMES T. HOPKINS
Schiffrin Olson Schlemlein & Hopkins
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Washington, DC 20005
Tel. (206) 448-8100
Fax (206) 448-8514
Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-7586
Fax (202)514-7969

Attorneys for Defendant

February 10, 2006