# United States Court of Federal Claims

No. 04-487 C
February 15, 2006

**Travelers Casualty and Surety Company of America,**

***Plaintiff,***

**v.**

**United States of America,**

***Defendant.***

**SCHEDULING ORDER**

On February 10, 2006 the parties filed a joint status report indicating that discovery in this case is completed. Defendant indicates that it intends to file a motion for summary judgment pursuant to RCFC 56(b). Plaintiff has requested that the court move ahead with pre-trial scheduling with the goal of holding a trial in either Anchorage, Alaska or Seattle, Washington "during the summer or early fall of this year."

It does not appear that the parties have yet engaged in any serious settlement discussions. Now that discovery is completed, it seems an appropriate time for the parties to convene a settlement discussion before moving forward with either motions for judgment or pre-trial planning. Therefore, the parties are **ORDERED** to conduct a settlement discussion (by telephone or in person) no later than **Wednesday, March 1, 2006** to evaluate settlement opportunities. If settlement appears to be an option in this case, the parties shall notify the court by a joint status report filed within one week of the settlement discussion, and the court will revisit scheduling matters at that time.

If settlement discussions are unsuccessful, defendant shall file its anticipated motion for summary judgment, if at all, no later than **Monday, March 13, 2006**, and subsequent briefing shall follow the schedule established by this court's rules. *See* RCFC 7.2(c).

s/Lawrence J. Block

**Lawrence J. Block**
**Judge**