IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-487C<br>(Judge Block) |

JOINT REQUEST FOR ENLARGEMENT OF TIME

Because counsel for the Government is participating in a meeting at the end of this week which will help determine the course of future settlement discussions, the parties respectfully request that the Court extend the deadlines set forth in its February 15, 2006 order by nine days.

As directed by the Court, counsel for the parties began settlement discussions prior to March 1, 2006. These discussions have reached the point that additional consultations by Government counsel with administrators from the Aleutians East Borough (which would possibly be financially affected by any settlement) are necessary prior to determining the next appropriate step regarding settlement in this case. These administrators will be in Washington, DC at the end of this week and counsel for the Government has arranged a meeting with them to discuss matters relating to this case. Subsequent to this meeting, Government counsel expects to be able to make a more definitive determination, in consultation with plaintiff's counsel, of what steps, if any, would be most likely to lead to settlement of this case, including whether alternative dispute resolution would be appropriate at this point.

Accordingly, the parties respectfully request that the Court extend the deadlines contained in its February 15, 2006 order by nine days.

s/ James T. Hopkins
JAMES T. HOPKINS
Schiffrin Olson Schlemlein & Hopkins
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Washington, DC 20005
Tel. (206) 448-8100
Fax (206) 448-8514
Attorneys for Plaintiff

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-7586
Fax (202)514-7969
Attorneys for Defendant

March 8, 2006