# United States Court of Federal Claims

No. 04-487 C
March 13, 2006

**Travelers Casualty and Surety Company of America,**

***Plaintiff*,**

**v.**

**United States of America,**

***Defendant*.**

**ORDER GRANTING REQUEST FOR ENLARGEMENT OF TIME**

On February 15, 2006 the court ordered the parties to conduct settlement discussions in this matter. On Wednesday, March 8, 2006, the parties apprised the court that settlement discussions are ongoing, and requested that deadlines imposed by the court's February 15 order be extended.

Since it appears that the parties are still engaged in meaningful settlement discussion, the joint request for an enlargement of time is **GRANTED**. The parties are **ORDERED** to file a joint status report not later than **Wednesday, March 22, 2006** apprising the court of the progress of the ongoing settlement discussions. In the event that settlement discussions are unsuccessful, defendant shall file its anticipated motion for summary judgment, if at all, no later than **Monday, March 27, 2006**, and subsequent briefing shall follow the schedule established by this court's rules. *See* RCFC 7.2(c).

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**