IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-487C (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order, dated March 13, 2006, the parties present this joint status report to inform the Court of the status of settlement negotiations in this case.

The parties have engaged in settlement discussions but have been unable to settle the case at this time. Accordingly, the Government intends to file its motion for summary judgment on March 27, 2006.

Respectfully submitted,

s/ James T. Hopkins
JAMES T. HOPKINS
Schiffrin Olson Schlemlein & Hopkins
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Washington, DC 20005
Tel. (206) 448-8100
Fax (206) 448-8514
Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-7586
Fax (202)514-7969
Attorneys for Defendant

March 22, 2006