SECTION TABLE OF CONTENTS

DIVISION 02 - SITE WORK

SECTION 02222

DREDGING, EXCAVATION AND DISPOSAL

PART 1 GENERAL

1.1 WORK COVERED.
1.2 CHARACTER OF MATERIALS.

PART 2 PRODUCTS (Not Applicable)

PART 3 EXECUTION

3.1 DREDGING AND EXCAVATION.
3.1.1 General
3.1.2 Equipment Operation Limits
3.1.3 Side Slopes
3.1.4 Maximum Payline
3.1.5 Excessive Dredging or Excavation
3.2 DISPOSAL
3.2.1 General.
3.2.2 Disposal Operations
3.2.3 Government-Furnished Disposal Area
3.3 SURVEYS
3.3.1 Pre-Dredge/Excavation Survey
3.3.2 Interim Condition Surveys
3.3.3 Post-Dredge/Excavation Survey

-- End of Section Table of Contents --

SECTION 02222

DREDGING, EXCAVATION AND DISPOSAL

PART 1 GENERAL

1.1 WORK COVERED.

Dredging shall include removal and disposal of all material as specified herein or indicated on the drawings.

1.2 CHARACTER OF MATERIALS.

Exploration logs for the area to be dredged and excavated are enclosed in Appendix A. Incidental sunken logs, boulders, rock, snags and other miscellaneous debris from harbor and fishing operations should be expected . Geophysical data for this area can be obtained from the Corps of Engineers, Geotechnical Branch - Soils and Geology Section, Alaska District.

PART 2 PRODUCTS (Not Applicable)

PART 3 EXECUTION

3.1 DREDGING AND EXCAVATION.

3.1.1 General

The Contractor shall notify the HarborMaster or local officials in advance of dredging and excavation operations and verify the disposal site location(s). All dredging and excavation shall be performed to the depths and grades shown on the drawings, and within the areas shown.

3.1.2 Equipment Operation Limits

The Contractor shall restrict the placement of dredging and excavating equipment to only that actually required to accomplish the work as specified and as defined on the drawings. This includes operation of a clamshell, pipeline cutterhead and any other dredging or excavating equipment.

3.1.3 Side Slopes

Side slopes shall be excavated as shown on the drawings.

3.1.4 Maximum Payline

Not more than 1 foot of excavation beyond the minimum depth indicated or more than 45 feet of side slope beyond the limits of work shown shall be included in quantities for payment.

3.1.5 Excessive Dredging or Excavation

If the Contracting Officer determines that over-dredging or over-excavation has resulted in incipient danger to foundations of structures or any in-harbor construction such as boat ramps, the Contractor shall restore the affected area with material approved by the Contracting Officer. The Contractor shall obtain the backfill from its own source.

3.2 DISPOSAL

3.2.1 General.

The material removed shall be transported to and deposited in areas specified below. No temporary or intermediate placement or stockpiling of material will be allowed, except within the Contractor's boat or barge, unless prior approval is obtained from the Contracting Officer.

3.2.2 Disposal Operations

Except as otherwise authorized by the Contracting Officer in writing, no material dredged by excavator, cutterhead and pipeline, or clamshell and scow or barge shall be dumped in the disposal area unless a representative of the Contracting Officer is present at the time. Any material that is deposited without a representative of the Contracting Officer present will not be paid for. For all such unwitnessed dumping, an average quantity will be estimated by the Government, and a deduction will be made to the final pay estimate based on unit prices current at the time of any such unwitnessed dumping. The Contractor shall assume all risks in dredged material disposal operations. Any material that is deposited elsewhere than in places designated or approved by the Contracting Officer will not be paid for and the Contractor may be required to remove such misplaced material and deposit it where directed, at its expense.

3.2.3 Government-Furnished Disposal Area

The excavated material shall be transported and deposited in the area as noted on the contract drawings, unless an alternate disposal area is approved by the Contracting Officer. The top of the dredged material in the disposal area shall not be higher than as shown on the drawings.

3.3 SURVEYS

3.3.1 Pre-Dredge/Excavation Survey

The Contractor shall perform a pre-dredge/excavation survey of the areas to be dredged in accordance with Section 01016, immediately prior to work. The Contractor shall notify the Contracting Officer, in writing, of his intent to survey, at least 10 days before beginning the survey.

3.3.2 Interim Condition Surveys

Interim condition surveys shall be conducted after removal of material, or portions thereof, to quantify material removed. Two interim condition surveys shall be conducted. The pattern and timing of condition surveys shall be subject to mutual agreement between the contractor and the Contracting Officer.

3.3.3 Post-Dredge/Excavation Survey

A post-dredge/excavation survey to determine if the project depths have

been attained over the entire project area shall be performed immediately following the work, in accordance with Section 01016. The Contractor shall notify the Contracting Officer at least 3 days in advance of beginning the survey. If project depths have not been attained, the Contractor shall remove the required additional material and a re-survey of the area shall be performed. This process shall be repeated until the required project depths are achieved.

ATTACHMENT A

SUBSURFACE CONDITIONS

| DEPARTMENT OF THE ARMY<br>North Pacific Division<br>U.S. Army Engineer District Alaska<br>EXPLORATION LOG | Project King Cove, Alaska Boat Harbor Expansion | Sheet 1 of 1 |
|---|---|---|
| | Location Coordinates: Northing 385,395± Easting 631,440± | |
| | Drilling Agency: [ ] Corps of Engineers [XXX] Other City of King Cove | |
| Hole Number: Field TP-1 Permanent TP-1 | Name of Driller: Dennis Cochran | Weather: Ptly Cldy, 40° |

| Type of Hole | Depth To | Depth Drilled | Total Depth |
|---|---|---|---|
| [XXX] Test Pit [ ] Auger Hole | 0.0 | 0.0 | 10.0 |

| Size and Type of Bit | Elevation Datum | Type of Equipment |
|---|---|---|
| Backhoe | [ ] MSL [ ] | John Deere 690B |

| Number of Samples | Type of Samples | Depth to Groundwater | Date |
|---|---|---|---|
| 0 | Grab | | June 29, 1996 |

| Top of Hole Elevation | Inspector | Chief, Soils Section | Chief, Geotechnical Branch |
|---|---|---|---|
| -1 ± | C. Wilson | J. Raychel | D. Thomas |

| Depth in Feet | % Water | Sample | Soil Legend | Classification | Max Size | Description and Remarks |
|---|---|---|---|---|---|---|
| 0–1 | | | SM | Silty SAND | | |
| 1–10 | | | | Gravel w/ few Cobbles & Boulders | | Easy digging<br>Sidewalls Caving-Refusal |
| 10 | | | | | | Bottom of hole 10.0<br>No Bedrock Encountered<br>Tidal Zone |

SECTION 02222 Page 5

NPA Form 19-E
Jun 92 Prev. Ed. Obsolete

| Project King Cove, Alaska Boat Harbor Expansion | Hole Number TP-1 |
|---|---|

| | | | |
|---|---|---|---|
| **DEPARTMENT OF THE ARMY**<br>North Pacific Division<br>U.S. Army Engineer District Alaska<br>**EXPLORATION LOG** | Project **King Cove, Alaska Boat Harbor Expansion** | | Sheet 1 of 1 |
| | Location Coordinates: Northing 385,460± Easting 631,355± | | |
| | Drilling Agency: [XXX] Other **City of King Cove** | | [ ] Corps of Engineers |
| Hole Number: Field **TP-2** Permanent **TP-2** | Name of Driller **Dennis Cochran** | Weather **Ptly Cldy, 40°** | |
| Type of Hole: [XXX] Test Pit [ ] Auger Hole | Depth To **0.0** | Depth Drilled **0.0** | Total Depth **10.0** |
| Size and Type of Bit **Backhoe** | Elevation Datum [ ] MSL [ ] | Type of Equipment **John Deere 690B** | |
| Number of Samples **0** | Type of Samples **Grab** | Depth to Groundwater | Date **June 29, 1996** |
| Top of Hole Elevation **1 ±** | Inspector **C. Wilson** | Chief, Soils Section **J. Raychel** | Chief, Geotechnical Branch **D. Thomas** |

| Depth in Feet | ∗ Water | Sample | Soil Legend | Classification | Max Size | Description and Remarks |
|---|---|---|---|---|---|---|
| 0–10 | | | | Gravel w/ Cobbles & Boulders | | Easy digging<br>Sidewalls Caving-Refusal |
| 10 | | | | | | Bottom of hole 10.0<br>No Bedrock Encountered<br>Tidal Zone |
| 15 | | | | | | |
| 20 | | | | | | |
| 25 | | | | | | |
| 30 | | | | | | |

SECTION 02222 Page 6

NPA Form 19-E
Jun 92 Prev. Ed. Obsolete

| | |
|---|---|
| Project **King Cove, Alaska Boat Harbor Expansion** | Hole Number **TP-2** |

**DEPARTMENT OF THE ARMY**

North Pacific Division
U.S. Army Engineer District Alaska

**EXPLORATION LOG**

| | |
|---|---|
| Project | King Cove, Alaska Boat Harbor Expansion |
| Sheet | 1 of 1 |
| Location Coordinates | Northing 385,455± Easting 631,295± |
| Drilling Agency | [ ] Corps of Engineers; [XXX] Other: City of King Cove |
| Hole Number | Field TP-3; Permanent TP-3 |
| Name of Driller | Dennis Cochran |
| Weather | Ptly Cldy, 40° |
| Type of Hole | [XXX] Test Pit; [ ] Auger Hole |
| Depth To | 0.0 |
| Depth Drilled | 0.0 |
| Total Depth | 5.0 |
| Size and Type of Bit | Backhoe |
| Elevation Datum | [ ] MSL |
| Type of Equipment | John Deere 690B |
| Number of Samples | 0 |
| Type of Samples | Grab |
| Depth to Groundwater | |
| Date | June 29, 1996 |
| Top of Hole Elevation | 8 ± |
| Inspector | C. Wilson |
| Chief, Soils Section | J. Raychel |
| Chief, Geotechnical Branch | D. Thomas |

| Depth in Feet | % Water | Sample | Soil Legend | Classification | Max Size | Description and Remarks |
|---|---|---|---|---|---|---|
| | | | | Gravel and Cobbles | | |
| | | | | Weathered Bedrock | | |
| 5 | | | | | | Difficult Digging-Refusal |
| | | | | | | Bottom of hole 5.0 |
| | | | | | | No groundwater observed |
| 10 | | | | | | |
| 15 | | | | | | |
| 20 | | | | | | |
| 25 | | | | | | |
| 30 | | | | | | |

SECTION 02222 Page 7

NPA Form 19-E
Jun 92 Prev. Ed. Obsolete

| | |
|---|---|
| Project | King Cove, Alaska Boat Harbor Expansion |
| Hole Number | TP-3 |

| | | |
|---|---|---|
| **DEPARTMENT OF THE ARMY**<br><br>North Pacific Division<br>U.S. Army Engineer District Alaska<br><br>**EXPLORATION LOG** | Project **King Cove, Alaska Boat Harbor Expansion**<br>Location Coordinates: Northing **385,550** Easting **631,395**<br>Drilling Agency: [ ] Corps of Engineers [XXX] Other **City of King Cove** | Sheet **1** of **1** |

| Hole Number | Name of Driller | Weather |
|---|---|---|
| Field **TP-4** Permanent **TP-4** | **Dennis Cochran** | **Ptly Cldy, 40°** |

| Type of Hole | Depth To | Depth Drilled | Total Depth |
|---|---|---|---|
| [XXX] Test Pit [ ] Auger Hole | **0.0** | **0.0** | **9.0** |

| Size and Type of Bit | Elevation Datum | Type of Equipment |
|---|---|---|
| **Backhoe** | [ ] MSL [ ] | **John Deere 690B** |

| Number of Samples | Type of Samples | Depth to Groundwater | Date |
|---|---|---|---|
| **0** | **Grab** | | **June 29, 1996** |

| Top of Hole Elevation | Inspector | Chief, Soils Section | Chief, Geotechnical Branch |
|---|---|---|---|
| **4 ±** | **C. Wilson** | **J. Raychel** | **D. Thomas** |

| Depth in Feet | ▼ Water | Sample | Soil Legend | Classification | Max Size | Description and Remarks |
|---|---|---|---|---|---|---|
| 0 | | | | **Gravel & Cobbles** | | |
| 0–9 | | | | **Gravel** | | **Angular to Subangular**<br>**Easy Digging**<br>**Sidewalls Caving-Refusal** |
| 9 | | | | | | **Bottom of hole 9.0**<br>**No Bedrock Encountered**<br>**Tidal Zone** |

**SECTION 02222 Page 8**

NPA Form 19-E
Jun 92 Prev. Ed. Obsolete

| Project | Hole Number |
|---|---|
| **King Cove, Alaska Boat Harbor Expansion** | **TP-4** |

| DEPARTMENT OF THE ARMY<br>North Pacific Division<br>U.S. Army Engineer District Alaska<br>EXPLORATION LOG | Project King Cove, Alaska Boat Harbor Expansion | Sheet 1 of 1 |
|---|---|---|
| | Location Coordinates: Northing 385,545± Easting 631,570± | |
| | Drilling Agency: [ ] Corps of Engineers; [XXX] Other: City of King Cove | |

| Hole Number | Name of Driller | Weather |
|---|---|---|
| Field TP-5 Permanent TP-5 | Dennis Cochran | Ptly Cldy, 40° |

| Type of Hole | Depth To | Depth Drilled | Total Depth |
|---|---|---|---|
| [XXX] Test Pit [ ] Auger Hole | 0.0 | 0.0 | 8.0 |

| Size and Type of Bit | Elevation Datum | MSL | Type of Equipment |
|---|---|---|---|
| Backhoe | | | John Deere 690B |

| Number of Samples | Type of Samples | Depth to Groundwater | Date |
|---|---|---|---|
| 0 | Grab | | June 29, 1996 |

| Top of Hole Elevation | Inspector | Chief, Soils Section | Chief, Geotechnical Branch |
|---|---|---|---|
| -1 ± | C. Wilson | J. Raychel | D. Thomas |

| Depth in Feet | % Water | Sample | Soil Legend | Classification | Max Size | Description and Remarks |
|---|---|---|---|---|---|---|
| 0–1 | | | SM | Silty SAND | | |
| 1–8 | | | | Gravel w/ few Cobbles | | Easy Digging |
| 8 | | | | | | Sidewalls Caving-Refusal |
| | | | | | | Bottom of hole 8.0 |
| | | | | | | No Bedrock Encountered |
| | | | | | | Tidal Zone |

Depth scale: 5, 10, 15, 20, 25, 30

SECTION 02222 Page 9

NPA Form 19-E
Jun 92 Prev. Ed. Obsolete

| Project | Hole Number |
|---|---|
| King Cove, Alaska Boat Harbor Expansion | TP-5 |