ACRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes — JOB NO. P7634.00

PROJECT King Cove Dock/Boat Haulout — HOLE NO. BH-1

SITE Proposed Boat Haulout — SHEET NO. 1 OF 4

CONTRACTOR: Tester Drilling Underwater Construction

STARTED 2:45 P.M. November 20, 1985
FINISHED 1:45 A.M. November 21, 1985

METHOD OF DRILLING: SOIL Casing Wash/Tricone — CASING DIAM. 4 3/4"
ROCK n/a — CORE DIAM. 2½" I.D.

Note: All depths are below mudline

LOCATION: LATITUDE
DEPARTURE
BEARING --
INITIAL DIP 90°
OTHER DIPS None

ELEVATIONS: DATUM MLLW
DRILL PLATFORM Water Surface +≈37
GROUND SURFACE Water Surface-≈22
ROCK SURFACE
BOTTOM OF HOLE
WATER TABLE Sea Level

| DEPTH (ft) | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | TYPE* | SIZE (in I.D.) | DEPTH (ft) | REC'D (in) | PENETRATION TEST (blows 6") |
|---|---|---|---|---|---|---|---|---|
| 1 | | (Using 3" O.D. 18" split spoon sampler & 300 lb hammer) Samples tagged in series beginning with 20251. | | | | | | |
| 2 | Sand | Gray, with some gravel up to 1". | 251 | A | 2.5" | 2.0-3.0 | 12 | Push |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | Sand | Gray, with shell fragments, medium grained, no gravel. | 252 | A | 2.5" | 5.0-6.5 | 13 | 9-12-8 |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |

*SAMPLING METHOD
A - SPLIT TUBE
B - THIN WALL TUBE
C - PISTON SAMPLER
D - CORE BARREL
E - AUGER
F - WASH

SHIPPING CONTAINER
N - INSERT
O - TUBE
P - WATER CONTENT TIN
Q - GLASS JAR
R - CLOTH BAG
S - PLIOFILM BAG
Z - DISCARDED

INSPECTOR Tom Drexhage

LOGGED BY Tom Drexhage

APPROVED

DATE January 6, 1986

ACRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes | JOB NO. P7634.00

PROJECT King Cove Dock/Boat Haulout | HOLE NO. BH-1

SITE Proposed Boat Haulout | SHEET NO. 2 OF 4

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | TYPE | SIZE | DEPTH | REC'D | PENETRATION TEST |
|---|---|---|---|---|---|---|---|---|
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12–13 | Sand | Gray, fine with coarse silt and trace gravel up to 1". Dense in sampler when drained. | 253 | A | 2.5" | 12.0-13.5 | 4" | 3-3-3 |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | Thin gravelly layers felt during drilling. | | | | | | |
| 18 | | | | | | | | |
| 19–20 | Sand | Gray, silty, medium grained two pieces angular gravel 2". Sand portion generally poorly graded. | 254 | A | 2.5" | 19.0-20.5 | 12 | 15-14 |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23–24 | No recovery | Sample lost during recovery felt like there should have been one, but flowed out. Drill water contains gray silty Sand with shell fragments. | 255 | A | 2.5" | 23.0-24.5 | 0 | 1-6-6 |
| 25 | | | | | | | | |

ACRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes  JOB NO. P7634.00

PROJECT King Cove Dock/Boat Haulout  HOLE NO. BH-1

SITE Proposed Boat Haulout  SHEET NO. 3 OF 4

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | SAMPLE TYPE | SAMPLE SIZE | SAMPLE DEPTH | SAMPLE REC'D | PENETRATION TEST |
|---|---|---|---|---|---|---|---|---|
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28–29 | Sand | Gray, silty, medium dense, medium grained. Gradually becoming more silty with depth, dense in sampler when drained. 12" heave in hole, cleared before sampling. | 256 | A | 2.5" | 28.0-29.5 | 18 | 15-15-20 |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| 32 | | | | | | | | |
| 33–34 | Sand | Gray, medium grained, silty. Very dense in sampler when drained but apparently not in ground. Heaving 1-2 ft. in hole which has to be cleaned out. | 257 | A | 2.5" | 33.0-34.5 | 10 | 7-10-12 |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | Heaving after sampling. | | | | | | |
| 38–39 | Sand | Gray, silty, medium to fine grained. Sticky soft plastic silt/clay matrix in some layers. Very soft in the ground. | 258 | A | 2.5" | 38.0-39.5 | 3 | 2-2-4 |
| 40 | | | | | | | | |
| 41 | | | | | | | | |

AGRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes — JOB NO. P7634.00

PROJECT King Cove Dock — HOLE NO. BH-1

SITE Proposed Boat Haulout — SHEET NO. 4 OF 4

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | SAMPLE TYPE | SAMPLE SIZE | SAMPLE DEPTH | SAMPLE REC'D | PENETRATION TEST |
|---|---|---|---|---|---|---|---|---|
| 42 | | Heaving in hole 1-2 ft after sampling. | | | | | | |
| 43–44 | Sand | Gray, medium grained, becoming more silty, fairly dense when drained in sampler - appears soft in ground. | 260 | A | 2.5" | 42.5-44.0 | 10 | 2-2-3 |
| 45–47 | | Heaving in hole between sampling intervals. | | | | | | |
| 48–49 | Silt | Gray, sandy, trace to some gravel, sticky, adheres to sampler with fine silt clay film. | 261 | A | 2.5" | 47.5-49.0 | 18 | 1-2-1 |
| 50 | | End of hole 49.0 ft. | | | | | | |
| 51 | | | | | | | | |
| 52 | | | | | | | | |
| 53 | | | | | | | | |
| 54 | | | | | | | | |
| 55 | | | | | | | | |
| 56 | | | | | | | | |

ACRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes

JOB NO. P7634.00

PROJECT King Cove Dock/Boat Haulout

HOLE NO. BH-2

SITE Proposed Dock Area

SHEET NO. 1 OF 4

CONTRACTOR: Tester Drilling
Underwater Construction

STARTED 2:00 P.M. November 21, 19 85
FINISHED 7:30 P.M. November 21, 19 85

METHOD OF DRILLING: SOIL Casing Drive/Tricone
ROCK n/a

CASING DIAM. 4 3/4"
CORE DIAM. 2½" & 1 3/8" I.D.

Note: All depths are below mudline

LOCATION: LATITUDE
DEPARTURE
BEARING --
INITIAL DIP 90°
OTHER DIPS

ELEVATIONS: DATUM MLLW
DRILL PLATFORM Water Surface + ≈ [illegible]"
GROUND SURFACE Water Surface-≈ 32'
ROCK SURFACE n/a
BOTTOM OF HOLE
WATER TABLE Sea Level

Note: Blow Count = w = wt of rods & hammer

| DEPTH (ft) | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | TYPE* | SIZE (in) | DEPTH (ft) | REC'D (in) | PENETRAT TEST (blows 6") |
|---|---|---|---|---|---|---|---|---|
| 1 | Sand | Gray, very silty, sand portion fine, soft pieces of shells throughout. | 201 | A | 2.5 | 0.0 - 1.5 | 8 | 7-8-8 |
| 2<br>3<br>4 | | Samples tagged in series beginning 20201 in this hole. | | | | | | |
| 5<br>6 | Silt | Gray with fine sand containing shell fragments. One 3" piece of gravel in sampler. Soupy until drained of water in sampler. | 202 | A | 2.5 | 4.5- 6.0 | 6 | 8-1-13 |
| 7<br>8<br>9 | | Rotating casing to advance. Felt gravel during drilling 8-9 ft. | | | | | | |

*SAMPLING METHOD
A - SPLIT TUBE
B - THIN WALL TUBE
C - PISTON SAMPLER
D - CORE BARREL
E - AUGER
F - WASH

SHIPPING CONTAINER
N - INSERT
O - TUBE
P - WATER CONTENT TIN
Q - GLASS JAR
R - CLOTH BAG
S - PLIOFILM BAG
Z - DISCARDED

INSPECTOR Tom Drexhage

LOGGED BY Tom Drexhage

APPROVED

DATE January 6, 1986

PRELIMINARY

ACRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes
JOB NO. P7634.00

PROJECT King Cove Dock/Boat Haulout
HOLE NO. BH-2

SITE Proposed Dock Area
SHEET NO. 2 OF 4

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | SAMPLE TYPE | SAMPLE SIZE | SAMPLE DEPTH | SAMPLE REC'D | PENETRATION TEST |
|---|---|---|---|---|---|---|---|---|
| 10 | No recovery | Gray, fine, silty with gravel. Sample lost during recovery up drill string. Appears to have traces of fine silty sand remaining in sampler. | 203 | A | 2.5 | 9.0-10.5 | 0 | 7-8-8 |
| 11, 12, 13, 14 | | | | | | | | |
| 15, 16 | Sand | Gray, fine, silty. Most of sample appears to have washed out | 204 | A | 2.5 | 15.0-16.5 | 2" | 3-2-3 |
| 17, 18 | | Casing rotates very easily down hole, feels like soft sand; verified by drill wash. | | | | | | |
| 19, 20 | Sand | Gray, fine to medium, silty. Slightly cohesive when pushed out of sampler with finger. Changed to 2" O.D. split spoon at this sample in hopes of getting better recovery in soft material. | 205 | A | 1 3/8 | 19.0-20.5 | 18 | 4-2-2 |
| 21, 22, 23 | | Very soft, casing can be pushed in by hydraulic head of drill. | | | | | | |
| 24, 25 | Sand | Gray, very fine, very soft, Sampler fell under weight of hammer and rods. | 206 | A | 1 3/8 | 24.0-25.5 | 2 | W-W-W |

ACRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes — JOB NO. P7634.00

PROJECT King Cove Dock/Boat Haulout — HOLE NO. BH-2

SITE Proposed Boat Haulout — SHEET NO. 3 OF 4

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | TYPE | SIZE | DEPTH | REC'D | PENETRATION TEST |
|---|---|---|---|---|---|---|---|---|
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | Sand | Gray, fine, with silt, denser in ground than above. Somewhat laminated and stratified silt/sand layers. No gravel. | 207 | A | 1 3/8 | 29.0 30.5 | 18 | 9-9-4 |
| 31 | | | | | | | | |
| 32 | | | | | | | | |
| 33 | | | | | | | | |
| 34 | | | | | | | | |
| 35 | Sand | Gray, fine, silty with no gravel. Drains easily when pushed out of spoon with finger | 208 | A | 1 3/8 | 34.0-35.5 | 18 | w-w-8 |
| 36 | | | | | | | | |
| 37 | | Casing advances easily without effort. | | | | | | |
| 38 | | | | | | | | |
| 39 | | | | | | | | |
| 40 | Silt | Gray, sandy. Last 6" very much denser and cohesive that first portion, also finer. Gravel in shoe of sampler ¼ - ½". | 209 | A | 1 3/8 | 39.0-40.5 | 18 | w-w-10 |
| 41 | | | | | | | | |

AGRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes
PROJECT King Cove Dock/Boat Haulout
SITE Proposed Boat Haulout

JOB NO. P7634.00
HOLE NO. BH-2
SHEET NO. 4 OF 4

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | SAMPLE TYPE | SAMPLE SIZE | SAMPLE DEPTH | SAMPLE REC'D | PENETRATION TEST |
|---|---|---|---|---|---|---|---|---|
| 42 | | | | | | | | |
| 43 | | | | | | | | |
| 44–45 | Sand | Gray, fine grained, silty; some gravel up to ½" in this sample. Finer at top, becoming slightly coarser with depth. | 210 | A | 1 3/8 | 44.0-45.5 | 18 | 10-4-6 |
| 46 | | | | | | | | |
| 47 | | | | | | | | |
| 48 | | | | | | | | |
| 49 | | | | | | | | |
| 50–51 | Sand | Gray, coarser than above with some fine gravel. Laminated. Denser than preceding samples. | 211 | A | 1 3/8 | 50.0-51.5 | 18 | 14-6-9 |
| 52 | | | | | | | | |
| 53 | | | | | | | | |
| 54 | | | | | | | | |
| 55–56 | Sand | Gray, uniform, medium to fine grained, dense to very dense. Small pieces gravel ¼-½". | 212 | A | 1 3/8 | 55.0-56.5 | 18 | 30-26-3[illegible] |
| 57 | | End of hole. 56.5' | | | | | | |

ACRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes

JOB NO. P7634.00

PROJECT King Cove Dock/Boat Haulout

HOLE NO. BH-3

SITE Proposed Boat Haulout

SHEET NO. 1 OF 5

CONTRACTOR: Tester Drilling
Underwater Construction

STARTED 8:30 A.M. November 22, 1985
FINISHED 4:50 P.M. November 22, 1985

METHOD OF DRILLING: SOIL Rotary Wash/Tricone

CASING DIAM. 4 3/4"

ROCK n/a

CORE DIAM. 1 3/8" and 2½"

Note: All depths are below mudline

LOCATION: LATITUDE
DEPARTURE
BEARING n/a
INITIAL DIP 90
OTHER DIPS n/a

ELEVATIONS: DATUM MLLW = 0
DRILL PLATFORM Water Surface + ≈ 3(
GROUND SURFACE Water Surface - ≈ 28'
ROCK SURFACE n/a
BOTTOM OF HOLE
WATER TABLE Sea Level

Note: Blow Count = w = wt. of rods & hammer.

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | TYPE* | SIZE | DEPTH | REC'D | PENETRATN TEST |
|---|---|---|---|---|---|---|---|---|
| | | | | | (in) | (ft) | (in) | (blows/ 6") |
| 1, 2, 3, 4 | Silty Sand | 0-30 ft: Washed casing down without sampling in order to maximize depth which could be obtained due to unpredictabe weather. Other hole (BH-2) has samples above 30'. Drill wash indicates material is silty sand with occasional gravel. Gravel becomes more prevalant at 25-30 feet. Samples tagged in this hole geginning with 20401 series. | | | | | | |
| 5 | | Break in Log | | | | | | |
| 30, 31 | Sand | Gray, medium to fine grained. Silty with shell fragments, Non-cohesive. | 401 | A | 2.5 | 30.0-31.5 | 6 | 29-18-1[illegible] |
| 32, 33 | | | | | | | | |

* SAMPLING METHOD
A - SPLIT TUBE
B - THIN WALL TUBE
C - PISTON SAMPLER
D - CORE BARREL
E - AUGER
F - WASH

SHIPPING CONTAINER
N - INSERT
O - TUBE
P - WATER CONTENT TIN
Q - GLASS JAR
R - CLOTH BAG
S - PLIOFILM BAG
Z - DISCARDED

INSPECTOR Tom Drexhage

LOGGED BY Tom Drexhage

APPROVED PRELIMINARY

January 6, 1986

SECTION 02222 Page 18

ACRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes
JOB NO. P7634.00

PROJECT King Cove Dock/Boat Haulout
HOLE NO. BH-3

SITE Proposed Dock Area
SHEET NO. 2 OF 5

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | TYPE | SIZE | DEPTH | REC'D | PENETRATION TEST |
|---|---|---|---|---|---|---|---|---|
| 34 | | Occasional gravel felt during drilling | | | | | | |
| 35–36 | Sand | Gray, silty. Portion in sampler appears moderately dense and cohesive. | 402 | A | 1 3/8 | 35.0-36.5 | 12 | 13-16-1[illegible] |
| 37–40 | | Occasional gravel felt during advancing of casing throughout interval. | | | | | | |
| 40–41 | Sand | Gray, fine grained, silty. | 403 | A | 1 3/8 | 40.0-41.5 | 8 | 5-5-[illegible] |
| 42–45 | | Casing advances easily | | | | | | |
| 45–46 | Sand | Gray, fine to very fine, silty containing shell fragments. No gravel found in sampler to explain high initial blow count. | 404 | A | 1 3/8 | 45.0-46.5 | 8 | 51-19-1[illegible] |
| 47–49 | | | | | | | | |