Q Does the ASTM define the term "few" in terms of gravels?
MR. HOPKINS: I'm going to object to the question as vague and ambiguous. The ASTM is comprised of a large number of standards that have different application and different details. To continue to refer to the ASTM in general is misleading, it's vague and ambiguous.
If you have a specific ASTM, I think you should reference it.
Q (By Mr. Prouty) Do you understand the question?
A Would you repeat it, please?
Q Does the ASTM define the term "few" in terms of things like gravels?
A It's possible. There are -- there are recommended descriptions of gravels, silts, sands, different soils, cobbles, and boulders, in different sections of ASTM, as I recall reading it. I'd have to look at the gravel section.
Q Now, you said you found that the description of "few" was ambiguous, at least as originally written in the contract documents. Is that correct?
A Yes.
Q In your experience, what should a contractor do when he finds --

Paragraph 3, the geotechnical report.
Did you review the geotechnical report in this case?
A Yes. Which --
Q The geotechnical report you're describing in Paragraph 3.
A The field trip report?
Q I see a geotechnical report/July 1996 trip report.
A I'm in the wrong place.
Q Page 6. Are you there? I'm just looking at the heading paragraph.
A I'm sorry, yes. That's the trip report.
Q So when you say "the trip report," is that the -- that's not the geotechnical analysis or geophysical analysis done by -- I want to say Golden & Associates.
MR. PROUTY: Pardon me?
MR. RIDDLE: Golder.
Q (By Mr. Prouty) I'm sorry. Golder Associates?
A That's correct. This was the report that was done by the Corps of Engineers' geotech taking samples.
Q Okay. I'll just ask you to read that whole bullet point to yourself.
A Okay.
Q Are you saying that if the word "some" had been in information provided by the Corps to describe boulders

and cobbles, that it would have put the contractor on notice that there was a significant issue involving boulders and cobbles?

A I'm saying it would have raised -- I think the best way I could say it is how I said here: It would have raised a flag, raised some concern.

Q And if that flag had been raised, what would have happened?

A What would have happened?

Q Yes. What do you believe would have happened?

A I don't know. That's speculative. I suppose a whole variety of things could have happened. Further questions could have been asked, or maybe someone would change their means and methods. It depends on, you know, the contractor reading it.

Q If the information had stated, quote, mostly of sand and gravel, some cobbles and boulders throughout the site, would that have raised a flag?

A That would have raised a flag.

(Exhibit No. 3 marked for identification.)

Q (By Mr. Prouty) That's a prior exhibit. I'll just mark it as 3 for purposes of this deposition. I'll ask you to take a look at that, and tell me if you

Designation: D 2488 – 93$^{\epsilon 1}$

AMERICAN SOCIETY FOR TESTING AND MATERIALS
100 Barr Harbor Dr., West Conshohocken, PA 19428
Reprinted from the Annual Book of ASTM Standards. Copyright ASTM

# Standard Practice for Description and Identification of Soils (Visual-Manual Procedure)[1]

This standard is issued under the fixed designation D 2488; the number immediately following the designation indicates the year of original adoption or, in the case of revision, the year of last revision. A number in parentheses indicates the year of last reapproval. A superscript epsilon (ε) indicates an editorial change since the last revision or reapproval.

*This standard has been approved for use by agencies of the Department of Defense.*

$\epsilon^1$ NOTE—Paragraph 1.6 was added editorially in October 1998.

## 1. Scope

1.1 This practice covers procedures for the description of soils for engineering purposes.

1.2 This practice also describes a procedure for identifying soils, at the option of the user, based on the classification system described in Test Method D 2487. The identification is based on visual examination and manual tests. It must be clearly stated in reporting an identification that it is based on visual-manual procedures.

1.2.1 When precise classification of soils for engineering purposes is required, the procedures prescribed in Test Method D 2487 shall be used.

1.2.2 In this practice, the identification portion assigning a group symbol and name is limited to soil particles smaller than 3 in. (75 mm).

1.2.3 The identification portion of this practice is limited to naturally occurring soils (disturbed and undisturbed).

NOTE 1—This practice may be used as a descriptive system applied to such materials as shale, claystone, shells, crushed rock, etc. (See Appendix X2).

1.3 The descriptive information in this practice may be used with other soil classification systems or for materials other than naturally occurring soils.

1.4 The values stated in inch-pound units are to be regarded as the standard.

1.5 *This standard does not purport to address all of the safety problems, if any, associated with its use. It is the responsibility of the user of this standard to establish appropriate safety and health practices and determine the applicability of regulatory limitations prior to use.* For specific precautionary statements see Section 8.

1.6 *This practice offers a set of instructions for performing one or more specific operations. This document cannot replace education or experience and should be used in conjunction with professional judgment. Not all aspects of this practice may be applicable in all circumstances. This ASTM standard is not intended to represent or replace the standard of care by which the adequacy of a given professional service must be judged, nor should this document be applied without consideration of a project's many unique aspects. The word "Standard" in the title of this document means only that the document has been approved through the ASTM consensus process.*

## 2. Referenced Documents

2.1 *ASTM Standards:*

D 653 Terminology Relating to Soil, Rock, and Contained Fluids[2]

D 1452 Practice for Soil Investigation and Sampling by Auger Borings[2]

D 1586 Test Method for Penetration Test and Split-Barrel Sampling of Soils[2]

D 1587 Practice for Thin-Walled Tube Sampling of Soils[2]

D 2113 Practice for Diamond Core Drilling for Site Investigation[2]

D 2487 Classification of Soils for Engineering Purposes (Unified Soil Classification System)[2]

D 4083 Practice for Description of Frozen Soils (Visual-Manual Procedure)[2]

## 3. Terminology

3.1 *Definitions:*

3.1.1 Except as listed below, all definitions are in accordance with Terminology D 653.

NOTE 2—For particles retained on a 3-in. (75-mm) US standard sieve, the following definitions are suggested:

*Cobbles*—particles of rock that will pass a 12-in. (300-mm) square opening and be retained on a 3-in. (75-mm) sieve, and

*Boulders*—particles of rock that will not pass a 12-in. (300-mm) square opening.

3.1.1.1 *clay*—soil passing a No. 200 (75-μm) sieve that can be made to exhibit plasticity (putty-like properties) within a range of water contents, and that exhibits considerable strength when air-dry. For classification, a clay is a fine-grained soil, or the fine-grained portion of a soil, with a plasticity index equal

[1] This practice is under the jurisdiction of ASTM Committee D-18 on Soil and Rock and is the direct responsibility of Subcommittee D18.07 on Identification and Classification of Soils.

Current edition approved Sept. 15, 1993. Published November 1993. Originally published as D 2488 – 66 T. Last previous edition D 2488 – 90.

[2] *Annual Book of ASTM Standards*, Vol 04.08.

Wilson Dep
Ex 12

Copyright ASTM International
Reproduced by IHS under license with ASTM
No reproduction or networking permitted without license from IHS

Sold to:SCHIFFRIN OLSON SCHLEMLEIN, W0245671
Not for Resale,2004/10/7 17:55:9 GMT

to or greater than 4, and the plot of plasticity index versus liquid limit falls on or above the "A" line (see Fig. 3 of Test Method D 2487).

3.1.1.2 *gravel*—particles of rock that will pass a 3-in. (75-mm) sieve and be retained on a No. 4 (4.75-mm) sieve with the following subdivisions:

*coarse*—passes a 3-in. (75-mm) sieve and is retained on a ¾-in. (19-mm) sieve.

*fine*—passes a ¾-in. (19-mm) sieve and is retained on a No. 4 (4.75-mm) sieve.

3.1.1.3 *organic clay*—a clay with sufficient organic content to influence the soil properties. For classification, an organic clay is a soil that would be classified as a clay, except that its liquid limit value after oven drying is less than 75 % of its liquid limit value before oven drying.

3.1.1.4 *organic silt*—a silt with sufficient organic content to influence the soil properties. For classification, an organic silt is a soil that would be classified as a silt except that its liquid limit value after oven drying is less than 75 % of its liquid limit value before oven drying.

3.1.1.5 *peat*—a soil composed primarily of vegetable tissue in various stages of decomposition usually with an organic odor, a dark brown to black color, a spongy consistency, and a texture ranging from fibrous to amorphous.

3.1.1.6 *sand*—particles of rock that will pass a No. 4 (4.75-mm) sieve and be retained on a No. 200 (75-μm) sieve with the following subdivisions:

*coarse*—passes a No. 4 (4.75-mm) sieve and is retained on a No. 10 (2.00-mm) sieve.

*medium*—passes a No. 10 (2.00-mm) sieve and is retained on a No. 40 (425-μm) sieve.

*fine*—passes a No. 40 (425-μm) sieve and is retained on a No. 200 (75-μm) sieve.

3.1.1.7 *silt*—soil passing a No. 200 (75-μm) sieve that is nonplastic or very slightly plastic and that exhibits little or no strength when air dry. For classification, a silt is a fine-grained soil, or the fine-grained portion of a soil, with a plasticity index less than 4, or the plot of plasticity index versus liquid limit falls below the "A" line (see Fig. 3 of Test Method D 2487).

## 4. Summary of Practice

4.1 Using visual examination and simple manual tests, this practice gives standardized criteria and procedures for describing and identifying soils.

4.2 The soil can be given an identification by assigning a group symbol(s) and name. The flow charts, Fig. 1a and Fig. 1b for fine-grained soils, and Fig. 2, for coarse-grained soils, can be used to assign the appropriate group symbol(s) and name. If the soil has properties which do not distinctly place it into a specific group, borderline symbols may be used, see Appendix X3.

NOTE 3—It is suggested that a distinction be made between *dual symbols* and *borderline symbols.*

*Dual Symbol*—A dual symbol is two symbols separated by a hyphen, for example, GP-GM, SW-SC, CL-ML used to indicate that the soil has been identified as having the properties of a classification in accordance with Test Method D 2487 where two symbols are required. Two symbols are required when the soil has between 5 and 12 % fines or when the liquid limit and plasticity index values plot in the CL-ML area of the plasticity chart.

*Borderline Symbol*—A borderline symbol is two symbols separated by a slash, for example, CL/CH, GM/SM, CL/ML. A borderline symbol should be used to indicate that the soil has been identified as having properties that do not distinctly place the soil into a specific group (see Appendix X3).

## 5. Significance and Use

5.1 The descriptive information required in this practice can be used to describe a soil to aid in the evaluation of its significant properties for engineering use.

5.2 The descriptive information required in this practice should be used to supplement the classification of a soil as determined by Test Method D 2487.

5.3 This practice may be used in identifying soils using the classification group symbols and names as prescribed in Test Method D 2487. Since the names and symbols used in this practice to identify the soils are the same as those used in Test Method D 2487, it shall be clearly stated in reports and all other appropriate documents, that the classification symbol and name are based on visual-manual procedures.

5.4 This practice is to be used not only for identification of soils in the field, but also in the office, laboratory, or wherever soil samples are inspected and described.

5.5 This practice has particular value in grouping similar soil samples so that only a minimum number of laboratory tests need be run for positive soil classification.

NOTE 4—The ability to describe and identify soils correctly is learned more readily under the guidance of experienced personnel, but it may also be acquired systematically by comparing numerical laboratory test results for typical soils of each type with their visual and manual characteristics.

5.6 When describing and identifying soil samples from a given boring, test pit, or group of borings or pits, it is not necessary to follow all of the procedures in this practice for every sample. Soils which appear to be similar can be grouped together; one sample completely described and identified with the others referred to as similar based on performing only a few of the descriptive and identification procedures described in this practice.

5.7 This practice may be used in combination with Practice D 4083 when working with frozen soils.

## 6. Apparatus

6.1 *Required Apparatus:*

6.1.1 *Pocket Knife or Small Spatula.*

6.2 *Useful Auxiliary Apparatus:*

6.2.1 *Small Test Tube and Stopper* (or jar with a lid).

6.2.2 *Small Hand Lens.*

## 7. Reagents

7.1 *Purity of Water*—Unless otherwise indicated, references to water shall be understood to mean water from a city water supply or natural source, including non-potable water.

7.2 *Hydrochloric Acid*—A small bottle of dilute hydrochloric acid, HCl, one part HCl (10 *N*) to three parts water (This reagent is optional for use with this practice). See Section 8.

## 8. Safety Precautions

8.1 When preparing the dilute HCl solution of one part concentrated hydrochloric acid (10 *N*) to three parts of distilled



Copyright ASTM International
Reproduced by IHS under license with ASTM
No reproduction or networking permitted without license from IHS

Sold to:SCHIFFRIN OLSON SCHLEMLEIN, W0245671
Not for Resale,2004/10/7 17:55:9 GMT




NOTE—Percentages are based on estimating amounts of fines, sand, and gravel to the nearest 5 %.

FIG. 2a Flow Chart for Identifying Inorganic Fine-Grained Soil (50 % or more fines)




NOTE—Percentages are based on estimating amounts of fines, sand, and gravel to the nearest 5 %.

FIG. 1 b Flow Chart for Identifying Organic Fine-Grained Soil (50 % or more fines)

water, slowly add acid into water following necessary safety precautions. Handle with caution and store safely. If solution comes into contact with the skin, rinse thoroughly with water.

8.2 Caution—Do not add water to acid.

## 9. Sampling

9.1 The sample shall be considered to be representative of the stratum from which it was obtained by an appropriate, accepted, or standard procedure.

NOTE 5—Preferably, the sampling procedure should be identified as having been conducted in accordance with Practices D 1452, D 1587, or D 2113, or Method D 1586.

9.2 The sample shall be carefully identified as to origin.

NOTE 6—Remarks as to the origin may take the form of a boring number and sample number in conjunction with a job number, a geologic stratum, a pedologic horizon or a location description with respect to a permanent monument, a grid system or a station number and offset with respect to a stated centerline and a depth or elevation.

9.3 For accurate description and identification, the minimum amount of the specimen to be examined shall be in accordance with the following schedule:

| Maximum Particle Size, Sieve Opening | Minimum Specimen Size, Dry Weight |
|---|---|
| 4.75 mm (No. 4) | 100 g (0.25 lb) |
| 9.5 mm (⅜ in.) | 200 g (0.5 lb) |
| 19.0 mm (¾ in.) | 1.0 kg (2.2 lb) |
| 38.1 mm (1½ in.) | 8.0 kg (18 lb) |
| 75.0 mm (3 in.) | 60.0 kg (132 lb) |

NOTE 7—If random isolated particles are encountered that are significantly larger than the particles in the soil matrix, the soil matrix can be accurately described and identified in accordance with the preceeding schedule.

9.4 If the field sample or specimen being examined is smaller than the minimum recommended amount, the report shall include an appropriate remark.



Copyright ASTM International
Reproduced by IHS under license with ASTM
No reproduction or networking permitted without license from IHS

Sold to:SCHIFFRIN OLSON SCHLEMLEIN, W0245671
Not for Resale,2004/10/7 17:55:9 GMT




NOTE 1—Percentages are based on estimating amounts of fines, sand, and gravel to the nearest 5 %.

FIG. 2 Flow Chart for Identifying Coarse-Grained Soils (less than 50 % fines)

## 10. Descriptive Information for Soils

10.1 *Angularity*—Describe the angularity of the sand (coarse sizes only), gravel, cobbles, and boulders, as angular, subangular, subrounded, or rounded in accordance with the criteria in Table 1 and Fig. 3. A range of angularity may be stated, such as: subrounded to rounded.

10.2 *Shape*—Describe the shape of the gravel, cobbles, and boulders as flat, elongated, or flat and elongated if they meet the criteria in Table 2 and Fig. 4. Otherwise, do not mention the shape. Indicate the fraction of the particles that have the shape, such as: one-third of the gravel particles are flat.

10.3 *Color*—Describe the color. Color is an important property in identifying organic soils, and within a given locality it may also be useful in identifying materials of similar geologic origin. If the sample contains layers or patches of varying colors, this shall be noted and all representative colors shall be described. The color shall be described for moist samples. If the color represents a dry condition, this shall be stated in the report.

TABLE 1 Criteria for Describing Angularity of Coarse-Grained Particles (see Fig. 3)

| Description | Criteria |
|---|---|
| Angular | Particles have sharp edges and relatively plane sides with unpolished surfaces |
| Subangular | Particles are similar to angular description but have rounded edges |
| Subrounded | Particles have nearly plane sides but have well-rounded corners and edges |
| Rounded | Particles have smoothly curved sides and no edges |

10.4 *Odor*—Describe the odor if organic or unusual. Soils containing a significant amount of organic material usually have a distinctive odor of decaying vegetation. This is especially apparent in fresh samples, but if the samples are dried, the odor may often be revived by heating a moistened sample. If the odor is unusual (petroleum product, chemical, and the like), it shall be described.

10.5 *Moisture Condition*—Describe the moisture condition as dry, moist, or wet, in accordance with the criteria in Table 3.

10.6 *HCl Reaction*—Describe the reaction with HCl as none, weak, or strong, in accordance with the critera in Table 4. Since calcium carbonate is a common cementing agent, a report of its presence on the basis of the reaction with dilute hydrochloric acid is important.

10.7 *Consistency*—For intact fine-grained soil, describe the consistency as very soft, soft, firm, hard, or very hard, in accordance with the criteria in Table 5. This observation is inappropriate for soils with significant amounts of gravel.

10.8 *Cementation*—Describe the cementation of intact coarse-grained soils as weak, moderate, or strong, in accordance with the criteria in Table 6.

10.9 *Structure*—Describe the structure of intact soils in accordance with the criteria in Table 7.

10.10 *Range of Particle Sizes*—For gravel and sand components, describe the range of particle sizes within each component as defined in 3.1.2 and 3.1.6. For example, about 20 % fine to coarse gravel, about 40 % fine to coarse sand.



Copyright ASTM International
Reproduced by IHS under license with ASTM
No reproduction or networking permitted without license from IHS

Sold to:SCHIFFRIN OLSON SCHLEMLEIN, W0245671
Not for Resale,2004/10/7 17:55:9 GMT



(a) Rounded (b) Angular

(c) Subrounded (d) Subangular

FIG. 3 Typical Angularity of Bulky Grains

TABLE 2 Criteria for Describing Particle Shape (see Fig. 4)

The particle shape shall be described as follows where length, width, and thickness refer to the greatest, intermediate, and least dimensions of a particle, respectively.

| | |
|---|---|
| Flat | Particles with width/thickness > 3 |
| Elongated | Particles with length/width > 3 |
| Flat and elongated | Particles meet criteria for both flat and elongated |

10.11 *Maximum Particle Size*—Describe the maximum particle size found in the sample in accordance with the following information:

10.11.1 *Sand Size*—If the maximum particle size is a sand size, describe as fine, medium, or coarse as defined in 3.1.6. For example: maximum particle size, medium sand.

10.11.2 *Gravel Size*—If the maximum particle size is a gravel size, describe the maximum particle size as the smallest sieve opening that the particle will pass. For example, maximum particle size, 1½ in. (will pass a 1½-in. square opening but not a ¾-in. square opening).

10.11.3 *Cobble or Boulder Size*—If the maximum particle size is a cobble or boulder size, describe the maximum dimension of the largest particle. For example: maximum dimension, 18 in. (450 mm).

10.12 *Hardness*—Describe the hardness of coarse sand and larger particles as hard, or state what happens when the particles are hit by a hammer, for example, gravel-size particles fracture with considerable hammer blow, some gravel-size particles crumble with hammer blow. "Hard" means particles do not crack, fracture, or crumble under a hammer blow.

10.13 Additional comments shall be noted, such as the presence of roots or root holes, difficulty in drilling or augering hole, caving of trench or hole, or the presence of mica.

10.14 A local or commercial name or a geologic interpretation of the soil, or both, may be added if identified as such.




FIG. 4 Criteria for Particle Shape

10.15 A classification or identification of the soil in accordance with other classification systems may be added if identified as such.



Copyright ASTM International
Reproduced by IHS under license with ASTM
No reproduction or networking permitted without license from IHS

Sold to:SCHIFFRIN OLSON SCHLEMLEIN, W0245871
Not for Resale,2004/10/7 17:55:9 GMT

TABLE 3 Criteria for Describing Moisture Condition

| Description | Criteria |
|---|---|
| Dry | Absence of moisture, dusty, dry to the touch |
| Moist | Damp but no visible water |
| Wet | Visible free water, usually soil is below water table |

TABLE 4 Criteria for Describing the Reaction With HCl

| Description | Criteria |
|---|---|
| None | No visible reaction |
| Weak | Some reaction, with bubbles forming slowly |
| Strong | Violent reaction, with bubbles forming immediately |

TABLE 5 Criteria for Describing Dilatancy

| Description | Criteria |
|---|---|
| Very soft | Thumb will penetrate soil more than 1 in. (25 mm) |
| Soft | Thumb will penetrate soil about 1 in. (25 mm) |
| Firm | Thumb will indent soil about ¼in. (6 mm) |
| Hard | Thumb will not indent soil but readily indented with thumbnail |
| Very hard | Thumbnail will not indent soil |

TABLE 6 Criteria for Describing Toughness

| Description | Criteria |
|---|---|
| Weak | Crumbles or breaks with handling or little finger pressure |
| Moderate | Crumbles or breaks with considerable finger pressure |
| Strong | Will not crumble or break with finger pressure |

TABLE 7 Criteria for Describing Dilatancy

| Description | Criteria |
|---|---|
| Stratified | Alternating layers of varying material or color with layers at least 6 mm thick; note thickness |
| Laminated | Alternating layers of varying material or color with the layers less than 6 mm thick; note thickness |
| Fissured | Breaks along definite planes of fracture with little resistance to fracturing |
| Slickensided | Fracture planes appear polished or glossy, sometimes striated |
| Blocky | Cohesive soil that can be broken down into small angular lumps which resist further breakdown |
| Lensed | Inclusion of small pockets of different soils, such as small lenses of sand scattered through a mass of clay; note thickness |
| Homogeneous | Same color and appearance throughout |

## 11. Identification of Peat

11.1 A sample composed primarily of vegetable tissue in various stages of decomposition that has a fibrous to amorphous texture, usually a dark brown to black color, and an organic odor, shall be designated as a highly organic soil and shall be identified as peat, PT, and not subjected to the identification procedures described hereafter.

## 12. Preparation for Identification

12.1 The soil identification portion of this practice is based on the portion of the soil sample that will pass a 3-in. (75-mm) sieve. The larger than 3-in. (75-mm) particles must be removed, manually, for a loose sample, or mentally, for an intact sample before classifying the soil.

12.2 Estimate and note the percentage of cobbles and the percentage of boulders. Performed visually, these estimates will be on the basis of volume percentage.

NOTE 8—Since the percentages of the particle-size distribution in Test Method D 2487 are by dry weight, and the estimates of percentages for gravel, sand, and fines in this practice are by dry weight, it is recommended that the report state that the percentages of cobbles and boulders are by volume.

12.3 Of the fraction of the soil smaller than 3 in. (75 mm), estimate and note the percentage, by dry weight, of the gravel, sand, and fines (see Appendix X4 for suggested procedures).

NOTE 9—Since the particle-size components appear visually on the basis of volume, considerable experience is required to estimate the percentages on the basis of dry weight. Frequent comparisons with laboratory particle-size analyses should be made.

12.3.1 The percentages shall be estimated to the closest 5 %. The percentages of gravel, sand, and fines must add up to 100 %.

12.3.2 If one of the components is present but not in sufficient quantity to be considered 5 % of the smaller than 3-in. (75-mm) portion, indicate its presence by the term *trace*, for example, trace of fines. A trace is not to be considered in the total of 100 % for the components.

## 13. Preliminary Identification

13.1 The soil is *fine grained* if it contains 50 % or more fines. Follow the procedures for identifying fine-grained soils of Section 14.

13.2 The soil is *coarse grained* if it contains less than 50 % fines. Follow the procedures for identifying coarse-grained soils of Section 15.

## 14. Procedure for Identifying Fine-Grained Soils

14.1 Select a representative sample of the material for examination. Remove particles larger than the No. 40 sieve (medium sand and larger) until a specimen equivalent to about a handful of material is available. Use this specimen for performing the dry strength, dilatancy, and toughness tests.

14.2 *Dry Strength*:

14.2.1 From the specimen, select enough material to mold into a ball about 1 in. (25 mm) in diameter. Mold the material until it has the consistency of putty, adding water if necessary.

14.2.2 From the molded material, make at least three test specimens. A test specimen shall be a ball of material about ½ in. (12 mm) in diameter. Allow the test specimens to dry in air, or sun, or by artificial means, as long as the temperature does not exceed 60°C.

14.2.3 If the test specimen contains natural dry lumps, those that are about ½ in. (12 mm) in diameter may be used in place of the molded balls.

NOTE 10—The process of molding and drying usually produces higher strengths than are found in natural dry lumps of soil.

14.2.4 Test the strength of the dry balls or lumps by crushing between the fingers. Note the strength as none, low, medium, high, or very high in accorance with the criteria in Table 8. If natural dry lumps are used, do not use the results of any of the lumps that are found to contain particles of coarse sand.

14.2.5 The presence of high-strength water-soluble cementing materials, such as calcium carbonate, may cause exceptionally high dry strengths. The presence of calcium carbonate can usually be detected from the intensity of the reaction with dilute hydrochloric acid (see 10.6).



Copyright ASTM International
Reproduced by IHS under license with ASTM
No reproduction or networking permitted without license from IHS

Sold to:SCHIFFRIN OLSON SCHLEMLEIN, W0245671
Not for Resale,2004/10/7 17:55:9 GMT

TABLE 8 Criteria for Describing Toughness

| Description | Criteria |
|---|---|
| None | The dry specimen crumbles into powder with mere pressure of handling |
| Low | The dry specimen crumbles into powder with some finger pressure |
| Medium | The dry specimen breaks into pieces or crumbles with considerable finger pressure |
| High | The dry specimen cannot be broken with finger pressure. Specimen will break into pieces between thumb and a hard surface |
| Very high | The dry specimen cannot be broken between the thumb and a hard surface |

14.3 *Dilatancy:*

14.3.1 From the specimen, select enough material to mold into a ball about ½ in. (12 mm) in diameter. Mold the material, adding water if necessary, until it has a soft, but not sticky, consistency.

14.3.2 Smooth the soil ball in the palm of one hand with the blade of a knife or small spatula. Shake horizontally, striking the side of the hand vigorously against the other hand several times. Note the reaction of water appearing on the surface of the soil. Squeeze the sample by closing the hand or pinching the soil between the fingers, and note the reaction as none, slow, or rapid in accordance with the criteria in Table 9. The reaction is the speed with which water appears while shaking, and disappears while squeezing.

14.4 *Toughness:*

14.4.1 Following the completion of the dilatancy test, the test specimen is shaped into an elongated pat and rolled by hand on a smooth surface or between the palms into a thread about ⅛ in. (3 mm) in diameter. (If the sample is too wet to roll easily, it should be spread into a thin layer and allowed to lose some water by evaporation.) Fold the sample threads and reroll repeatedly until the thread crumbles at a diameter of about ⅛ in. The thread will crumble at a diameter of ⅛ in. when the soil is near the plastic limit. Note the pressure required to roll the thread near the plastic limit. Also, note the strength of the thread. After the thread crumbles, the pieces should be lumped together and kneaded until the lump crumbles. Note the toughness of the material during kneading.

14.4.2 Describe the toughness of the thread and lump as low, medium, or high in accordance with the criteria in Table 10.

14.5 *Plasticity*—On the basis of observations made during the toughness test, describe the plasticity of the material in accordance with the criteria given in Table 11.

14.6 Decide whether the soil is an *inorganic* or an *organic* fine-grained soil (see 14.8). If inorganic, follow the steps given in 14.7.

14.7 *Identification of Inorganic Fine-Grained Soils:*

TABLE 9 Criteria for Describing Dilatancy

| Description | Criteria |
|---|---|
| None | No visible change in the specimen |
| Slow | Water appears slowly on the surface of the specimen during shaking and does not disappear or disappears slowly upon squeezing |
| Rapid | Water appears quickly on the surface of the specimen during shaking and disappears quickly upon squeezing |

TABLE 10 Criteria for Describing Toughness

| Description | Criteria |
|---|---|
| Low | Only slight pressure is required to roll the thread near the plastic limit. The thread and the lump are weak and soft |
| Medium | Medium pressure is required to roll the thread to near the plastic limit. The thread and the lump have medium stiffness |
| High | Considerable pressure is required to roll the thread to near the plastic limit. The thread and the lump have very high stiffness |

TABLE 11 Criteria for Describing Plasticity

| Description | Criteria |
|---|---|
| Nonplastic | A ⅛-in. (3-mm) thread cannot be rolled at any water content |
| Low | The thread can barely be rolled and the lump cannot be formed when drier than the plastic limit |
| Medium | The thread is easy to roll and not much time is required to reach the plastic limit. The thread cannot be rerolled after reaching the plastic limit. The lump crumbles when drier than the plastic limit |
| High | It takes considerable time rolling and kneading to reach the plastic limit. The thread can be rerolled several times after reaching the plastic limit. The lump can be formed without crumbling when drier than the plastic limit |

14.7.1 Identify the soil as a *lean clay*, CL, if the soil has medium to high dry strength, no or slow dilatancy, and medium toughness and plasticity (see Table 12).

14.7.2 Identify the soil as a *fat clay*, CH, if the soil has high to very high dry strength, no dilatancy, and high toughness and plasticity (see Table 12).

14.7.3 Identify the soil as a *silt*, ML, if the soil has no to low dry strength, slow to rapid dilatancy, and low toughness and plasticity, or is nonplastic (see Table 12).

14.7.4 Identify the soil as an *elastic silt*, MH, if the soil has low to medium dry strength, no to slow dilatancy, and low to medium toughness and plasticity (see Table 12).

NOTE 11—These properties are similar to those for a lean clay. However, the silt will dry quickly on the hand and have a smooth, silky feel when dry. Some soils that would classify as MH in accordance with the criteria in Test Method D 2487 are visually difficult to distinguish from lean clays, CL. It may be necessary to perform laboratory testing for proper identification.

14.8 *Identification of Organic Fine-Grained Soils:*

14.8.1 Identify the soil as an *organic soil*, OL/OH, if the soil contains enough organic particles to influence the soil properties. Organic soils usually have a dark brown to black color and may have an organic odor. Often, organic soils will change color, for example, black to brown, when exposed to the air. Some organic soils will lighten in color significantly when air dried. Organic soils normally will not have a high toughness or plasticity. The thread for the toughness test will be spongy.

NOTE 12—In some cases, through practice and experience, it may be possible to further identify the organic soils as organic silts or organic

TABLE 12 Identification of Inorganic Fine-Grained Soils from Manual Tests

| Soil Symbol | Dry Strength | Dilatancy | Toughness |
|---|---|---|---|
| ML | None to low | Slow to rapid | Low or thread cannot be formed |
| CL | Medium to high | None to slow | Medium |
| MH | Low to medium | None to slow | Low to medium |
| CH | High to very high | None | High |



Copyright ASTM International
Reproduced by IHS under license with ASTM
No reproduction or networking permitted without license from IHS

Sold to:SCHIFFRIN OLSON SCHLEMLEIN, W0245671
Not for Resale,2004/10/7 17:55:9 GMT