like that, that was based completely on the information from your analysis conducted at Sandy Point?
A At Sand Point.
Q Sand Point. I'm sorry.
A Yeah, it was a combination of those gradations.
Q Was there any information in there based upon information given to you by the Corps?
A No.
Q Okay. Great. Done with that one.
Now, let's get to the actual dredging and the problems you encountered. Do you recall about when you set up -- or I should have asked this a long time ago. How much time did you actually spend on the site?
A I was there in late July, for three or four days. And I believe I was there in -- gosh, I can't remember. It was probably September, first part of September.
Q Now, when you say late July and September, are you talking about in 2000 or '99?
A I'm sorry. 1999.
Q What about in 2000?
A 2000, I did not go up.
Q So whatever I ask you will be, in a sense,

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, INC., Plaintiff, | ) | |
| vs. | ) | No. 04-487C |
| THE UNITED STATES, Defendant. | ) | |

**DEPOSITION OF DEBORAH K. REIDELL**

**VOLUME II**

January 13, 2006

Seattle, Washington

Byers & Anderson, Inc.
Court Reporters/Video/Videoconferencing

One Union Square
600 University St.
Suite 2300
Seattle, WA 98101
(206) 340-1316
(800) 649-2034

2208 North 30th Street, Suite 202
Tacoma, WA 98403
(253) 627-6401
(253) 383-4884 Fax
scheduling@byersanderson.com
www.byersanderson.com

Serving Washington's Legal Community Since 1980

clamshell in the year 2000?
A Apparently not.
Q So you agree Red Samm was having to set that operation up on short notice; correct?
A Yes.
Q And I assume you agree King Cove is a remote site, and it's not easy to get ideal or totally appropriate equipment and facilities there on short notice?
A I agree with that.
Q Do you agree that another significant factor in the efficiency of a clamshell dredge operation is the dump scow employed?
A I guess I would -- it can be.
Q Well, I mean, maybe I'm being too simplistic, but it seems to me, in reducing it to very simple terms, you've got a crane on a barge and you've got a dump scow; two major components. Correct?
A Yes.
Q And the dump scow is one of those two components; correct?
A Yes.
Q Red Samm used a dump scow called the Mud Pup; correct?
A Yes.
Q You were familiar with that piece of equipment?
A I am.

**HARBOR IMPROVEMENTS**

**KING COVE, ALASKA**

**SEDIMENT CONTROL PLAN**

As requested by the Corps of Engineers a "Sediment Control Plan" has been prepared following the guidelines set by Paragraph 1.9 of Section 01130 of the project specifications.

This plan will address the following:

(a) Dredging silt and sediment control

(b) Rock placement silt and sediment control

(c) Dredge disposal area silt and sediment control

(d) Quarry silt and sediment control

(e) Quarry haul road silt and sediment control

**Dredging Silt and Sediment Control**

Currently it is not anticipated that any dredging will take place during the silt curtain "window" of April 15th through June 15th. If it should become necessary to conduct in water work during the "window" of April 15th through June 15th, a silt curtain will be deployed as specified in the contract documents. The curtain will be a 70 mesh geotextile fabric 5 feet in height. Flotation will consist of solid closed cell plastic foam flotation material. Each flotation section will have a maximum length of 100 feet. The curtain shall have a ballast chain along the bottom edge of the curtain to maintain position along the bottom. The curtain will be anchored to the bottom every 100 feet on both sides to accommodate reversing tides. The entire dredging will be isolated by the silt curtain during the curtain "window". Water samples will be taken during the silt curtain "window" as required by the contract documents. All dredging, whether by cutter head or clam shell, will be accomplished in the least disturbing method feasible. Care will be take to minimize disturbances outside of the immediate area being dredged. Additional silt and sediment control methods will require bore logs in the area to be dredged. No subsurface information is given in the specifications to determine the amount of silt the basin material contains.

PENGAD 800-631-6989 EXHIBIT 83 Heater

## Rock Placement Silt and Sediment Control

Currently it is not anticipated that any rock placement will take place during the silt curtain "window". If rock placement is necessary during the "window", a silt curtain as described in the previous section, will be installed in accordance with the contract documents. All rock placement will be accomplished in the least disturbing method feasible. Rock will be free of excessive dust and dirt when arriving on the job site. The rock will not be dropped into the water from excessive heights. Care will be take to minimize disturbances outside of the immediate area where rock is being placed. Additional silt and sediment control methods will require bore logs in the area rock is to be placed. No subsurface information is given in the specifications to determine the amount of silt the basin material contains.

## Dredge Disposal Area Silt and Sediment Control

All dredge material will be deposited in the Corps of Engineers specified dredge disposal site with a representative of the Contracting Officer present. If the dredge material is deposited by dump scow, dumping will be halted when excessive winds, waves, or surface currents may cause any silt or sediment plume to be carried from the dredge disposal area. When the dredge material is deposited by a discharge line, the point of discharge will be a minimum of 10 feet below the surface. All dredge material will be placed so the final thickness of dredge materials will not exceed 10 feet above the existing bottom.

## Quarry Silt and Sediment Control

Quarry operations will be conducted in a manner which will minimize the amount of silt and sediment which will be available for transport. The quarry and surrounding area is mostly free of silt and sediments. Any runoff noted will be inspected to determine if silts and sediments are being transported. Quarry stockpile areas will be located up hill from the quarry road ditch as detailed on sheet 1 of 4.

## Quarry Haul Road Silt and Sediment Control

The local terrain consists of cobble and boulder strewn vegetation, which is mostly low scrub community. Low scrub community includes dwarf birch, gray-leaf willow, diamond-leaf willow, Labrador tea, and blue-joint grass. The vegetation is highly permeable and there is little to no evidence of sediment runoff. The maximum upland area which drains toward the access road is 50 acres. Currently this area is drained by 3 surface runoff channels. The flow and route of the three channels will not be interrupted by the access road. Since these three channels are not interrupted and the acreage they drain will not be disturbed, runoff from this area will be minimal. The majority of the runoff will come from rainfall in the quarry, stockpile area, and on the access road surface. These areas combined are less than 5 acres.

The quarry haul road will be maintained in a manner which will minimize the amount of silt and sediment which will be available for transport. The road will be surfaced with well graded crushed rock, and compacted to provide a firm yet well draining road surface. Crushed rock used on the road surface will contain a maximum of 5 to 10 percent fines.

During haul road construction silt fencing, straw bales, and other temporary erosion control measures will be utilized to control siltation as required by the terrain and progress of construction. Red Samm will bring approximately 1000' feet of silt fence and approximately 50 straw bales to use during construction to control erosion until permanent erosion controls are in place. Other temporary erosion control measures which may be utilized include diversion ditches, temporary check dams, or a temporary settling pond. The use of silt fencing, straw bales, and other temporary erosion control measures, will depend on the nature of the material being excavated, the grade of the road, and the potential for erosion and silt laden runoff. If the road grade is steep (7%-10% maximum) and the soil is fine and loose, then Red Samm will utilize silt fencing, straw bales, a diversion ditch (if necessary), and temporary check dams spaced as closely as possible. If the road grade is shallow (0%-2%) and the soil is rocky and permeable, then Red Samm may only use silt fencing or straw bales.

The quarry haul road grade varies in steepness, see sheet 4 of 4. The quarry haul road surface will be sloped at approximately 1% to channel runoff into a ditch on the uphill side of the road. This ditch drains into 3 metal culverts which channel existing groundwater runoff into Popof Straight, and terminates into Popof Straight, see sheet 1 of 4.

Down flow from the quarry and stockpile areas a 15' by 30' by 5' deep settling pond will be constructed. The settling pond will allow any sediments to settle out of the quarry and quarry stockpile runoff. It will also channel runoff under the roadway to allow the ditch line to remain on the uphill side of the road, see sheet 1 of 4. Runoff will be retained in the settling pond for a minimum of 2 hours given available rainfall and soil data, see attached calculations.

Check dams will be constructed down flow from the settling pond to allow additional silts and sediments which may be picked up to settle out of quarry and access road runoff. The check dams will be constructed of 2" to 6" shot rock. One dam will be constructed in the road ditch directly up flow from each of the three culverts which channel existing surface runoff flows. Additional dams will be constructed along the length of the road. In areas where the grade is steeper (7%-10%) and sediments are fine, check dams will be spaced so that each dam backs up water to the toe of the previous dam. In areas of a shallower grade (0%-2%) Red Samm will space the check dams approximately 100 feet apart. The total number of dams and the placement will depend on several factors, including steepness of terrain, amount of sediments available for transport, characteristics of the aggregates used on the road, and material make up of the road bed. One dam will be constructed at the bottom of the road to assure that all silt and sediment has settled out of the runoff. The check dams will be inspected to assure they have not become mired in silt and sediments after period of heavy rainfall. Any excessive accumulations of silt and sediment will be removed and stockpiled in the quarry.

In areas where the soil is fine and there is a potential for the soil to be transported by the flow of

water in the ditch, Red Samm will line the ditch bed with 2" – 6" rock. The rock will help slow the flow of water and prevent sediments from being eroded off the ditch bottom. Water runoff into Popof Straight will be monitored periodically and during periods of heavy rainfall to assure that silt and sediment is not being discharged into Popof Straight.

A00-0030

# RED SAMM CONSTRUCTION, INC.

P.O. BOX 3097
BELLEVUE, WASHINGTON 98009

BELLEVUE (425) 827-2955
FAX (425) 827-0256

DOP 2530 500 yd³/h

Date: 1/13/00

To: Andre Burg
Company: Degroot-Nijkerk
Fax #: 31-33-247-4060

Subject: As per Don King, please advise your recommendations using a DOP3025 Pump

From: Don Luterbach
Fax #: 425-827-0256

Total number of pages: 1 (Including Cover Sheet)

**Message:**
We have the following criteria for this job:

- 375,000 cubic yards = 287.000 m³
- Harbor dredging in up to 30 ft. working off a barge ~10 m.
- 110 days to do the job, running 2-10 hr shifts per day
- Maximum distance is 2000 ft. to 50 ft. above sea level
- 100% minus 3 inches
- 93% minus 2 inches
- 82% minus 1 inch
- 77% minus ¾ inches
- 69% minus ½ inches
- 49% minus 3/16 inches
- 33% minus 1/32 inches

What would be the estimated production?
What would be the estimated wear factor and/or down time?
Sorry but I don't have a metric conversion handy. Thank you.

EXHIBIT 90 Heeter
PENGAD 800-631-6989

RSC09579

DEC 2 2 2000

Anchorage Engineer Resident Office SAO/048A

SUBJECT: Schedule Update, Contract DACW85-99-C-0003, Harbor Improvements, King Cove, Alaska

Red Samm Construction
Post Office Box 3097
Bellevue, Washington 98009-3097

Gentlemen:

Reference your Serial Letter 109-041, dated December 8, 2000.

Your revised schedule is acknowledged and noted as work being performed after the contract completion date of November 8, 2000. No methodology of dredging was described to determine how you arrived at a finishing date. There is no contractual reason for a time extension to your contract and liquidated damages will be withheld. The Government may choose to terminate your contract for default if there are any further delays beyond this revised schedule.

Any questions regarding this issue may be directed to the Project Engineer, Mr. Lynden Belin, at (907) 384-0445.

Sincerely,

Thomas A. Johnson, P.E.
Administrative Contracting Officer

CEPOA-CO-SA (415-10c)
FILE: SCHEDULE
QAR - BELIN
RF/SF

BELIN/DH/384-7442
20 DEC 2000
P:048

CONCUR:

WOOD
LESTOCHI