HONORABLE LAWRENCE J. BLOCK

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation<br><br>v.<br><br>THE UNITED STATES | NO. 04-487<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME** |

Pursuant to RCFC 6.1, plaintiff respectfully requests a ten day enlargement of time to, and including, May 8, 2006, within which to respond to the government's pending motion for summary judgment. Plaintiff's response is presently due on April 27, 2006. Plaintiff has not previously requested an enlargement of time for this purpose. The government's counsel advises that he does oppose this motion.

Due to continuing settlement discussions that were not irrevocably concluded until April 4, 2006, plaintiff's counsel has deferred any effort to prepare a response to the Government's motion. Plaintiff's motion is made for this reason and to assure that it has adequate time to prepare its response.



**SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.**
1601 Fifth Avenue, Suite 2500
Seattle WA 98101
(206) 448-8100 Fax (206) 448-8514

DATED this 4th day of April, 2006.

*S/ James T. Hopkins*
James T. Hopkins, WSBA #11856
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: jth@soslaw.com
Attorneys for plaintiff Travelers Casualty and Surety Co. of America

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, and thereby caused to be served upon counsel of record a true and correct copy of the foregoing:

J. Reid Prouty
Department of Justice
1100 L Street NW
11th Floor
Washington, DC 20530

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED at Seattle, Washington, this 4th day April, 2006.

*S/ James T. Hopkins*
James T. Hopkins, WSBA #11856
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: jth@soslaw.com
Attorneys for plaintiff Travelers Casualty and Surety Co. of America



SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle WA 98101
(206) 448-8100 Fax (206) 448-8514