benefits. These elements are discussed in the pertinent portions of the report and appendixes. Table 5-2 provides a brief summary of the parameters.

TABLE 5-2.--*Elements of risk and uncertainty*

| Parameter | Assumption | Refer to |
|---|---|---|
| Benefits | Based on expert opinion, interviews, and experience with other harbors. Subject to considerable interpretation. The operating costs and the number of vessels are the factors most subject to uncertainty. | Appendix B |
| Cost of quarried rock | Dependent on quarry location selected by contractor. Cost estimate assumes nearest operating quarry, then includes 20 percent contingency. | Table 4-4 |
| Design wave | 50-year design wave based on available wind data for King Cove and applying methods in the SPM and EM's. | Appendix A |
| Dredging costs | Test pit logs indicate easily dredgeable material. A new hydrographic survey would be used to verify quantities. | Appendix C |

Table 5-3 shows how much of an increase in certain costs or quantities, or how much of a decrease in benefits, could be tolerated for the project to maintain economic feasibility (benefit/cost ratio of 1.0 or greater). Each factor shown is adjusted to the limit of project feasibility, while all others are kept at the values assumed elsewhere in this report. This analysis supports the soundness of project feasibility.

TABLE 5-3.--*Sensitivity analysis of project economic feasibility using selected factors*

| | | Maximum change to retain 1.0 BCR* | | |
|---|---|---|---|---|
| **Factor** | **Original value** | **Value** | **%** | **New value** |
| Total annual benefits | $1,641,000 | -$935,000 | -57% | $706,000 |
| Total NED construction cost | $8,929,000 | +$13,126,000 | +147% | $22,055,000 |

* Benefit/cost ratio.



EV_010123

MLLW to allow for the passage of fish into the harbor at higher tides. The detachment of the breakwater would allow for fish passage approximately 50 percent of the time.

As with the north alternatives, the Federal portion of the project would include the basin, maneuvering area, entrance channel, and breakwater. Installation of the finger floats and other inner harbor facilities would be the responsibility of the local sponsor.

The South Harbor expansion alternative is preferred since it would accommodate the entire fleet. With this alternative, the size of the basin is not restricted as are the basin sizes of the harbor expansion alternatives to the north. Upland property would not have to be acquired from private property owners, except possibly for dredged material disposal. This alternative would achieve economic feasibility, provide for future growth in the fishing fleet, both in number and size of vessels, and provide for the increased demand in transient and permanent moorage.

## 2.6 Dredging and Disposal of Materials

A large clamshell dredge could be used for dredging any of the three alternatives because sand and gravel would be encountered during construction. However, a cutterhead dredge would most likely be used with a discharge line leading out to the disposal area. Actual dredging equipment and methods would be left as options for the contractor.

Disposing of all the dredged material at upland sites is not practical because of the quantity of materials to be dredged (246,800 to 339,200 $yd^3$), costs of transporting the materials, and the difficulty of acquiring suitable upland disposal sites in the project vicinity. The bridge over the mouth of King Cove Lagoon, which would have to be crossed, lacks structural integrity. It is only one-lane wide with a history of failure. Without extensive reconstruction or replacement, the bridge could not safely accommodate the weight and number of loads needed to transport the dredged material to the north side of the community. Furthermore, transporting the dredged material to an upland disposal site would cost 3 to 5 times as much as inland-water disposal.

Another option is to dispose of a portion of the dredged material (about 75,000 $yd^3$) by filling Heart Lake in the city of King Cove. The U.S. Fish and Wildlife Service (USFWS) recommended investigating this option in their Fish and Wildlife Coordination Act Report (appendix 3, page 19). A Section 404 of the Clean Water Act permit from the Corps of Engineers Regulatory Branch would be required before the lake could be filled. The city and/or the Aleutians East Borough will continue to pursue this as an option. For this environmental assessment, it was assumed that dredged materials would not be discharged into the lake.

With all three alternatives, approximately 15,000 $yd^3$ of the dredged material would be discharged at an upland location, most of which would probably be discharged just south of the causeway. The remainder of the dredged material, except for approximately 70,000 $yd^3$ used for the intertidal fill area associated with alternative 1-A, would be

harbor side were used. The rock groin breakwater height is +14 ft MLLW with side slopes of 1V:2.5H.

Underlayer Design. For the training dike breakwater, dredged material was used to construct the core. Armor stone with a maximum weight of 500 lb was used for the top layer. For the rock groin breakwater, a 1-ft bedding layer of quarry spalls was used under a filter rock layer. Armor stone with a maximum weight of 1,700 lb was used for the top layer.

Toe Design. The primary armor cover layer extends to the sea floor, because water depth is less than 1.5 times the design wave height. The toe apron of armor stone is 3.3 layers wide and 1 layer thick for the training dike breakwater, and 2.5 layers wide and 1 layer thick for the rock groin breakwater. The toe stone for both structures is composed of the same gradation of rock as their main armor sections.

Armor Stone. Armor stone for the training dike breakwater is class B (500 lb maximum, 3 to 6 inches minimum) at a thickness of 3 ft. For the rock groin breakwater, armor stone is class A (1,700 lb maximum, 1,100 lb minimum) at a thickness of 4 to 8 ft. The armor layer is at least two stones thick.

## 4.3 1992 Causeway and Dock Construction (Non-federal)

### *4.3.1 General*

A causeway leading to a deep-water dock was designed by a consultant for the city of King Cove. Construction was completed in 1992. The structure consists of a 750-ft-long gravel fill causeway armored with rock, and a sheet-pile dock at its seaward end. The causeway was constructed using core and armor rock from the quarry in King Cove. The quarry is approximately 1 mile from the city, just off the road to the airstrip.

### *4.3.2 Armor Rock*

Armor rock on the south-facing slope of the causeway ranged from 1,650 lb to 2,750 lb, with at least 50 percent by weight greater than 2,200 lb.

### *4.3.3 Dock*

The sheet-pile dock consists of four steel cells and a catwalk with dolphins at each end for mooring. The face of the dock lies in water depths of approximately 30 ft.

### *4.3.4 Breach*

The causeway was constructed with a 40-ft-wide breach about midway out to the sheet-pile dock. The breach consists of two sheet-pile cells 60 feet in diameter. The natural bottom elevation at the breach is approximately -4 ft MLLW.

# NAVIGATION IMPROVEMENTS
# KING COVE, ALASKA

## APPENDIX C
## GEOTECHNICAL REPORT

CONTENTS

Page

1. SCOPE ..... 1
2. PROJECT LOCATION AND DESCRIPTION ..... 1
3. FIELD EXPLORATION ..... 1
4. SITE CONDITIONS ..... 1
5. DISCUSSION AND ANALYSIS ..... 2
6. CONCLUSIONS ..... 2

**Figures**

C-1 Test pit location map (following the text)

**Test Pit Logs**

**Photographs**

G:\EN-CW\EN-CW-PF\KINGCOVE\APPC.DOC
September 18, 1996

# NAVIGATION IMPROVEMENTS
# KING COVE, ALASKA

# APPENDIX C
# GEOTECHNICAL REPORT

## 1. Scope

The results of a reconnaissance visit and test pit exploration for the south expansion of the small boat harbor in King Cove are presented in this report.

The scope of the visit was to explore for bedrock within the south expansion area and to evaluate subsurface conditions with regard to dredging.

## 2. Project Location and Description

King Cove is located on the Alaska Peninsula about 600 miles southwest of Anchorage. The south expansion alternative entails dredging a new basin and constructing associated breakwaters just south of the existing boat harbor. Basin dredging is proposed to extend to about elevation -15 ft MLLW with side slopes of 3 horizontal:1 vertical.

## 3. Field Exploration

The subsurface exploration for the project was conducted on July 29, 1996. Five test pits were excavated to depths of about 5 to 10 feet with an excavator owned by King Cove and operated by city personnel. The excavation of the test pits was supervised and logged by an engineer with the Corps of Engineers. The test pit locations were measured by the engineer with a cloth tape referencing the existing causeway. The locations of the test pits are shown in figure C-1.

## 4. Site Conditions

**a. Surface:** The tidal fluctuation at King Cove ranges approximately from elevation 10.5 ft MLLW to -3.5 ft MLLW, based on U.S. Coast and Geodetic Survey records. The areas to be dredged are located within this intertidal zone and also within the subtidal zone. The ground surface in the areas to be dredged ranges in elevation from about 4 ft MLLW to -6 ft MLLW and is covered primarily with gravel, cobbles, and boulders above -2 ft and silty sand below -2 ft (photo 1).

**b. Subsurface:** The test pits indicate the basin area to be underlain primarily by gravel containing some cobbles and boulders (photos 2 and 3). Where encountered, the surfacial silty sand was found to extend to depths less than 1-1/2 feet (photo 4). The soils were easy to excavate with the backhoe, but caving of the sidewalls limited excavation depth to about 10 feet. The exception to these conditions is that bedrock

was encountered in test pit 3, located in the southwest corner of the proposed basin. The upper portion of the bedrock was weathered, and the backhoe was able to excavate about 4 feet into the bedrock due to the weathered nature (photo 5).

## 5. Discussion and Analysis

The two items of concern for the dredging are (1) the dredgibility of the basin soils, and (2) the stability of the basin side slopes. These items are discussed below.

**a. Dredging Feasibility:** Bedrock appears to be within the extreme southwest corner of the proposed basin limits and is therefore of concern. The gravel soils containing cobbles and boulders should not present major problems, provided the equipment used to dredge these materials is commensurate with those conditions.

**b. Stability:** The gravel soils will be influenced by tidal fluctuation and wave erosion. A maximum slope of about 3 horizontal:1 vertical is estimated for these materials based on experience and observations of existing slopes at the site.

## 6. Conclusions

The improvements to the small boat harbor can be accomplished as planned. If this site is selected, it is recommended that an appropriate geophysical exploration be conducted to locate the bedrock surface within the southwest corner of the proposed basin. If the bedrock is indeed within dredging limits, appropriate removal action will be required.




| | STATION | *OFFSET |
|---|---|---|
| TP-1 | 10+00 | 170' |
| TP-2 | 10+00 | 70' |
| TP-3 | 10+50 | 20' |
| TP-4 | 9+00 | 30' |
| TP-5 | 8+00 | 170' |

* OFFSET FROM HIGH TIDE MARK

| | |
|---|---|
| SCALE: | NTS |
| DATE | JULY 1996 |
| DWG/RVW | CRW/JR |

ALASKA DISTRICT
CORPS OF ENGINEERS
CIVIL WORKS BRANCH

# TEST PIT LOCATION MAP

NAVIGATION IMPROVEMENTS
KING COVE, ALASKA

C-1

| | | | |
|---|---|---|---|
| DEPARTMENT OF THE ARMY<br>North Pacific Division<br>U.S. Army Engineer District Alaska<br>EXPLORATION LOG | Project King Cove, Alaska Boat Harbor Expansion | | Sheet 1 of 1 |
| | Location Coordinates Northing 0 Easting 0 | | |
| | Drilling Agency [ ] Corps of Engineers [XXX] Other City of King Cove | | |
| Hole Number Field TP-1 Permanent TP-1 | Name of Driller Dennis Cochran | Weather Ptly Cldy, 40° | |
| Type of Hole [XXX] Test Pit [ ] Auger Hole | Depth To 0.0 | Depth Drilled 0.0 | Total Depth 10.0 |
| Size and Type of Bit Backhoe | Elevation Datum [ ] MSL [ ] | Type of Equipment John Deere 690B | |
| Number of Samples 0 | Type of Samples Grab | Depth to Groundwater | Date June 29, 1996 |
| Top of Hole Elevation 0.00 | Inspector C. Wilson | Chief, Soils Section J. Raychel | Chief, Geotechnical Branch D. Thomas |

| Depth in Feet | % Water | Sample | Soil Legend | Classification | Max Size | Description and Remarks |
|---|---|---|---|---|---|---|
| | | | SM | Silty SAND | | |
| | | | | Gravel w/ few Cobbles & Boulders | | Easy digging |
| 10 | | | | | | Sidewalls Caving-Refusal |
| | | | | | | Bottom of hole 10.0<br>No Bedrock Encountered<br>Tidal Zone |

C-5

NPA Form 19-E
Jun 92 Prev. Ed. Obsolete

| | |
|---|---|
| Project King Cove, Alaska Boat Harbor Expansion | Hole Number TP-1 |

EV_010325

| DEPARTMENT OF THE ARMY<br>North Pacific Division<br>U.S. Army Engineer District Alaska<br>EXPLORATION LOG | Project King Cove, Alaska Boat Harbor Expansion | Sheet 1 of 1 |
|---|---|---|
| | Location Coordinates Northing 0 Easting 0 | |
| | Drilling Agency [ ] Corps of Engineers [XXXX] Other City of King Cove | |

| Hole Number Field TP-2 Permanent TP-2 | Name of Driller Dennis Cochran | Weather Ptly Cldy, 40° |
|---|---|---|

| Type of Hole [XXXX] Test Pit [ ] Auger Hole | Depth To 0.0 | Depth Drilled 0.0 | Total Depth 10.0 |
|---|---|---|---|

| Size and Type of Bit | Elevation Datum [ ] MSL [ ] | Type of Equipment |
|---|---|---|
| Backhoe | | John Deere 690B |

| Number of Samples | Type of Samples | Depth to Groundwater | Date |
|---|---|---|---|
| 0 | Grab | | June 29, 1996 |

| Top of Hole Elevation | Inspector | Chief, Soils Section | Chief, Geotechnical Branch |
|---|---|---|---|
| 0.00 | C. Wilson | J. Raychel | D. Thomas |

| Depth in Feet | % Water | Sample | Soil Legend | Classification | Max Size | Description and Remarks |
|---|---|---|---|---|---|---|
| 0 | | | | Gravel w/ Cobbles & Boulders | | Easy digging |
| 9.5 | | | | | | Sidewalls Caving-Refusal |
| 10 | | | | | | Bottom of hole 10.0<br>No Bedrock Encountered<br>Tidal Zone |
| 15 | | | | | | |
| 20 | | | | | | |
| 25 | | | | | | |
| 30 | | | | | | |

C-6

| NPA Form 19-E<br>Jun 92 Prev. Ed. Obsolete | Project King Cove, Alaska Boat Harbor Expansion | Hole Number TP-2 |
|---|---|---|

EV_010326

**DEPARTMENT OF THE ARMY**

North Pacific Division
U.S. Army Engineer District Alaska

**EXPLORATION LOG**

| | |
|---|---|
| Project | King Cove, Alaska Boat Harbor Expansion |
| Sheet | 1 of 1 |
| Location Coordinates | Northing 0 Easting 0 |
| Drilling Agency | [ ] Corps of Engineers [XXX] Other City of King Cove |
| Hole Number | Field TP-3 Permanent TP-3 |
| Name of Driller | Dennis Cochran |
| Weather | Ptly Cldy, 40° |
| Type of Hole | [XXX] Test Pit [ ] Auger Hole |
| Depth To | 0.0 |
| Depth Drilled | 0.0 |
| Total Depth | 5.0 |
| Size and Type of Bit | Backhoe |
| Elevation Datum | [ ] MSL [ ] |
| Type of Equipment | John Deere 690B |
| Number of Samples | 0 |
| Type of Samples | Grab |
| Depth to Groundwater | |
| Date | June 29, 1996 |
| Top of Hole Elevation | 0.00 |
| Inspector | C. Wilson |
| Chief, Soils Section | J. Raychel |
| Chief, Geotechnical Branch | D. Thomas |

| Depth in Feet | % Water | Sample | Soil Legend | Classification | Max Size | Description and Remarks |
|---|---|---|---|---|---|---|
| | | | | Gravel and Cobbles | | |
| | | | | Weathered Bedrock | | Difficult Digging-Refusal |
| 5 | | | | | | Bottom of hole 5.0 |
| | | | | | | No groundwater observed |
| 10 | | | | | | |
| 15 | | | | | | |
| 20 | | | | | | |
| 25 | | | | | | |
| 30 | | | | C-7 | | |

NPA Form 19-E
Jun 92 Prev. Ed. Obsolete

Project King Cove, Alaska Boat Harbor Expansion
Hole Number TP-3

EV_010327

**DEPARTMENT OF THE ARMY**

North Pacific Division
U.S. Army Engineer District Alaska
(This page left blank.)
**EXPLORATION LOG**

| | |
|---|---|
| Project | King Cove, Alaska Boat Harbor Expansion |
| Sheet | 1 of 1 |
| Location Coordinates | Northing 0 Easting 0 |
| Drilling Agency | [ ] Corps of Engineers [XXX] Other City of King Cove |
| Hole Number | Field TP-4 Permanent TP-4 |
| Name of Driller | Dennis Cochran |
| Weather | Ptly Cldy, 40° |
| Type of Hole | [XXX] Test Pit [ ] Auger Hole |
| Depth To | 0.0 |
| Depth Drilled | 0.0 |
| Total Depth | 9.0 |
| Size and Type of Bit | Backhoe |
| Elevation Datum | [ ] MSL |
| Type of Equipment | John Deere 690B |
| Number of Samples | 0 |
| Type of Samples | Grab |
| Depth to Groundwater | |
| Date | June 29, 1996 |
| Top of Hole Elevation | 0.00 |
| Inspector | C. Wilson |
| Chief, Soils Section | J. Raychel |
| Chief, Geotechnical Branch | D. Thomas |

| Depth in Feet | % Water | Sample | Soil Legend | Classification | Max Size | Description and Remarks |
|---|---|---|---|---|---|---|
| 0 | | | | Gravel & Cobbles | | |
| | | | | Gravel | | Angular to Subangular<br>Easy Digging<br>Sidewalls Caving-Refusal |
| 9.0 | | | | | | Bottom of hole 9.0<br>No Bedrock Encountered<br>Tidal Zone |

Depth scale: 5, 10, 15, 20, 25, 30

C-8

NPA Form 19-E
Jun 92 Prev. Ed. Obsolete

| | |
|---|---|
| Project King Cove, Alaska Boat Harbor Expansion | Hole Number TP-4 |

EV_010328

| | | |
|---|---|---|
| DEPARTMENT OF THE ARMY<br>North Pacific Division<br>U.S. Army Engineer District Alaska<br>EXPLORATION LOG | Project King Cove, Alaska Boat Harbor Expansion<br>Location Coordinates: Northing 0 Easting 0<br>Drilling Agency: [ ] Corps of Engineers [XXX] Other City of King Cove | Sheet 1 of 1 |

| | | |
|---|---|---|
| Hole Number: Field TP-5 Permanent TP-5 | Name of Driller: Dennis Cochran | Weather: Ptly Cldy, 40° |

| | | | |
|---|---|---|---|
| Type of Hole: [XXX] Test Pit [ ] Auger Hole | Depth To: 0.0 | Depth Drilled: 0.0 | Total Depth: 8.0 |

| | | |
|---|---|---|
| Size and Type of Bit: Backhoe | Elevation Datum: [ ] MSL [ ] | Type of Equipment: John Deere 690B |

| | | | |
|---|---|---|---|
| Number of Samples: 0 | Type of Samples: Grab | Depth to Groundwater: | Date: June 29, 1996 |

| | | | |
|---|---|---|---|
| Top of Hole Elevation: 0.00 | Inspector: C. Wilson | Chief, Soils Section: J. Raychel | Chief, Geotechnical Branch: D. Thomas |

| Depth in Feet | Water | Sample | Soil Legend | Classification | Max Size | Description and Remarks |
|---|---|---|---|---|---|---|
| | | | SM | Silty SAND | | |
| | | | | Gravel w/ few Cobbles | | Easy Digging |
| | | | | | | Sidewalls Caving-Refusal |
| 8.0 | | | | | | Bottom of hole 8.0<br>No Bedrock Encountered<br>Tidal Zone |

C-9

NPA Form 19-E
Jun 92 Prev. Ed. Obsolete

| | |
|---|---|
| Project King Cove, Alaska Boat Harbor Expansion | Hole Number TP-5 |

EV_010329

(This page left blank.)



*PHOTO 1.--Test pit 5; silty sand surface.*



*PHOTO 2.--Test pit 1; gravel and cobbles.*

(This page left blank.)



*PHOTO 3.—Test pit 4; cobbles and boulders.*



*PHOTO 4.—Test pit 5; surface silty sand overlying gravel.*

(This page left blank.)



*PHOTO 5.—Test pit 3; bedrock.*

---

Small Boat Harbor, King Cove, AK
ALTERNATE 2, SOUTH, NEW SBH

K:/MCACES/SBH/KGC001/FEASIBIL\
ALTER2

Designed By: CENPA-EN
Estimated By: CENPA-EN-CE

Prepared By: Frank J. Antolin

Preparation Date: 05/05/97
Effective Date of Pricing: 10/01/96
Est Construction Time: 180 Days

Sales Tax: 0.00%

This report is not copyrighted, but the information contained herein is For Official Use Only.

WILSON
EX 6

M C A C E S f o r W i n d o w s
Software Copyright (c) 1985-1997
by Building Systems Design, Inc.
Release 1.2

Currency in DOLLARS

CE_008894

Project Description:
Construct a 1,600-foot-long detached, L-shaped rubblemound breakwater with a crest elevation of +15 ft MLLW.
Dredging the entrance channel to a depth -17 feet. The manuvering and mooring basins to a depth of -16 MLLW.

Bases of Design:
Deatailed Project Report, dated Apr, 97 Alternate 2, South SBH, Section 107

Construction Schedule:
Overtime; This cost est. has contracts crew working 2-10 hr shifts and a 6 day week.

Acquisition Plan:
There will be two contracts to construct the complete SBH.
The first contract is to construct the rubblemond breakwater, dredge the harbor to project depth and disposal of dredged material.
Upon completion of the first a second contract will be awarded to construct the inner harbor facilities (floats, fingers and etc.

Subcontracting Plan; Performing hydrgraphic surveys

Project Construction:
Site Access; The site can be accessed either by land construction or marine floating equipment.

Borrow Areas; There are some local borrow areas in the King Cove road network, it is not known if the rock would meet corps specs.
The COE does not designate borrow sites for rock sources.

Construction Methodology;
Assume the prime contractor will mobilize from the Seattle area, prepare his equipment and camp for work. It is assumed the breakwater "A" rock material will be barged from Sand Point, Ak and the "B" and core rock material from the local King Cove area.
All the rock will be placed by floating clamshell and bucket. The harbor will be dredged by cutter head pipeline equipment, and the material will be disposed of off-shore and upland. Perform final cleanup, prepare equipment and camp for demob and demob.

Unusual Conditions (Soil, water, weather):
Soil: Geotechical Field Exploration report that the dredging material is sand, gravel and some boulders.
Water: The maximum tidal range at King Cove is 10.0 feet with waves up to 4 feet.
Weather: Climate is maritime, with approximately 60 inches of precipitation per year. Temperatures are cool, with little variation, and seldom dip below freezing. Squalls and fog are frequent. Snowfall averges 87 inches per year. Strong winds up to 75 knots are common.

Unique Techniques of Construction: None

Currency in DOLLARS



CE_008895


LEGEND
STAGING AREA
MOORING BASIN
CONSTRUCTION BOUNDARY
BREAKWATER
ENTRANCE CHANNEL
MANEUVERING AREA, MOORING BASIN
BREAKWATER COORDINATES
ENTRANCE CHANNEL, MANEUVERING AREA, AND MOORING BASIN COORDINATES
CURVE DATA (BY LINE)
KING COVE, ALASKA HARBOR IMPROVEMENTS
SITE PLAN
ALASKA DISTRICT CORPS OF ENGINEERS ANCHORAGE, ALASKA




CORNER OF THE MOORING BASIN. THE JOHN DEERE 690B BACKHOE USED DURI[NG] THE COE TEST PIT EXPLORATION WAS ABLE TO EXCAVATE 4 FEET INTO THE BEDROCK ENCOUNTERED IN TEST PIT #3.

## BREAKWATER COORDINATES

| | | | |
|---|---|---|---|
| 1 | N 385198.08 | E 631342.30 | B.O.P. 10+00 |
| 2 | N 384923.32 | E 632058.07 | P.C. 17+88.69 |
| 3 | N 384980.84 | E 632187.27 | P.T. 19+23.77 |
| 4 | N 385560.21 | E 632409.87 | P.C. 25+44.38 |
| 5 | N 385607.41 | E 632467.95 | P.T. 26+22.90 |
| 6 | N 385825.89 | E 632584.83 | E.O.P. 27+41.03 |

## ENTRANCE CHANNEL, MANEUVERING AREA, AND MOORING BASIN COORDINATES

| | | | |
|---|---|---|---|
| 1 | N 385775.60 | E 632635.37 | B.O.P. 10+00.00 |
| 2 | N 385927.54 | E 632239.54 | A.P. 14+23.99 |
| 3 | N 385656.28 | E 631961.54 | A.P. 17+79.65 |
| 4 | N 385129.25 | E 631779.24 | E.O.P. 23+64.53 |
| 5 | N 385711.97 | E 632626.72 | Angle Point |
| 6 | N 385719.53 | E 632561.67 | Angle Point |
| 7 | N 385711.75 | E 632512.51 | Angle Point |
| 8 | N 385795.47 | E 632294.39 | Angle Point |
| 9 | N 385983.80 | E 632366.68 | Angle Point |
| 10 | N 385839.34 | E 632844.09 | Angle Point |
| 11 | N 385896.71 | E 632417.55 | Angle Point |
| 12 | N 385868.53 | E 632356.70 | Angle Point |
| 13 | N 385005.31 | E 632102.11 | Angle Point |
| 14 | N 385253.19 | E 631456.36 | Angle Point |
| 15 | N 385484.62 | E 631545.15 | Angle Point |
| 16 | N 385397.89 | E 631771.35 | Angle Point |
| 17 | N 385274.86 | E 632091.33 | Angle Point |
| 18 | N 385572.18 | E 632205.46 | Angle Point |
| 19 | N 385729.72 | E 632265.94 | Angle Point |
| 20 | N 385793.75 | E 632290.52 | Angle Point |
| 21 | N 385987.67 | E 632364.96 | Angle Point |
| 22 | N 385778.06 | E 631657.84 | Angle Point |
| 23 | N 385912.04 | E 631790.98 | Angle Point |

## CURVE DATA (BW LINE)

| CURVE | R | Δ | T | L |
|---|---|---|---|---|
| A | 100.00' | 90°00'00" | 100.00' | 157.08' |
| B | 75.00' | 60°00'00" | 43.30' | 78.54' |

| REV. | DATE | C.O. | ACTION | DESCRIPTION | BY | API |
|---|---|---|---|---|---|---|
| | | | | | | |

CONTRACT NO.
CONTRACTOR
CITY STATE
RECOMMENDED: APPROVED: DATE:
PRIME CONTRACTOR RESIDENT ENGINEER

ALASKA, DISTRICT
CORPS OF ENGINEERS
ANCHORAGE, ALASKA

DESIGNED: ACJ
DRAWN: ACJ
TRACED:
CHECKED: KJE
SUBMITTED:

KING COVE, ALASKA
HARBOR IMPROVEMENTS

SITE PLAN

RECOMMENDED: APPROVED:
CHIEF, CIVIL WORKS BRANCH CHIEF, ENGINEERING DIVISION

GEO_011310

SECTION TABLE OF CONTENTS

DIVISION 02 - SITE WORK

SECTION 02222

DREDGING, EXCAVATION AND DISPOSAL

PART 1 GENERAL

1.1 WORK COVERED.
1.2 CHARACTER OF MATERIALS.

PART 2 PRODUCTS (Not Applicable)

PART 3 EXECUTION

3.1 DREDGING AND EXCAVATION.
3.1.1 General
3.1.2 Equipment Operation Limits
3.1.3 Side Slopes
3.1.4 Maximum Payline
3.1.5 Excessive Dredging or Excavation
3.2 DISPOSAL
3.2.1 General.
3.2.2 Disposal Operations
3.2.3 Government-Furnished Disposal Area
3.3 SURVEYS
3.3.1 Pre-Dredge/Excavation Survey
3.3.2 Interim Condition Surveys
3.3.3 Post-Dredge/Excavation Survey

-- End of Section Table of Contents --



Ex 8

SECTION 02222

DREDGING, EXCAVATION AND DISPOSAL

PART 1 GENERAL

1.1 WORK COVERED.

Dredging shall include removal and disposal of all material as specified herein or indicated on the drawings.

1.2 CHARACTER OF MATERIALS.

Exploration logs for the area to be dredged and excavated are enclosed in Appendix A. Incidental sunken logs, boulders, rock, snags and other miscellaneous debris from harbor and fishing operations should be expected . Geophysical data for this area can be obtained from the Corps of Engineers, Geotechnical Branch - Soils and Geology Section, Alaska District.

PART 2 PRODUCTS (Not Applicable)

PART 3 EXECUTION

3.1 DREDGING AND EXCAVATION.

3.1.1 General

The Contractor shall notify the HarborMaster or local officials in advance of dredging and excavation operations and verify the disposal site location(s). All dredging and excavation shall be performed to the depths and grades shown on the drawings, and within the areas shown.

3.1.2 Equipment Operation Limits

The Contractor shall restrict the placement of dredging and excavating equipment to only that actually required to accomplish the work as specified and as defined on the drawings. This includes operation of a clamshell, pipeline cutterhead and any other dredging or excavating equipment.

3.1.3 Side Slopes

Side slopes shall be excavated as shown on the drawings.

3.1.4 Maximum Payline

Not more than 1 foot of excavation beyond the minimum depth indicated or more than 45 feet of side slope beyond the limits of work shown shall be included in quantities for payment.

3.1.5 Excessive Dredging or Excavation

If the Contracting Officer determines that over-dredging or over-excavation has resulted in incipient danger to foundations of structures or any in-harbor construction such as boat ramps, the Contractor shall restore the affected area with material approved by the Contracting Officer. The Contractor shall obtain the backfill from its own source.

3.2 DISPOSAL

3.2.1 General.

The material removed shall be transported to and deposited in areas specified below. No temporary or intermediate placement or stockpiling of material will be allowed, except within the Contractor's boat or barge, unless prior approval is obtained from the Contracting Officer.

3.2.2 Disposal Operations

Except as otherwise authorized by the Contracting Officer in writing, no material dredged by excavator, cutterhead and pipeline, or clamshell and scow or barge shall be dumped in the disposal area unless a representative of the Contracting Officer is present at the time. Any material that is deposited without a representative of the Contracting Officer present will not be paid for. For all such unwitnessed dumping, an average quantity will be estimated by the Government, and a deduction will be made to the final pay estimate based on unit prices current at the time of any such unwitnessed dumping. The Contractor shall assume all risks in dredged material disposal operations. Any material that is deposited elsewhere than in places designated or approved by the Contracting Officer will not be paid for and the Contractor may be required to remove such misplaced material and deposit it where directed, at its expense.

3.2.3 Government-Furnished Disposal Area

The excavated material shall be transported and deposited in the area as noted on the contract drawings, unless an alternate disposal area is approved by the Contracting Officer. The top of the dredged material in the disposal area shall not be higher than as shown on the drawings.

3.3 SURVEYS

3.3.1 Pre-Dredge/Excavation Survey

The Contractor shall perform a pre-dredge/excavation survey of the areas to be dredged in accordance with Section 01016, immediately prior to work. The Contractor shall notify the Contracting Officer, in writing, of his intent to survey, at least 10 days before beginning the survey.

3.3.2 Interim Condition Surveys

Interim condition surveys shall be conducted after removal of material, or portions thereof, to quantify material removed. Two interim condition surveys shall be conducted. The pattern and timing of condition surveys shall be subject to mutual agreement between the contractor and the Contracting Officer.

3.3.3 Post-Dredge/Excavation Survey

A post-dredge/excavation survey to determine if the project depths have

been attained over the entire project area shall be performed immediately following the work, in accordance with Section 01016. The Contractor shall notify the Contracting Officer at least 3 days in advance of beginning the survey. If project depths have not been attained, the Contractor shall remove the required additional material and a re-survey of the area shall be performed. This process shall be repeated until the required project depths are achieved.

# A T T A C H M E N T A

## SUBSURFACE CONDITIONS

| | | |
|---|---|---|
| **DEPARTMENT OF THE ARMY**<br>North Pacific Division<br>U.S. Army Engineer District Alaska<br>**EXPLORATION LOG** | Project **King Cove, Alaska Boat Harbor Expansion** | Sheet 1 of 1 |
| | Location Coordinates: Northing 385,395± Easting 631,440± | |
| | Drilling Agency: [ ] Corps of Engineers [XXXX] Other **City of King Cove** | |
| Hole Number: Field **TP-1** Permanent **TP-1** | Name of Driller: **Dennis Cochran** | Weather: **Ptly Cldy, 40°** |

| Type of Hole | Depth To | Depth Drilled | Total Depth |
|---|---|---|---|
| [XXXX] Test Pit [ ] Auger Hole | 0.0 | 0.0 | 10.0 |

| Size and Type of Bit | Elevation Datum | Type of Equipment |
|---|---|---|
| Backhoe | [ ] MSL [ ] | John Deere 690B |

| Number of Samples | Type of Samples | Depth to Groundwater | Date |
|---|---|---|---|
| 0 | Grab | | June 29, 1996 |

| Top of Hole Elevation | Inspector | Chief, Soils Section | Chief, Geotechnical Branch |
|---|---|---|---|
| -1 ± | C. Wilson | J. Raychel | D. Thomas |

| Depth in Feet | % Water | Sample | Soil Legend | Classification | Max Size | Description and Remarks |
|---|---|---|---|---|---|---|
| 0–1 | | | SM | Silty SAND | | |
| 1–10 | | | | Gravel w/ few Cobbles & Boulders | | Easy digging<br>Sidewalls Caving-Refusal |
| 10 | | | | | | Bottom of hole 10.0<br>No Bedrock Encountered<br>Tidal Zone |

SECTION 02222 Page 5

NPA Form 19-E
Jun 92 Prev. Ed. Obsolete

| | |
|---|---|
| Project **King Cove, Alaska Boat Harbor Expansion** | Hole Number **TP-1** |

EN_009667

| DEPARTMENT OF THE ARMY<br>North Pacific Division<br>U.S. Army Engineer District Alaska<br>**EXPLORATION LOG** | Project King Cove, Alaska Boat Harbor Expansion | Sheet 1 of 1 |
|---|---|---|
| | Location Coordinates: Northing 385,460± Easting 631,355± | |
| | Drilling Agency: [ ] Corps of Engineers; [XXX] Other City of King Cove | |

| Hole Number | | Name of Driller | Weather |
|---|---|---|---|
| Field TP-2 | Permanent TP-2 | Dennis Cochran | Ptly Cldy, 40° |

| Type of Hole | Depth To | Depth Drilled | Total Depth |
|---|---|---|---|
| [XXX] Test Pit [ ] Auger Hole | 0.0 | 0.0 | 10.0 |

| Size and Type of Bit | Elevation Datum | Type of Equipment |
|---|---|---|
| Backhoe | [ ] MSL [ ] | John Deere 690B |

| Number of Samples | Type of Samples | Depth to Groundwater | Date |
|---|---|---|---|
| 0 | Grab | | June 29, 1996 |

| Top of Hole Elevation | Inspector | Chief, Soils Section | Chief, Geotechnical Branch |
|---|---|---|---|
| 1 ± | C. Wilson | J. Raychel | D. Thomas |

| Depth in Feet | % Water | Sample | Soil Legend | Classification | Max Size | Description and Remarks |
|---|---|---|---|---|---|---|
| 0–10 | | | | Gravel w/ Cobbles & Boulders | | Easy digging<br>Sidewalls Caving-Refusal |
| 10 | | | | | | Bottom of hole 10.0<br>No Bedrock Encountered<br>Tidal Zone |

Depth scale: 5, 10, 15, 20, 25, 30

SECTION 02222 Page 6

NPA Form 19-E
Jun 92 Prev. Ed. Obsolete

| Project | Hole Number |
|---|---|
| King Cove, Alaska Boat Harbor Expansion | TP-2 |

EN_009668