| DEPARTMENT OF THE ARMY<br>North Pacific Division<br>U.S. Army Engineer District Alaska<br>EXPLORATION LOG | Project King Cove, Alaska<br>Boat Harbor Expansion | Sheet 1 of 1 |
|---|---|---|
| | Location Coordinates<br>Northing 385,455± Easting 631,295± | |
| | Drilling Agency<br>[ ] Corps of Engineers<br>[XXX] Other City of King Cove | |
| Hole Number<br>Field TP-3 Permanent TP-3 | Name of Driller<br>Dennis Cochran | Weather<br>Ptly Cldy, 40° |
| Type of Hole<br>[XXX] Test Pit [ ] Auger Hole | Depth To<br>0.0 | Depth Drilled 0.0 / Total Depth 5.0 |
| Size and Type of Bit<br>Backhoe | Elevation Datum [ ] MSL [ ] | Type of Equipment<br>John Deere 690B |
| Number of Samples<br>0 | Type of Samples<br>Grab | Depth to Groundwater / Date<br>June 29, 1996 |
| Top of Hole Elevation<br>8 ± | Inspector<br>C. Wilson / Chief, Soils Section<br>J. Raychel | Chief, Geotechnical Branch<br>D. Thomas |

| Depth in Feet | % Water | Sample | Soil Legend | Classification | Max Size | Description and Remarks |
|---|---|---|---|---|---|---|
| 0 | | | | Gravel and Cobbles | | |
| | | | | Weathered Bedrock | | |
| 5 | | | | | | Difficult Digging-Refusal |
| | | | | | | Bottom of hole 5.0 |
| | | | | | | No groundwater observed |
| 10 | | | | | | |
| 15 | | | | | | |
| 20 | | | | | | |
| 25 | | | | | | |
| 30 | | | | | | |

SECTION 02222 Page 7

NPA Form 19-E
Jun 92 Prev. Ed. Obsolete

| Project King Cove, Alaska<br>Boat Harbor Expansion | Hole Number<br>TP-3 |
|---|---|

EN_009669

**DEPARTMENT OF THE ARMY**

North Pacific Division
U.S. Army Engineer District Alaska

**EXPLORATION LOG**

| | | | |
|---|---|---|---|
| Project King Cove, Alaska Boat Harbor Expansion | | | Sheet 1 of 1 |
| Location Coordinates: Northing 385,550 | Easting 631,395 | | |
| Drilling Agency: [ ] Corps of Engineers [XXX] Other City of King Cove | | | |
| Hole Number: Field TP-4 Permanent TP-4 | Name of Driller: Dennis Cochran | Weather: Ptly Cldy, 40° | |
| Type of Hole: [XXX] Test Pit [ ] Auger Hole | Depth To: 0.0 | Depth Drilled: 0.0 | Total Depth: 9.0 |
| Size and Type of Bit: Backhoe | Elevation Datum: [ ] MSL | Type of Equipment: John Deere 690B | |
| Number of Samples: 0 | Type of Samples: Grab | Depth to Groundwater: | Date: June 29, 1996 |
| Top of Hole Elevation: 4 ± | Inspector: C. Wilson | Chief, Soils Section: J. Raychel | Chief, Geotechnical Branch: D. Thomas |

| Depth in Feet | % Water | Sample | Soil Legend | Classification | Max Size | Description and Remarks |
|---|---|---|---|---|---|---|
| | | | | Gravel & Cobbles | | |
| | | | | Gravel | | Angular to Subangular<br>Easy Digging<br>Sidewalls Caving-Refusal |
| 9.0 | | | | | | Bottom of hole 9.0<br>No Bedrock Encountered<br>Tidal Zone |

Depth scale: 5, 10, 15, 20, 25, 30

SECTION 02222 Page 8

NPA Form 19-E
Jun 92 Prev. Ed. Obsolete

Project King Cove, Alaska Boat Harbor Expansion | Hole Number TP-4

EN_009670

| | | |
|---|---|---|
| **DEPARTMENT OF THE ARMY**<br>North Pacific Division<br>U.S. Army Engineer District Alaska<br>**EXPLORATION LOG** | Project **King Cove, Alaska Boat Harbor Expansion** | Sheet 1 of 1 |

| | | | |
|---|---|---|---|
| Location Coordinates | Northing 385,545± | Easting 631,570± | |
| Drilling Agency | [ ] Corps of Engineers | [XXXX] Other | City of King Cove |
| Hole Number: Field TP-5, Permanent TP-5 | Name of Driller: Dennis Cochran | Weather: Ptly Cldy, 40° | |
| Type of Hole: [XXXX] Test Pit [ ] Auger Hole | Depth To: 0.0 | Depth Drilled: 0.0 | Total Depth: 8.0 |
| Size and Type of Bit: Backhoe | Elevation Datum: [ ] MSL [ ] | Type of Equipment: John Deere 690B | |
| Number of Samples: 0 | Type of Samples: Grab | Depth to Groundwater: | Date: June 29, 1996 |
| Top of Hole Elevation: -1 ± | Inspector: C. Wilson | Chief, Soils Section: J. Raychel | Chief, Geotechnical Branch: D. Thomas |

| Depth in Feet | % Water | Sample | Soil Legend | Classification | Max Size | Description and Remarks |
|---|---|---|---|---|---|---|
| 0–1 | | | SM | Silty SAND | | |
| 1–8 | | | | Gravel w/ few Cobbles | | Easy Digging<br>Sidewalls Caving-Refusal |
| 8 | | | | | | Bottom of hole 8.0<br>No Bedrock Encountered<br>Tidal Zone |

Depth scale: 5, 10, 15, 20, 25, 30

SECTION 02222 Page 9

NPA Form 19-E
Jun 92 Prev. Ed. Obsolete

Project **King Cove, Alaska Boat Harbor Expansion** | Hole Number TP-5

EN_009671

ACRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes — JOB NO. P7634.00

PROJECT King Cove Dock/Boat Haulout — HOLE NO. BH-1

SITE Proposed Boat Haulout — SHEET NO. 1 OF 4

CONTRACTOR: Tester Drilling Underwater Construction

STARTED 2:45 P.M. November 20, 1985

FINISHED 1:45 A.M. November 21, 1985

METHOD OF DRILLING: SOIL Casing Wash/Tricone — CASING DIAM. 4 3/4"

ROCK n/a — CORE DIAM. 2½" I.D.

Note: All depths are below mudline

LOCATION: LATITUDE

DEPARTURE

BEARING --

INITIAL DIP 90°

OTHER DIPS None

ELEVATIONS: DATUM MLLW

DRILL PLATFORM Water Surface +≈37

GROUND SURFACE Water Surface-≈22

ROCK SURFACE

BOTTOM OF HOLE

WATER TABLE Sea Level

| DEPTH (ft) | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | TYPE* | SIZE | DEPTH | REC'D | PENETRATE TEST |
|---|---|---|---|---|---|---|---|---|
| 1 | | (Using 3" O.D. 18" split spoon sampler & 300 lb hammer) Samples tagged in series beginning with 20251. | | | (in I.D.) | (ft) | (in) | (blows 6") |
| 2 | Sand | Gray, with some gravel up to 1". | 251 | A | 2.5" | 2.0-3.0 | 12 | Push |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | Sand | Gray, with shell fragments, medium grained, no gravel. | 252 | A | 2.5" | 5.0-6.5 | 13 | 9-12-8 |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |

* SAMPLING METHOD
A - SPLIT TUBE
B - THIN WALL TUBE
C - PISTON SAMPLER
D - CORE BARREL
E - AUGER
F - WASH

SHIPPING CONTAINER
N - INSERT
O - TUBE
P - WATER CONTENT TIN
Q - GLASS JAR
R - CLOTH BAG
S - PLIOFILM BAG
Z - DISCARDED

INSPECTOR Tom Drexhage

LOGGED BY Tom Drexhage

APPROVED

DATE January 6, 1986



EN_009672

ACRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes — JOB NO. P7634.00

PROJECT King Cove Dock/Boat Haulout — HOLE NO. BH-1

SITE Proposed Boat Haulout — SHEET NO. 2 OF 4

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | SAMPLE TYPE | SAMPLE SIZE | SAMPLE DEPTH | SAMPLE REC'D | PENETRATION TEST |
|---|---|---|---|---|---|---|---|---|
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12–13 | Sand | Gray, fine with coarse silt and trace gravel up to 1". Dense in sampler when drained. | 253 | A | 2.5" | 12.0-13.5 | 4" | 3-3-3 |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | Thin gravelly layers felt during drilling. | | | | | | |
| 18 | | | | | | | | |
| 19–20 | Sand | Gray, silty, medium grained two pieces angular gravel 2". Sand portion generally poorly graded. | 254 | A | 2.5" | 19.0-20.5 | 12 | 15-14 |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23–24 | No recovery | Sample lost during recovery felt like there should have been one, but flowed out. Drill water contains gray silty Sand with shell fragments. | 255 | A | 2.5" | 23.0-24.5 | 0 | 1-6-6 |
| 25 | | | | | | | | |



EN_009673

AGRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes — JOB NO. P7634.00

PROJECT King Cove Dock/Boat Haulout — HOLE NO. BH-1

SITE Proposed Boat Haulout — SHEET NO. 3 OF 4

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | TYPE | SIZE | DEPTH | REC'D | PENETRATION TEST |
|---|---|---|---|---|---|---|---|---|
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28–29 | Sand | Gray, silty, medium dense, medium grained. Gradually becoming more silty with depth, dense in sampler when drained. 12" heave in hole, cleared before sampling. | 256 | A | 2.5" | 28.0-29.5 | 18 | 15-15-20 |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| 32 | | | | | | | | |
| 33–34 | Sand | Gray, medium grained, silty. Very dense in sampler when drained but apparently not in ground. Heaving 1-2 ft. in hole which has to be cleaned out. | 257 | A | 2.5" | 33.0-34.5 | 10 | 7-10-12 |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | Heaving after sampling. | | | | | | |
| 38–39 | Sand | Gray, silty, medium to fine grained. Sticky soft plastic silt/clay matrix in some layers. Very soft in the ground. | 258 | A | 2.5" | 38.0-39.5 | 3 | 2-2-4 |
| 40 | | | | | | | | |
| 41 | | | | | | | | |

AGRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes JOB NO. P7634.00

PROJECT King Cove Dock HOLE NO. BH-1

SITE Proposed Boat Haulout SHEET NO. 4 OF 4

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | TYPE | SIZE | DEPTH | REC'D | PENETRATION TEST |
|---|---|---|---|---|---|---|---|---|
| 42 | | Heaving in hole 1-2 ft after sampling. | | | | | | |
| 43–44 | Sand | Gray, medium grained, becoming more silty, fairly dense when drained in sampler - appears soft in ground. | 260 | A | 2.5" | 42.5-44.0 | 10 | 2-2-3 |
| 45–47 | | Heaving in hole between sampling intervals. | | | | | | |
| 48–49 | Silt | Gray, sandy, trace to some gravel, sticky, adheres to sampler with fine silt clay film. | 261 | A | 2.5" | 47.5-49.0 | 18 | 1-2-1 |
| 49.0 | | End of hole 49.0 ft. | | | | | | |
| 50 | | | | | | | | |
| 51 | | | | | | | | |
| 52 | | | | | | | | |
| 53 | | | | | | | | |
| 54 | | | | | | | | |
| 55 | | | | | | | | |
| 56 | | | | | | | | |

ACRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes — JOB NO. P7634.00

PROJECT King Cove Dock/Boat Haulout — HOLE NO. BH-2

SITE Proposed Dock Area — SHEET NO. 1 OF 4

CONTRACTOR: Tester Drilling
Underwater Construction

STARTED 2:00 P.M. November 21, 19 85
FINISHED 7:30 P.M. November 21, 19 85

METHOD OF DRILLING: SOIL Casing Drive/Tricone — CASING DIAM. 4 3/4"
ROCK n/a — CORE DIAM. 2½" & 1 3/8" I.D.

Note: All depths are below mudline

LOCATION: LATITUDE
DEPARTURE
BEARING --
INITIAL DIP 90°
OTHER DIPS

ELEVATIONS: DATUM MLLW
DRILL PLATFORM Water Surface + ≈ 5.5'
GROUND SURFACE Water Surface- ≈ 32'
ROCK SURFACE n/a
BOTTOM OF HOLE
WATER TABLE Sea Level

Note: Blow Count = w = wt of rods & hammer

| DEPTH (ft) | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | TYPE* | SIZE (in) | DEPTH (ft) | REC'D (in) | PENETRAT. TEST (blows 6") |
|---|---|---|---|---|---|---|---|---|
| 1 | Sand | Gray, very silty, sand portion fine, soft pieces of shells throughout. | 201 | A | 2.5 | 0.0 - 1.5 | 8 | 7-8-8 |
| 2, 3, 4 | | Samples tagged in series beginning 20201 in this hole. | | | | | | |
| 5, 6 | Silt | Gray with fine sand containing shell fragments. One 3" piece of gravel in sampler. Soupy until drained of water in sampler. | 202 | A | 2.5 | 4.5- 6.0 | 6 | 8-1-13 |
| 7, 8, 9 | | Rotating casing to advance. Felt gravel during drilling 8-9 ft. | | | | | | |

*SAMPLING METHOD
A - SPLIT TUBE
B - THIN WALL TUBE
C - PISTON SAMPLER
D - CORE BARREL
E - AUGER
F - WASH

SHIPPING CONTAINER
N - INSERT
O - TUBE
P - WATER CONTENT TIN
Q - GLASS JAR
R - CLOTH BAG
S - PLIOFILM BAG
Z - DISCARDED

INSPECTOR Tom Drexhage
LOGGED BY Tom Drexhage
APPROVED
DATE January 6, 1986

PRELIMINARY



EN_009676

ACRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes

PROJECT King Cove Dock/Boat Haulout

SITE Proposed Dock Area

JOB NO. P7634.00

HOLE NO. BH-2

SHEET NO. 2 OF 4

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | SAMPLE TYPE | SAMPLE SIZE | SAMPLE DEPTH | SAMPLE REC'D | PENETRATION TEST |
|---|---|---|---|---|---|---|---|---|
| 10 | No recovery | Gray, fine, silty with gravel. Sample lost during recovery up drill string. Appears to have traces of fine silty sand remaining in sampler. | 203 | A | 2.5 | 9.0-10.5 | 0 | 7-8-8 |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | Sand | Gray, fine, silty. Most of sample appears to have washed out | 204 | A | 2.5 | 15.0-16.5 | 2" | 3-2-3 |
| 17 | | Casing rotates very easily down hole, feels like soft sand; verified by drill wash. | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | Sand | Gray, fine to medium, silty. Slightly cohesive when pushed out of sampler with finger. Changed to 2" O.D. split spoon at this sample in hopes of getting better recovery in soft material. | 205 | A | 1 3/8 | 19.0-20.5 | 18 | 4-2-2 |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | Very soft, casing can be pushed in by hydraulic head of drill. | | | | | | |
| 24 | | | | | | | | |
| 25 | Sand | Gray, very fine, very soft, Sampler fell under weight of hammer and rods. | 206 | A | 1 3/8 | 24.0-25.5 | 2 | W-W-W |



EN_009677

ACRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes
JOB NO. P7634.00

PROJECT King Cove Dock/Boat Haulout
HOLE NO. BH-2

SITE Proposed Boat Haulout
SHEET NO. 3 OF 4

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | TYPE | SIZE | DEPTH | REC'D | PENETRATION TEST |
|---|---|---|---|---|---|---|---|---|
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29<br>30 | Sand | Gray, fine, with silt, denser in ground than above. Somewhat laminated and stratified silt/sand layers. No gravel. | 207 | A | 1 3/8 | 29.0<br>30.5 | 18 | 9-9-4 |
| 31 | | | | | | | | |
| 32 | | | | | | | | |
| 33 | | | | | | | | |
| 34<br>35 | Sand | Gray, fine, silty with no gravel. Drains easily when pushed out of spoon with finger | 208 | A | 1 3/8 | 34.0-<br>35.5 | 18 | w-w-8 |
| 36 | | | | | | | | |
| 37 | | Casing advances easily without effort. | | | | | | |
| 38 | | | | | | | | |
| 39<br>40 | Silt | Gray, sandy. Last 6" very much denser and cohesive that first portion, also finer. Gravel in shoe of sampler ¼ - ½". | 209 | A | 1 3/8 | 39.0-<br>40.5 | 18 | w-w-10 |
| 41 | | | | | | | | |



EN_009678

ACRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes — JOB NO. P7634.00

PROJECT King Cove Dock/Boat Haulout — HOLE NO. BH-2

SITE Proposed Boat Haulout — SHEET NO. 4 OF 4

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO | SAMPLE TYPE | SAMPLE SIZE | SAMPLE DEPTH | SAMPLE REC'D | PENETRATION TEST |
|---|---|---|---|---|---|---|---|---|
| 42 | | | | | | | | |
| 43 | | | | | | | | |
| 44–45 | Sand | Gray, fine grained, silty; some gravel up to ½" in this sample. Finer at top, becoming slightly coarser with depth. | 210 | A | 1 3/8 | 44.0-45.5 | 18 | 10-4-6 |
| 46 | | | | | | | | |
| 47 | | | | | | | | |
| 48 | | | | | | | | |
| 49 | | | | | | | | |
| 50–51 | Sand | Gray, coarser than above with some fine gravel. Laminated. Denser than preceding samples. | 211 | A | 1 3/8 | 50.0-51.5 | 18 | 14-6-9 |
| 52 | | | | | | | | |
| 53 | | | | | | | | |
| 54 | | | | | | | | |
| 55–56 | Sand | Gray, uniform, medium to fine grained, dense to very dense. Small pieces gravel ¼-½". | 212 | A | 1 3/8 | 55.0-56.5 | 18 | 30-26- |
| 57 | | End of hole. 56.5' | | | | | | |



EN_009679

ACRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes — JOB NO. P7634.00

PROJECT King Cove Dock/Boat Haulout — HOLE NO. BH-3

SITE Proposed Boat Haulout — SHEET NO. 1 OF 5

CONTRACTOR: Tester Drilling Underwater Construction

STARTED 8:30 A.M. November 22, 1985
FINISHED 4:50 P.M. November 22, 1985

METHOD OF DRILLING: SOIL Rotary Wash/Tricone — CASING DIAM. 4 3/4"

ROCK n/a — CORE DIAM. 1 3/8" and 2½"

Note: All depths are below mudline

LOCATION: LATITUDE
DEPARTURE
BEARING n/a
INITIAL DIP 90
OTHER DIPS n/a

ELEVATIONS: DATUM MLLW = 0
DRILL PLATFORM Water Surface + ≈ 30
GROUND SURFACE Water Surface - ≈ 28'
ROCK SURFACE n/a
BOTTOM OF HOLE
WATER TABLE Sea Level

Note: Blow Count = w = wt. of rods & hammer.

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | TYPE* | SIZE | DEPTH | REC'D | PENETRATE TEST |
|---|---|---|---|---|---|---|---|---|
| | | | | | (in) | (ft) | (in) | (blows/ 6") |
| 1–5 | Silty Sand | 0-30 ft: Washed casing down without sampling in order to maximize depth which could be obtained due to unpredictabe weather. Other hole (BH-2) has samples above 30'. Drill wash indicates material is silty sand with occasional gravel. Gravel becomes more prevalant at 25-30 feet. Samples tagged in this hole geginning with 20401 series. | | | | | | |
| 5–30 | | Break in Log | | | | | | |
| 30–31 | Sand | Gray, medium to fine grained. Silty with shell fragments, Non-cohesive. | 401 | A | 2.5 | 30.0-31.5 | 6 | 29-18-1[illegible] |
| 32–33 | | | | | | | | |

*SAMPLING METHOD
A - SPLIT TUBE
B - THIN WALL TUBE
C - PISTON SAMPLER
D - CORE BARREL
E - AUGER
F - WASH

SHIPPING CONTAINER
N - INSERT
O - TUBE
P - WATER CONTENT TIN
Q - GLASS JAR
R - CLOTH BAG
S - PLIOFILM BAG
Z - DISCARDED

INSPECTOR Tom Drexhage

LOGGED BY Tom Drexhage

APPROVED PRELIMINARY



January 6, 1986

ACRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes — JOB NO. P7634.00

PROJECT King Cove Dock/Boat Haulout — HOLE NO. BH-3

SITE Proposed Dock Area — SHEET NO. 2 OF 5

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | SAMPLE TYPE | SAMPLE SIZE | SAMPLE DEPTH | SAMPLE REC'D | PENETRATION TEST |
|---|---|---|---|---|---|---|---|---|
| 34 | | Occasional gravel felt during drilling | | | | | | |
| 35–36 | Sand | Gray, silty. Portion in sampler appears moderately dense and cohesive. | 402 | A | 1 3/8 | 35.0-36.5 | 12 | 13-16-1_ |
| 37–39 | | Occasional gravel felt during advancing of casing throughout interval. | | | | | | |
| 40–41 | Sand | Gray, fine grained, silty. | 403 | A | 1 3/8 | 40.0-41.5 | 8 | 5-5-9 |
| 42–44 | | Casing advances easily | | | | | | |
| 45–46 | Sand | Gray, fine to very fine, silty containing shell fragments. No gravel found in sampler to explain high initial blow count. | 404 | A | 1 3/8 | 45.0-46.5 | 8 | 51-19-1 |
| 47–49 | | | | | | | | |



EN_009681

ACRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes — JOB NO. P7634.00

PROJECT King Cove Dock/Boat Haulout — HOLE NO. BH-3

SITE Proposed Dock Area — SHEET NO. 3 OF 5

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | SAMPLE TYPE | SAMPLE SIZE | SAMPLE DEPTH | SAMPLE REC'D | PENETRATION TEST |
|---|---|---|---|---|---|---|---|---|
| 50 | Silt | Gray, sandy, very silty in last 6" of sample. Overdrove 2 blows (4") to keep sample in spoon during recovery. Sample shows laminated structure, medium dense when drained. Appears better in sampler than would be expected with blow counts. | 405 | A | 1 3/8 | 50.0 51.5 | 18 | W-W-W |
| 51 | | | | | | | | |
| 52 | | | | | | | | |
| 53 | | | | | | | | |
| 54 | | | | | | | | |
| 55 | Sand | Gray, fine grained, silty, laminated. Upper 6" loose and flowing; likely due to heave of 1 ft. in hole which was cleaned prior to sampling. | 406 | A | 1 3/8 | 55.0-56.5 | 14 | 15-9-10 |
| 56 | | | | | | | | |
| 57 | | | | | | | | |
| 58 | | | | | | | | |
| 59 | | | | | | | | |
| 60 | Sand | Gray, fine grained, very silty with shell fragments. Loose and flowing after removal from sampler. | 407 | A | 1 3/8 | 60.0 61.5 | 16 | 41-10-1 |
| 61 | | | | | | | | |
| 62 | | Blow counts appear to decrease rapidly after initial 6" in last few samples. | | | | | | |
| 63 | | | | | | | | |
| 64 | | | | | | | | |
| 65 | | | | | | | | |

ACRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes
JOB NO. P7634.00
PROJECT King Cove Dock/Boat Haulout
HOLE NO. BH-3
SITE Proposed Dock Area
SHEET NO. 4 OF 5

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | TYPE | SIZE | DEPTH | REC'D | PENETRATION TEST |
|---|---|---|---|---|---|---|---|---|
| 66 | No Sample | No Sample: Attempted sampling twice. Artesian back pressure, flow continued for two minutes when casing broke open. Top of casing 8 ft. above Sea Level. Pressure silted up casing 4-5 ft. from bottom after stabilizing. Cleaned out and will attempt again at 70 ft. | 408 | - | - | 65.0-66.5 | No Sample. | |
| 67 | | | | | | | | |
| 68 | | | | | | | | |
| 69 | | | | | | | | |
| 70 | | | | | | | | |
| 71 | Sand | Gray, fine grained, silty many shell fragments. Non cohesive. Casing advanced easily by rotation to this interval. Changed to 3" O.D. 18" split spoon with 300 lb. hammer at this interval. | 409 | A | 2½ | 70.0-71.5 | 14 | 12-5-5 |
| 72 | | | | | | | | |
| 73 | | | | | | | | |
| 74 | | Occasional gravel felt during drilling between sampling intervals. | | | | | | |
| 75 | | | | | | | | |
| 76 | Sand | Gray, clayey with some gravel ½-½". Cohesive and plastic. Contains shell fragments. Piece of root found in sample. | 410 | A | 2½ | 75.0-76.5 | 3 | 10-4-4 |
| 77 | | | | | | | | |
| 78 | | Blow counts continue to decrease after initial 6" without apparent change of material in sampler. Sampling taking place below casing. | | | | | | |
| 79 | | | | | | | | |
| 80 | | | | | | | | |
| 81 | Silt | Gray, with fine sand and clay. Moderately plastic | 411 | A | 2½ | 80.0-81.5 | 18 | 5-4-5 |

and cohesive. (continued)



EN_009683

AGRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes — JOB NO. P7634.00

PROJECT King Cove Dock/Boat Haulout — HOLE NO. BH-3

SITE Proposed Dock Area — SHEET NO. 5 OF 5

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | SAMPLE TYPE | SAMPLE SIZE | SAMPLE DEPTH | SAMPLE REC'D | PENETRATION TEST |
|---|---|---|---|---|---|---|---|---|
| 82<br>83<br>84 | | Contains shell fragments and fine gravel less than ½". Artesian flow prior to sampling. Sampler jammed full but did not overdrive. Possible heave in hole. | | | | | | |
| 85<br>86 | Silt. | Gray, feels loose in ground. Plastic, dense in sampler from over-driving 6" (4 blows) to retain sample in split spoon. Sampler fell 18" under weight of rods and hammer, no blows were required. Artesian flow again prior to this sampling interval. | 412 | A | 2½ | 85.0<br>86.5 | 18 | w-w-w |
| 87<br>88<br>89 | | | | | | | | |
| 90<br>91 | Silt | Gray, fine, uniform, cohesive. Sample does not look like split spoon shoul should penetrate so easily. Sampler jammed full on recovery, did not overdrive. | 413 | A | 2½ | 90.0-<br>91.5 | 18 | w-w-2 |
| 92 | | | | | End | Hole | 91.5 | ft. |

ACRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes

JOB NO. P7634.00

PROJECT King Cove Dock/Boat Haulout

HOLE NO. BH-4

SITE Proposed Causeway Route

SHEET NO. 1 OF 4

CONTRACTOR: Tester Drilling Underwater Construction

STARTED 9:00 A.M. November 23, 19 85

FINISHED 2:00 P.M. November 23, 19 85

METHOD OF DRILLING: SOIL Rotary Wash/Trkone & Casing Drive

ROCK

CASING DIAM. 4 3/4"

CORE DIAM. 1 3/8 & 2½" I.D.

Note: All depths are below mudline

LOCATION: LATITUDE

DEPARTURE

BEARING n/a

INITIAL DIP 90

OTHER DIPS n/a

ELEVATIONS: DATUM MLLW=0

DRILL PLATFORM Water surface + ≈3(

GROUND SURFACE Water surface - ≈12'

ROCK SURFACE n/a

BOTTOM OF HOLE

WATER TABLE Sea Level.

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | TYPE* | SIZE | DEPTH | REC'D | PENETRATION TEST |
|---|---|---|---|---|---|---|---|---|
| | | | | | (in. I.D.) | (ft) | (in) | (blows/ 6") |
| 1 | | Washed casing down to 5' to seat it. Casing advances easily. | | | | | | |
| 2 | | | | | | | | |
| 3 | | Sample number series begins with 20301 in this hole. | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | Sand | Gray, medium to fine grained, silty. Non plastic and non cohesive. | 301 | A | 1 3/8 | 5.0 6.5 | 10 | 42-21-14 |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |

*SAMPLING METHOD
A - SPLIT TUBE
B - THIN WALL TUBE
C - PISTON SAMPLER
D - CORE BARREL
E - AUGER
F - WASH

SHIPPING CONTAINER
N - INSERT
O - TUBE
P - WATER CONTENT TIN
Q - GLASS JAR
R - CLOTH BAG
S - PLIOFILM BAG
Z - DISCARDED

INSPECTOR Tom Drexhage

LOGGED BY Tom Drexhage

APPROVED PRELIMINARY

DATE January 6, 1986

ACRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes
JOB NO. P7634.00

PROJECT King Cove Dock/Boat Haulout
HOLE NO. BH-4

SITE Proposed Causeway Route
SHEET NO. 2 OF 4

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | TYPE | SIZE | DEPTH | REC'D | PENETRATION TEST |
|---|---|---|---|---|---|---|---|---|
| 10–11 | No Recovery | Felt very gravelly during drilling, particulary around 9 ft. Casing advanced easily however, indicating gravel is in soft matrix. Sampler probably sitting on small cobble which prevents recovery of sample. Will change to 3" o.d. split spoon on next sample. | 302 | A | 1 3/8 | 10.0-11.5 | 0 | 26-25-24 |
| 12–14 | | | | | | | | |
| 15–16 | No Recovery | Gravelly zone, felt grinding during drilling. Feels like large gravel, small cobbles to 17 ft. Likely particles greater than 2½" block shoe of sampler. | 303 | A | 2½ | 15.0-16.5 | 0 | 1--12-13 |
| 17–19 | | | | | | | | |
| 20–21 | Gravel | Gravel felt during drilling to this interval. Casing advances easily by rotation and hammering so matrix appears fairly soft to allow gravel to be driven out of the way. 1 piece gravel 1" diameter is only recovery. | 304 | A | 2½ | 20.0-21.5 | 1 | 8-12-9 |
| 22–25 | | | | | | | | |

AGRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes — JOB NO. P7634.00

PROJECT King Cove Dock/Boat Haulout — HOLE NO. BH-4

SITE Proposed Causeway Route — SHEET NO. 3 OF 4

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | TYPE | SIZE | DEPTH | REC'D | PENETRATION TEST |
|---|---|---|---|---|---|---|---|---|
| 26 | Gravel | Gray, with sandy silt matrix, one 2" piece of gravel wedged in spoon broken from larger piece in ground, feels very gravelly during drilling to this interval. | 305 | A | 2½ | 25.0-26.5 | 8 | 9-9-8 |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | Gravel | Grey, in silty fine sand matrix. Gravel up to 3" although generally ¼ to ½" in sampler. SPT felt like spoon was driving through medium dense gravels. | 306 | A | 2½ | 30.0-31.5 | 7 | 20-18-15 |
| 32 | | | | | | | | |
| 33 | | | | | | | | |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | Gravel | Gray, up to 2" diameter. Fines generally washed out of sampler and only a little silty sand remains in spoon. Likely had a sand/silt matrix. Casing grinding on gravel while advancing to this interval. | 307 | A | 2½ | 35.0-36.5 | 3 | 10-12-20 |
| 37 | | | | | | | | |
| 38 | | | | | | | | |
| 39 | | | | | | | | |
| 40 | | | | | | | | |
| 41 | Cobbles | Gravelly in silty sand matrix. Recovered 2 small pieces 1½" gravel with traces of silty sand in sampler. | 308 | A | 2½ | 40.0-41.5 | 1 | 5-6-12 |

AGRES

# DRILLING REPORT

CLIENT Tryck Nyman & Hayes

PROJECT King Cove Dock/Boat Haulout

SITE Proposed Causeway Route

JOB NO. P7634.00

HOLE NO. BH-4

SHEET NO. 4 OF 4

| DEPTH | SOIL TYPE | DESCRIPTION: COLOR, CONSISTENCY, STRUCTURE, WATER CONTENT, PLASTICITY, COMPACTNESS, WATER LOSS OR GAIN, ETC. | SAMPLE NO. | SAMPLE TYPE | SAMPLE SIZE | SAMPLE DEPTH | SAMPLE REC'D | PENETRATION TEST |
|---|---|---|---|---|---|---|---|---|
| 42 | | | | | | | | |
| 43 | Cobbles | Gravelly, coarse gravel and small cobbles in silty sand matrix. | 309 | A | 2½ | 42.5-44.0 | 9 | 20-18-15 |
| 44 | | End of hole 44 ft. | | | | | | |
| 45 | | | | | | | | |
| 46 | | | | | | | | |
| 47 | | | | | | | | |
| 48 | | | | | | | | |
| 49 | | | | | | | | |

SECTION TABLE OF CONTENTS

DIVISION 02 - SITE WORK

SECTION 02270

BREAKWATERS

PART 1 GENERAL

1.1 REFERENCES
1.2 SUBMITTALS

PART 2 PRODUCTS

2.1 ROCK SOURCE
2.1.1 Quarry Development Plan
2.1.2 Additional Requirements
2.1.3 Retainage
2.2 ROCK QUALITY
2.2.1 Testing
2.3 ROCK QUALITY ACCEPTANCE
2.4 ROCK GRADATION, SIZE, ANGULARITY
2.4.1 General

PART 3 EXECUTION

3.1 PRODUCTION TESTING
3.2 SIZING
3.3 PLACEMENT
3.3.1 "A" and "B" Rock
3.4 TOLERANCES
3.5 STOCKPILING
3.6 SURVEYS

-- End of Section Table of Contents --

Designation: D 2488 – 93[ε1]

AMERICAN SOCIETY FOR TESTING AND MATERIALS
100 Barr Harbor Dr., West Conshohocken, PA 19428
Reprinted from the Annual Book of ASTM Standards. Copyright ASTM

# Standard Practice for Description and Identification of Soils (Visual-Manual Procedure)[1]

This standard is issued under the fixed designation D 2488; the number immediately following the designation indicates the year of original adoption or, in the case of revision, the year of last revision. A number in parentheses indicates the year of last reapproval. A superscript epsilon (ε) indicates an editorial change since the last revision or reapproval.

*This standard has been approved for use by agencies of the Department of Defense.*

ε[1] Note—Paragraph 1.6 was added editorially in October 1998.

## 1. Scope

1.1 This practice covers procedures for the description of soils for engineering purposes.

1.2 This practice also describes a procedure for identifying soils, at the option of the user, based on the classification system described in Test Method D 2487. The identification is based on visual examination and manual tests. It must be clearly stated in reporting an identification that it is based on visual-manual procedures.

1.2.1 When precise classification of soils for engineering purposes is required, the procedures prescribed in Test Method D 2487 shall be used.

1.2.2 In this practice, the identification portion assigning a group symbol and name is limited to soil particles smaller than 3 in. (75 mm).

1.2.3 The identification portion of this practice is limited to naturally occurring soils (disturbed and undisturbed).

Note 1—This practice may be used as a descriptive system applied to such materials as shale, claystone, shells, crushed rock, etc. (See Appendix X2).

1.3 The descriptive information in this practice may be used with other soil classification systems or for materials other than naturally occurring soils.

1.4 The values stated in inch-pound units are to be regarded as the standard.

1.5 *This standard does not purport to address all of the safety problems, if any, associated with its use. It is the responsibility of the user of this standard to establish appropriate safety and health practices and determine the applicability of regulatory limitations prior to use.* For specific precautionary statements see Section 8.

1.6 *This practice offers a set of instructions for performing one or more specific operations. This document cannot replace education or experience and should be used in conjunction with professional judgment. Not all aspects of this practice may be applicable in all circumstances. This ASTM standard is not intended to represent or replace the standard of care by which the adequacy of a given professional service must be judged, nor should this document be applied without consideration of a project's many unique aspects. The word "Standard" in the title of this document means only that the document has been approved through the ASTM consensus process.*

## 2. Referenced Documents

2.1 *ASTM Standards:*

D 653 Terminology Relating to Soil, Rock, and Contained Fluids[2]

D 1452 Practice for Soil Investigation and Sampling by Auger Borings[2]

D 1586 Test Method for Penetration Test and Split-Barrel Sampling of Soils[2]

D 1587 Practice for Thin-Walled Tube Sampling of Soils[2]

D 2113 Practice for Diamond Core Drilling for Site Investigation[2]

D 2487 Classification of Soils for Engineering Purposes (Unified Soil Classification System)[2]

D 4083 Practice for Description of Frozen Soils (Visual-Manual Procedure)[2]

## 3. Terminology

3.1 *Definitions:*

3.1.1 Except as listed below, all definitions are in accordance with Terminology D 653.

Note 2—For particles retained on a 3-in. (75-mm) US standard sieve, the following definitions are suggested:

*Cobbles*—particles of rock that will pass a 12-in. (300-mm) square opening and be retained on a 3-in. (75-mm) sieve, and

*Boulders*—particles of rock that will not pass a 12-in. (300-mm) square opening.

3.1.1.1 *clay*—soil passing a No. 200 (75-μm) sieve that can be made to exhibit plasticity (putty-like properties) within a range of water contents, and that exhibits considerable strength when air-dry. For classification, a clay is a fine-grained soil, or the fine-grained portion of a soil, with a plasticity index equal

[1] This practice is under the jurisdiction of ASTM Committee D-18 on Soil and Rock and is the direct responsibility of Subcommittee D18.07 on Identification and Classification of Soils.

Current edition approved Sept. 15, 1993. Published November 1993. Originally published as D 2488 – 66 T. Last previous edition D 2488 – 90.

[2] *Annual Book of ASTM Standards*, Vol 04.08.



Ex 12

Copyright ASTM International
Reproduced by IHS under license with ASTM
No reproduction or networking permitted without license from IHS

Sold to:SCHIFFRIN OLSON SCHLEMLEIN, W0245671
Not for Resale,2004/10/7 17:55:9 GMT

to or greater than 4, and the plot of plasticity index versus liquid limit falls on or above the "A" line (see Fig. 3 of Test Method D 2487).

3.1.1.2 *gravel*—particles of rock that will pass a 3-in. (75-mm) sieve and be retained on a No. 4 (4.75-mm) sieve with the following subdivisions:

*coarse*—passes a 3-in. (75-mm) sieve and is retained on a ¾-in. (19-mm) sieve.

*fine*—passes a ¾-in. (19-mm) sieve and is retained on a No. 4 (4.75-mm) sieve.

3.1.1.3 *organic clay*—a clay with sufficient organic content to influence the soil properties. For classification, an organic clay is a soil that would be classified as a clay, except that its liquid limit value after oven drying is less than 75 % of its liquid limit value before oven drying.

3.1.1.4 *organic silt*—a silt with sufficient organic content to influence the soil properties. For classification, an organic silt is a soil that would be classified as a silt except that its liquid limit value after oven drying is less than 75 % of its liquid limit value before oven drying.

3.1.1.5 *peat*—a soil composed primarily of vegetable tissue in various stages of decomposition usually with an organic odor, a dark brown to black color, a spongy consistency, and a texture ranging from fibrous to amorphous.

3.1.1.6 *sand*—particles of rock that will pass a No. 4 (4.75-mm) sieve and be retained on a No. 200 (75-μm) sieve with the following subdivisions:

*coarse*—passes a No. 4 (4.75-mm) sieve and is retained on a No. 10 (2.00-mm) sieve.

*medium*—passes a No. 10 (2.00-mm) sieve and is retained on a No. 40 (425-μm) sieve.

*fine*—passes a No. 40 (425-μm) sieve and is retained on a No. 200 (75-μm) sieve.

3.1.1.7 *silt*—soil passing a No. 200 (75-μm) sieve that is nonplastic or very slightly plastic and that exhibits little or no strength when air dry. For classification, a silt is a fine-grained soil, or the fine-grained portion of a soil, with a plasticity index less than 4, or the plot of plasticity index versus liquid limit falls below the "A" line (see Fig. 3 of Test Method D 2487).

## 4. Summary of Practice

4.1 Using visual examination and simple manual tests, this practice gives standardized criteria and procedures for describing and identifying soils.

4.2 The soil can be given an identification by assigning a group symbol(s) and name. The flow charts, Fig. 1a and Fig. 1b for fine-grained soils, and Fig. 2, for coarse-grained soils, can be used to assign the appropriate group symbol(s) and name. If the soil has properties which do not distinctly place it into a specific group, borderline symbols may be used, see Appendix X3.

NOTE 3—It is suggested that a distinction be made between *dual symbols* and *borderline symbols*.

*Dual Symbol*—A dual symbol is two symbols separated by a hyphen, for example, GP-GM, SW-SC, CL-ML used to indicate that the soil has been identified as having the properties of a classification in accordance with Test Method D 2487 where two symbols are required. Two symbols are required when the soil has between 5 and 12 % fines or when the liquid limit and plasticity index values plot in the CL-ML area of the plasticity chart.

*Borderline Symbol*—A borderline symbol is two symbols separated by a slash, for example, CL/CH, GM/SM, CL/ML. A borderline symbol should be used to indicate that the soil has been identified as having properties that do not distinctly place the soil into a specific group (see Appendix X3).

## 5. Significance and Use

5.1 The descriptive information required in this practice can be used to describe a soil to aid in the evaluation of its significant properties for engineering use.

5.2 The descriptive information required in this practice should be used to supplement the classification of a soil as determined by Test Method D 2487.

5.3 This practice may be used in identifying soils using the classification group symbols and names as prescribed in Test Method D 2487. Since the names and symbols used in this practice to identify the soils are the same as those used in Test Method D 2487, it shall be clearly stated in reports and all other appropriate documents, that the classification symbol and name are based on visual-manual procedures.

5.4 This practice is to be used not only for identification of soils in the field, but also in the office, laboratory, or wherever soil samples are inspected and described.

5.5 This practice has particular value in grouping similar soil samples so that only a minimum number of laboratory tests need be run for positive soil classification.

NOTE 4—The ability to describe and identify soils correctly is learned more readily under the guidance of experienced personnel, but it may also be acquired systematically by comparing numerical laboratory test results for typical soils of each type with their visual and manual characteristics.

5.6 When describing and identifying soil samples from a given boring, test pit, or group of borings or pits, it is not necessary to follow all of the procedures in this practice for every sample. Soils which appear to be similar can be grouped together; one sample completely described and identified with the others referred to as similar based on performing only a few of the descriptive and identification procedures described in this practice.

5.7 This practice may be used in combination with Practice D 4083 when working with frozen soils.

## 6. Apparatus

6.1 *Required Apparatus*:

6.1.1 *Pocket Knife or Small Spatula*.

6.2 *Useful Auxiliary Apparatus*:

6.2.1 *Small Test Tube and Stopper* (or jar with a lid).

6.2.2 *Small Hand Lens*.

## 7. Reagents

7.1 *Purity of Water*—Unless otherwise indicated, references to water shall be understood to mean water from a city water supply or natural source, including non-potable water.

7.2 *Hydrochloric Acid*—A small bottle of dilute hydrochloric acid, HCl, one part HCl (10 *N*) to three parts water (This reagent is optional for use with this practice). See Section 8.

## 8. Safety Precautions

8.1 When preparing the dilute HCl solution of one part concentrated hydrochloric acid (10 *N*) to three parts of distilled



Copyright ASTM International
Reproduced by IHS under license with ASTM
No reproduction or networking permitted without license from IHS

Sold to:SCHIFFRIN OLSON SCHLEMLEIN, W0245671
Not for Resale,2004/10/7 17:55:9 GMT




NOTE—Percentages are based on estimating amounts of fines, sand, and gravel to the nearest 5 %.

FIG. 2a Flow Chart for Identifying Inorganic Fine-Grained Soil (50 % or more fines)




NOTE—Percentages are based on estimating amounts of fines, sand, and gravel to the nearest 5 %.

FIG. 1 b Flow Chart for Identifying Organic Fine-Grained Soil (50 % or more fines)

water, slowly add acid into water following necessary safety precautions. Handle with caution and store safely. If solution comes into contact with the skin, rinse thoroughly with water.

8.2 **Caution**—Do not add water to acid.

## 9. Sampling

9.1 The sample shall be considered to be representative of the stratum from which it was obtained by an appropriate, accepted, or standard procedure.

NOTE 5—Preferably, the sampling procedure should be identified as having been conducted in accordance with Practices D 1452, D 1587, or D 2113, or Method D 1586.

9.2 The sample shall be carefully identified as to origin.

NOTE 6—Remarks as to the origin may take the form of a boring number and sample number in conjunction with a job number, a geologic stratum, a pedologic horizon or a location description with respect to a permanent monument, a grid system or a station number and offset with respect to a stated centerline and a depth or elevation.

9.3 For accurate description and identification, the minimum amount of the specimen to be examined shall be in accordance with the following schedule:

| Maximum Particle Size, Sieve Opening | Minimum Specimen Size, Dry Weight |
|---|---|
| 4.75 mm (No. 4) | 100 g (0.25 lb) |
| 9.5 mm (⅜ in.) | 200 g (0.5 lb) |
| 19.0 mm (¾ in.) | 1.0 kg (2.2 lb) |
| 38.1 mm (1½ in.) | 8.0 kg (18 lb) |
| 75.0 mm (3 in.) | 60.0 kg (132 lb) |

NOTE 7—If random isolated particles are encountered that are significantly larger than the particles in the soil matrix, the soil matrix can be accurately described and identified in accordance with the preceeding schedule.

9.4 If the field sample or specimen being examined is smaller than the minimum recommended amount, the report shall include an appropriate remark.



Copyright ASTM International
Reproduced by IHS under license with ASTM
No reproduction or networking permitted without license from IHS

Sold to:SCHIFFRIN OLSON SCHLEMLEIN, W0245671
Not for Resale,2004/10/7 17:55:9 GMT




NOTE 1—Percentages are based on estimating amounts of fines, sand, and gravel to the nearest 5 %.

**FIG. 2 Flow Chart for Identifying Coarse-Grained Soils (less than 50 % fines)**

## 10. Descriptive Information for Soils

10.1 *Angularity*—Describe the angularity of the sand (coarse sizes only), gravel, cobbles, and boulders, as angular, subangular, subrounded, or rounded in accordance with the criteria in Table 1 and Fig. 3. A range of angularity may be stated, such as: subrounded to rounded.

10.2 *Shape*—Describe the shape of the gravel, cobbles, and boulders as flat, elongated, or flat and elongated if they meet the criteria in Table 2 and Fig. 4. Otherwise, do not mention the shape. Indicate the fraction of the particles that have the shape, such as: one-third of the gravel particles are flat.

10.3 *Color*—Describe the color. Color is an important property in identifying organic soils, and within a given locality it may also be useful in identifying materials of similar geologic origin. If the sample contains layers or patches of varying colors, this shall be noted and all representative colors shall be described. The color shall be described for moist samples. If the color represents a dry condition, this shall be stated in the report.

**TABLE 1 Criteria for Describing Angularity of Coarse-Grained Particles (see Fig. 3)**

| Description | Criteria |
|---|---|
| Angular | Particles have sharp edges and relatively plane sides with unpolished surfaces |
| Subangular | Particles are similar to angular description but have rounded edges |
| Subrounded | Particles have nearly plane sides but have well-rounded corners and edges |
| Rounded | Particles have smoothly curved sides and no edges |

10.4 *Odor*—Describe the odor if organic or unusual. Soils containing a significant amount of organic material usually have a distinctive odor of decaying vegetation. This is especially apparent in fresh samples, but if the samples are dried, the odor may often be revived by heating a moistened sample. If the odor is unusual (petroleum product, chemical, and the like), it shall be described.

10.5 *Moisture Condition*—Describe the moisture condition as dry, moist, or wet, in accordance with the criteria in Table 3.

10.6 *HCl Reaction*—Describe the reaction with HCl as none, weak, or strong, in accordance with the critera in Table 4. Since calcium carbonate is a common cementing agent, a report of its presence on the basis of the reaction with dilute hydrochloric acid is important.

10.7 *Consistency*—For intact fine-grained soil, describe the consistency as very soft, soft, firm, hard, or very hard, in accordance with the criteria in Table 5. This observation is inappropriate for soils with significant amounts of gravel.

10.8 *Cementation*—Describe the cementation of intact coarse-grained soils as weak, moderate, or strong, in accordance with the criteria in Table 6.

10.9 *Structure*—Describe the structure of intact soils in accordance with the criteria in Table 7.

10.10 *Range of Particle Sizes*—For gravel and sand components, describe the range of particle sizes within each component as defined in 3.1.2 and 3.1.6. For example, about 20 % fine to coarse gravel, about 40 % fine to coarse sand.



Copyright ASTM International
Reproduced by IHS under license with ASTM
No reproduction or networking permitted without license from IHS

Sold to:SCHIFFRIN OLSON SCHLEMLEIN, W0245671
Not for Resale,2004/10/7 17:55:9 GMT




FIG. 3 Typical Angularity of Bulky Grains

**TABLE 2 Criteria for Describing Particle Shape (see Fig. 4)**

The particle shape shall be described as follows where length, width, and thickness refer to the greatest, intermediate, and least dimensions of a particle, respectively.

| | |
|---|---|
| Flat | Particles with width/thickness > 3 |
| Elongated | Particles with length/width > 3 |
| Flat and elongated | Particles meet criteria for both flat and elongated |




FIG. 4 Criteria for Particle Shape

10.11 *Maximum Particle Size*—Describe the maximum particle size found in the sample in accordance with the following information:

10.11.1 *Sand Size*—If the maximum particle size is a sand size, describe as fine, medium, or coarse as defined in 3.1.6. For example: maximum particle size, medium sand.

10.11.2 *Gravel Size*—If the maximum particle size is a gravel size, describe the maximum particle size as the smallest sieve opening that the particle will pass. For example, maximum particle size, 1½ in. (will pass a 1½-in. square opening but not a ¾-in. square opening).

10.11.3 *Cobble or Boulder Size*—If the maximum particle size is a cobble or boulder size, describe the maximum dimension of the largest particle. For example: maximum dimension, 18 in. (450 mm).

10.12 *Hardness*—Describe the hardness of coarse sand and larger particles as hard, or state what happens when the particles are hit by a hammer, for example, gravel-size particles fracture with considerable hammer blow, some gravel-size particles crumble with hammer blow. "Hard" means particles do not crack, fracture, or crumble under a hammer blow.

10.13 Additional comments shall be noted, such as the presence of roots or root holes, difficulty in drilling or augering hole, caving of trench or hole, or the presence of mica.

10.14 A local or commercial name or a geologic interpretation of the soil, or both, may be added if identified as such.

10.15 A classification or identification of the soil in accordance with other classification systems may be added if identified as such.



Copyright ASTM International
Reproduced by IHS under license with ASTM
No reproduction or networking permitted without license from IHS

Sold to:SCHIFFRIN OLSON SCHLEMLEIN, W0245671
Not for Resale,2004/10/7 17:55:9 GMT

TABLE 3 Criteria for Describing Moisture Condition

| Description | Criteria |
|---|---|
| Dry | Absence of moisture, dusty, dry to the touch |
| Moist | Damp but no visible water |
| Wet | Visible free water, usually soil is below water table |

TABLE 4 Criteria for Describing the Reaction With HCl

| Description | Criteria |
|---|---|
| None | No visible reaction |
| Weak | Some reaction, with bubbles forming slowly |
| Strong | Violent reaction, with bubbles forming immediately |

TABLE 5 Criteria for Describing Dilatancy

| Description | Criteria |
|---|---|
| Very soft | Thumb will penetrate soil more than 1 in. (25 mm) |
| Soft | Thumb will penetrate soil about 1 in. (25 mm) |
| Firm | Thumb will indent soil about ¼in. (6 mm) |
| Hard | Thumb will not indent soil but readily indented with thumbnail |
| Very hard | Thumbnail will not indent soil |

TABLE 6 Criteria for Describing Toughness

| Description | Criteria |
|---|---|
| Weak | Crumbles or breaks with handling or little finger pressure |
| Moderate | Crumbles or breaks with considerable finger pressure |
| Strong | Will not crumble or break with finger pressure |

TABLE 7 Criteria for Describing Dilatancy

| Description | Criteria |
|---|---|
| Stratified | Alternating layers of varying material or color with layers at least 6 mm thick; note thickness |
| Laminated | Alternating layers of varying material or color with the layers less than 6 mm thick; note thickness |
| Fissured | Breaks along definite planes of fracture with little resistance to fracturing |
| Slickensided | Fracture planes appear polished or glossy, sometimes striated |
| Blocky | Cohesive soil that can be broken down into small angular lumps which resist further breakdown |
| Lensed | Inclusion of small pockets of different soils, such as small lenses of sand scattered through a mass of clay; note thickness |
| Homogeneous | Same color and appearance throughout |

## 11. Identification of Peat

11.1 A sample composed primarily of vegetable tissue in various stages of decomposition that has a fibrous to amorphous texture, usually a dark brown to black color, and an organic odor, shall be designated as a highly organic soil and shall be identified as peat, PT, and not subjected to the identification procedures described hereafter.

## 12. Preparation for Identification

12.1 The soil identification portion of this practice is based on the portion of the soil sample that will pass a 3-in. (75-mm) sieve. The larger than 3-in. (75-mm) particles must be removed, manually, for a loose sample, or mentally, for an intact sample before classifying the soil.

12.2 Estimate and note the percentage of cobbles and the percentage of boulders. Performed visually, these estimates will be on the basis of volume percentage.

NOTE 8—Since the percentages of the particle-size distribution in Test Method D 2487 are by dry weight, and the estimates of percentages for gravel, sand, and fines in this practice are by dry weight, it is recommended that the report state that the percentages of cobbles and boulders are by volume.

12.3 Of the fraction of the soil smaller than 3 in. (75 mm), estimate and note the percentage, by dry weight, of the gravel, sand, and fines (see Appendix X4 for suggested procedures).

NOTE 9—Since the particle-size components appear visually on the basis of volume, considerable experience is required to estimate the percentages on the basis of dry weight. Frequent comparisons with laboratory particle-size analyses should be made.

12.3.1 The percentages shall be estimated to the closest 5 %. The percentages of gravel, sand, and fines must add up to 100 %.

12.3.2 If one of the components is present but not in sufficient quantity to be considered 5 % of the smaller than 3-in. (75-mm) portion, indicate its presence by the term *trace*, for example, trace of fines. A trace is not to be considered in the total of 100 % for the components.

## 13. Preliminary Identification

13.1 The soil is *fine grained* if it contains 50 % or more fines. Follow the procedures for identifying fine-grained soils of Section 14.

13.2 The soil is *coarse grained* if it contains less than 50 % fines. Follow the procedures for identifying coarse-grained soils of Section 15.

## 14. Procedure for Identifying Fine-Grained Soils

14.1 Select a representative sample of the material for examination. Remove particles larger than the No. 40 sieve (medium sand and larger) until a specimen equivalent to about a handful of material is available. Use this specimen for performing the dry strength, dilatancy, and toughness tests.

14.2 *Dry Strength:*

14.2.1 From the specimen, select enough material to mold into a ball about 1 in. (25 mm) in diameter. Mold the material until it has the consistency of putty, adding water if necessary.

14.2.2 From the molded material, make at least three test specimens. A test specimen shall be a ball of material about ½ in. (12 mm) in diameter. Allow the test specimens to dry in air, or sun, or by artificial means, as long as the temperature does not exceed 60°C.

14.2.3 If the test specimen contains natural dry lumps, those that are about ½ in. (12 mm) in diameter may be used in place of the molded balls.

NOTE 10—The process of molding and drying usually produces higher strengths than are found in natural dry lumps of soil.

14.2.4 Test the strength of the dry balls or lumps by crushing between the fingers. Note the strength as none, low, medium, high, or very high in accorance with the criteria in Table 8. If natural dry lumps are used, do not use the results of any of the lumps that are found to contain particles of coarse sand.

14.2.5 The presence of high-strength water-soluble cementing materials, such as calcium carbonate, may cause exceptionally high dry strengths. The presence of calcium carbonate can usually be detected from the intensity of the reaction with dilute hydrochloric acid (see 10.6).



Copyright ASTM International
Reproduced by IHS under license with ASTM
No reproduction or networking permitted without license from IHS

Sold to:SCHIFFRIN OLSON SCHLEMLEIN, W0245671
Not for Resale,2004/10/7 17:55:9 GMT

TABLE 8 Criteria for Describing Toughness

| Description | Criteria |
|---|---|
| None | The dry specimen crumbles into powder with mere pressure of handling |
| Low | The dry specimen crumbles into powder with some finger pressure |
| Medium | The dry specimen breaks into pieces or crumbles with considerable finger pressure |
| High | The dry specimen cannot be broken with finger pressure. Specimen will break into pieces between thumb and a hard surface |
| Very high | The dry specimen cannot be broken between the thumb and a hard surface |

14.3 *Dilatancy*:

14.3.1 From the specimen, select enough material to mold into a ball about ½ in. (12 mm) in diameter. Mold the material, adding water if necessary, until it has a soft, but not sticky, consistency.

14.3.2 Smooth the soil ball in the palm of one hand with the blade of a knife or small spatula. Shake horizontally, striking the side of the hand vigorously against the other hand several times. Note the reaction of water appearing on the surface of the soil. Squeeze the sample by closing the hand or pinching the soil between the fingers, and note the reaction as none, slow, or rapid in accordance with the criteria in Table 9. The reaction is the speed with which water appears while shaking, and disappears while squeezing.

14.4 *Toughness*:

14.4.1 Following the completion of the dilatancy test, the test specimen is shaped into an elongated pat and rolled by hand on a smooth surface or between the palms into a thread about ⅛ in. (3 mm) in diameter. (If the sample is too wet to roll easily, it should be spread into a thin layer and allowed to lose some water by evaporation.) Fold the sample threads and reroll repeatedly until the thread crumbles at a diameter of about ⅛ in. The thread will crumble at a diameter of ⅛ in. when the soil is near the plastic limit. Note the pressure required to roll the thread near the plastic limit. Also, note the strength of the thread. After the thread crumbles, the pieces should be lumped together and kneaded until the lump crumbles. Note the toughness of the material during kneading.

14.4.2 Describe the toughness of the thread and lump as low, medium, or high in accordance with the criteria in Table 10.

14.5 *Plasticity*—On the basis of observations made during the toughness test, describe the plasticity of the material in accordance with the criteria given in Table 11.

14.6 Decide whether the soil is an *inorganic* or an *organic* fine-grained soil (see 14.8). If inorganic, follow the steps given in 14.7.

14.7 *Identification of Inorganic Fine-Grained Soils*:

TABLE 9 Criteria for Describing Dilatancy

| Description | Criteria |
|---|---|
| None | No visible change in the specimen |
| Slow | Water appears slowly on the surface of the specimen during shaking and does not disappear or disappears slowly upon squeezing |
| Rapid | Water appears quickly on the surface of the specimen during shaking and disappears quickly upon squeezing |

TABLE 10 Criteria for Describing Toughness

| Description | Criteria |
|---|---|
| Low | Only slight pressure is required to roll the thread near the plastic limit. The thread and the lump are weak and soft |
| Medium | Medium pressure is required to roll the thread to near the plastic limit. The thread and the lump have medium stiffness |
| High | Considerable pressure is required to roll the thread to near the plastic limit. The thread and the lump have very high stiffness |

TABLE 11 Criteria for Describing Plasticity

| Description | Criteria |
|---|---|
| Nonplastic | A ⅛-in. (3-mm) thread cannot be rolled at any water content |
| Low | The thread can barely be rolled and the lump cannot be formed when drier than the plastic limit |
| Medium | The thread is easy to roll and not much time is required to reach the plastic limit. The thread cannot be rerolled after reaching the plastic limit. The lump crumbles when drier than the plastic limit |
| High | It takes considerable time rolling and kneading to reach the plastic limit. The thread can be rerolled several times after reaching the plastic limit. The lump can be formed without crumbling when drier than the plastic limit |

14.7.1 Identify the soil as a *lean clay*, CL, if the soil has medium to high dry strength, no or slow dilatancy, and medium toughness and plasticity (see Table 12).

14.7.2 Identify the soil as a *fat clay*, CH, if the soil has high to very high dry strength, no dilatancy, and high toughness and plasticity (see Table 12).

14.7.3 Identify the soil as a *silt*, ML, if the soil has no to low dry strength, slow to rapid dilatancy, and low toughness and plasticity, or is nonplastic (see Table 12).

14.7.4 Identify the soil as an *elastic silt*, MH, if the soil has low to medium dry strength, no to slow dilatancy, and low to medium toughness and plasticity (see Table 12).

NOTE 11—These properties are similar to those for a lean clay. However, the silt will dry quickly on the hand and have a smooth, silky feel when dry. Some soils that would classify as MH in accordance with the criteria in Test Method D 2487 are visually difficult to distinguish from lean clays, CL. It may be necessary to perform laboratory testing for proper identification.

14.8 *Identification of Organic Fine-Grained Soils*:

14.8.1 Identify the soil as an *organic soil*, OL/OH, if the soil contains enough organic particles to influence the soil properties. Organic soils usually have a dark brown to black color and may have an organic odor. Often, organic soils will change color, for example, black to brown, when exposed to the air. Some organic soils will lighten in color significantly when air dried. Organic soils normally will not have a high toughness or plasticity. The thread for the toughness test will be spongy.

NOTE 12—In some cases, through practice and experience, it may be possible to further identify the organic soils as organic silts or organic

TABLE 12 Identification of Inorganic Fine-Grained Soils from Manual Tests

| Soil Symbol | Dry Strength | Dilatancy | Toughness |
|---|---|---|---|
| ML | None to low | Slow to rapid | Low or thread cannot be formed |
| CL | Medium to high | None to slow | Medium |
| MH | Low to medium | None to slow | Low to medium |
| CH | High to very high | None | High |



Copyright ASTM International
Reproduced by IHS under license with ASTM
No reproduction or networking permitted without license from IHS

Sold to:SCHIFFRIN OLSON SCHLEMLEIN, W0245671
Not for Resale,2004/10/7 17:55:9 GMT