U.S. Army Corps of Engineers Research Report Summary, April 2000
Dredging Operations and Environmental Research Program

# Dredging: Innovative Technology

## *Innovations in Dredging Technology: Equipment, Operations, and Management (ERDC TR-DOER-5)*

**ISSUE:** Historically, there has been no programmatic or systematic approach to the demonstration, evaluation, and reporting of new or innovative applications of dredging technology in the U.S. Army Corps of Engineers dredging program. Attempts to exploit innovations developed within and outside the United States have also been random and less than ideal. To take advantage of advances in dredging technology, a contract was awarded to survey and catalogue innovative equipment, operations, and management techniques showing high potential for use in Corps dredging projects.

**RESEARCH:** The objective of the study was to identify foreign and domestic commercial technology that could help in reducing the overall cost of performing and managing dredging products in the Corps. These technologies were to be identified as having a high potential for increasing efficiency or productivity of the dredging operations in order to be selected for evaluation using the following criteria: need in Corps navigation dredging program, positive benefits versus costs, high probability of implementation, and availabliity of co-sponsor.

**SUMMARY:** Initially, a literature review was used to identify the vast array of technologies and categories of equipment and procedures pertaining to dredging operations with emphasis on European applications. Several hundred documents and technologies were researched pertaining to innovative dredging technologies and procedures. A series of site visits were made to several institutions, dredge contractors, port authorities, and project sites in Belgium, the United Kingdom, The Netherlands, and Germany. Ninety-one technology fact sheets were prepared and each fact sheet contains the following types of information about that technology: technology name, category, description, company/organization, projects completed, information sources, and literature references.

The report provides detailed descriptions of 11 of the 91 technologies identified as having promise. By investigating and documenting these solutions and reviewing them relative to the Corps dredging program, there is potential to identify and implement those procedures showing high promise to reduce the cost of conducting dredging operations performed or managed by the Corps.

**AVAILABILITY OF REPORT:** The report is available in .pdf format on the World Wide Web at *http://www.wes.army.mil/el/dots/doer/* and through Interlibrary Loan Service from the U.S. Army Engineer Research and Development Center (ERDC), Waterways Experiment Station (WES) Library, telephone (601) 634-2355.

**About the Authors:** Study Investigators were Messrs. T. Neil McLellan and Robert J. Hopman, Hartman Consulting Corporation, A Subsidiary of Foster Wheeler Environmental Cooperation.
**Point of Contact:** Norman R. Francingues, Principal Investigator, telephone (601) 634-3703 or email *francin@wes.army.mil*.

Please reproduce this page locally, as needed.

# Contents


Preface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . vi

1—Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

2—Discussion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

3—Procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

4—Detailed Evaluations . . . . . . . . . . . . . . . . . . . . . . . . 5

- Underwater Archimedean Screw Vehicle . . . . . . . . . . . . . . 5
- The PUNAISE Dredging System . . . . . . . . . . . . . . . . . . 7
- Hopper Dredge Recirculation System . . . . . . . . . . . . . . . . 10
- DOP Submersible Dredge Pumps . . . . . . . . . . . . . . . . . 11
- Pivoting Gearbox . . . . . . . . . . . . . . . . . . . . . . . . 12
- High-Efficiency Dredge Pumps . . . . . . . . . . . . . . . . . . 14
- The SedErode Measurement System . . . . . . . . . . . . . . . 16
- Nearshore Shelves . . . . . . . . . . . . . . . . . . . . . . . . 17
- Sand Separation Techniques . . . . . . . . . . . . . . . . . . . 19
- River Vanes . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
- Detailed Shoaling Analysis . . . . . . . . . . . . . . . . . . . . 24

5—Other Technology Reviewed . . . . . . . . . . . . . . . . . . . . 29

References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 111

Appendix A: Listing of Technologies by Category . . . . . . . . . . A1

Appendix B: Listing of Technologies by Country . . . . . . . . . . . B1

SF 298

# 1 Introduction

The Dredging Operations and Research Program (DOER) at the Waterways Experiment Station (WES) in Vicksburg, Mississippi, has identified six applied research focus areas to develop technology, methodology, and techniques to ensure that the operational and environmental issues of the U.S. Army Corps of Engineers (Corps) dredging program are met adequately and efficiently. One of the six focus areas is "Innovative Technology."

In the past, there has not been a programmatic or systematic approach to ensure adequate demonstration, evaluation, and reporting of new innovative dredging technology applications. The objective of this study effort is to identify existing technologies, procedures, and management techniques developed domestically and internationally that could help reduce the overall cost of conducting the Corps' dredging operations. The effort documents state-of-the-art innovations in dredging technology and related dredging and dredged material process technologies. Identification focuses on existing technologies that do not require research and development funding for implementation.



Figure 1. Windmills at Kinderdijk, Holland (Hartman Consulting Corporation 1999, used by permission)

# 2 Discussion

The innovative dredging technology task consists of identifying and cataloging innovative dredging operations, processes, or equipment developed by dredging and dredging-related industries worldwide. "Innovative dredging technology" is defined as improved dredging equipment, methods, or operations that do not require research and development. These are "off-the-shelf" products. Candidate technologies with the greatest potential will be demonstrated in the field with DOER providing scientific and engineering expertise for monitoring and evaluation of the demonstration. Candidate technologies will be reviewed based on various criteria. These criteria will include need, positive cost/benefit relationship, high probability of implementation, and availability of a demonstration cosponsor. Candidate technologies must demonstrate a high potential for increasing the efficiency or productivity of dredging operations to be considered for demonstration.

DOER will provide the engineering and scientific expertise to evaluate the demonstration and perform technology transfer. The sponsoring partner, usually a District or Division Office, may provide in-kind services such as equipment rental, mobilization and demobilization of equipment, and other supporting activities. This will allow limited focus area funds to be used strictly for technology evaluation.

This report includes information gathered from various sources in several countries. It is intended to serve as a comprehensive and convenient reference on the various innovative dredging technologies currently available around the world.

# 3 Procedure

The first step in any effort to identify existing dredging techniques, procedures, and management techniques developed by domestic and international interests is the assembly and evaluation of all prior information about the effort. Information gained from a literature search is used to develop a basic profile of innovative technology. Sources of information include brochures, Web pages, periodicals, publications, and technical papers such as the World Organization of Dredging Association (WODA) proceedings. Several hundred documents were reviewed in the innovative dredging technology literature search.

A database was created to record information pertaining to innovative technologies, procedures, or methods obtained throughout the research process. Microsoft Access 97 was selected as a commercially available, state-of-the-art relational database program on which to build the Innovative Dredge Technology Database (database). The database would be used to evaluate investigated technologies, methods, and procedures for applicability to Corps dredging programs and contracts, and to provide a repository for the data that would allow the information to be modified or expanded. The database was structured to individually record detailed information about a technology. Each candidate technology is assigned an individual technology number. Technology details are input in four data input areas (forms):

*a.* Innovative Dredge Technology Data.

*b.* Company/Organization Data.

*c.* Projects Completed with Innovative Technology.

*d.* Information Sources.

Each form provides subareas to input details of the technology. The database can be continuously expanded and individual records modified as new technologies are investigated and more information is found on technologies already recorded. At any time the database can be queried to provide a search on any major subject (i.e., technology category, company, projects completed, cost). Individual database records can be viewed and printed in either the query mode or in report format.

On completion of the literature search, the various organizations that managed or owned promising innovative technologies with potential

application in the Corps dredging program were contacted. Contacts were made in several ways. Questionnaires were provided to a number of organizations including equipment vendors, universities, government agencies, port Districts, research facilities, and the dredging industry. The questionnaire's primary purpose was to define and direct the innovative technology discovery. Other contacts were made by telephone or personal visit. Every effort was made to interact with representatives of organizations that were thought to have an innovative offering, and functional evidence of a proven technology was looked for. In addition, intuition and personal judgment based on experience were used along with direction from the Corps and other expertise. Data were continually updated throughout this information-gathering phase.

# 4 Detailed Evaluations

Of the many documents and technologies pertaining to innovative technology and procedure, 11 were identified by the contractor for detailed evaluations as related to the present and long-term needs of the Corps. This section describes the 11 technologies listed below. Additional technologies are listed in Chapter 5.

- Underwater Archimedean screw vehicle.
- The PUNAISE dredging system.
- Hopper dredge recirculation system.
- DOP submersible dredge pumps.
- Pivoting gearbox.
- High-efficiency dredge pumps.
- The SedErode measurement system.
- Nearshore shelves.
- Sand separation techniques.
- River vanes.
- Detailed shoaling analyses.

## Underwater Archimedean Screw Vehicle

### Background

Harbor Branch Oceanographic Institution, Inc., has constructed and successfully operated an underwater bottom-crawling dredging device called the underwater Archimedean screw vehicle (UASV) (Figure 2). The dredge is designed to surgically remove thin layers of fine-grained materials with an accuracy of 2 to 4 in.

### Potential application

This technology would be useful to private industry as well as the Corps and could result in cost savings of millions of dollars. Currently, the Corps is planning to convert the dredge MCFARLAND to state-of-the-art design with respect to dredging technology under the Repair, Alteration and Modernization Program (RAMP). The Corps recognizes that the recirculation system retrofit has definite merit.

### Cost

The exact cost for retrofitting the McFarland with a recirculation system is undetermined as yet but the benefits are tremendous. The retrofit could entail replacing hull connections, trunnions, dragarms, davits, and winches as well as providing additional pumping capacity. A rough estimate for the cost of the retrofits is $2 million.

**Company/Organization(s):** Access restricted to U.S. Army Corps of Engineers.

## DOP Submersible Dredge Pumps

### Background

De Groot Nijkerk of Nijerk, Holland, has successfully developed a series of submersible dredge pumps called DOP pumps. The DOP pump has many advantages: it is compact, easy to use, and very suitable for restricted working areas; it is capable of very accurate dredging; has a large production capacity due to high mixture concentration; has virtually unlimited suction depth; is easily transportable; and easy to attach to an excavator, crane, or mudcat.

### Technology

The DOP pump is based on existing and well-proven dredge pump design. However, by applying a mechanical seal as shaft sealing instead of the conventional gland, gland water and grease are superfluous. The benefits of the DOP pump include: simpler maintenance, greater deployability, and, due to the lack of extra piping, greater reliability. The impeller is clamped to the pump shaft by means of a tension set. The DOP pump is driven by a hydraulic or electric motor placed directly on the pump. The DOP can be outfitted with various suction mouths such as a cutter unit, jet water ring, dustpan, or auger.

### Current usage

The five types of DOP pumps on the market today have been used successfully at various dredging job sites throughout Europe and other parts of the world.

### Potential application

The DOP pumps could be used in the United States by a number of Corps Districts to:

- Clean harbors, channels, marinas.
- Clean locks.
- Clean sediments behind dams at great depths.
- Clean impounding reservoirs.
- Empty barges.
- Remove silt layers.
- Remove sediments adjacent to pilings, docks, and wharves.

### Cost

The cost of a DOP pump varies depending on its size and the requirements of the job. However, unit cost per cubic yard of material pumped compares favorably to conventional pumping costs.

**Company/Organization(s):** Access restricted to U.S. Army Corps of Engineers.

## Pivoting Gearbox

### Background

IHC Holland has developed a very successful pivoting gearbox that now makes it possible to drive a dredge's ladder pump directly while the support diesel engine remains horizontal (Figure 6).

### Technology

From an energy and efficiency point of view, a pump on the dredge ladder directly driven by a diesel engine is far better than either the hydraulic or electric submerged pump drives most common on the market today for

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation<br><br>v.<br><br>THE UNITED STATES | NO. 04-487<br><br>(J. Block) |

**DECLARATION OF STEVEN P. BRANNON**

I, STEVEN P. BRANNON, make the following declaration in accordance with 28 USC § 1746. I am aware that this declaration will be used in the United States Court of Federal Claims and that this declaration is the legal equivalent of a statement under oath.

1. I am president of American Construction Company ("American"). American is a marine construction company based in western Washington state, performing dredging and pile driving projects, among others. In November 1998, I reviewed the contract documents published by the US Army Corps of Engineers for the King Cove Harbor Improvements Project located in King Cove, Alaska. That review included the test pit logs and soil boring logs contained in Section 02222 of the specifications for the project. I then prepared an estimate for American to perform the dredging work on the project, using



SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle WA 98101
(206) 448-8100 Fax (206) 448-8514

clamshell dredging techniques. In preparing that estimate and determining American's likely productivity, I relied on the information found in the test pit and soil boring logs, which indicated to me loose material, comprised primarily of sand and gravel, with few cobbles and which should be easily dredged. A copy of my November 10, 1998 letter, which was sent to the general contractors bidding on the project, including Red Samm Construction, Inc., is attached as Ex. A. (Handwritten notations on this copy of my letter are by others.)

2. At Red Samm's request, American provided a revised price in December 2000 to complete the balance of the dredging work with our clamshell operation. Due to our understanding at this time of the much more difficult conditions to be encountered and likely weather conditions, our revised price was considerably higher than originally bid. Attached as Ex. B is a copy of my December 17, 2000 letter to Red Samm outlining our revised quote.

I have read the foregoing declaration and I certify under penalty of perjury that it is true and correct.

Executed at Everett, Washington, this 2nd day of May, 2006.

[signature]

STEVEN P. BRANNON, President



SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle WA 98101
(206) 448-8100 Fax (206) 448-8514

**AMERICAN CONSTRUCTION COMPANY**

November 10, 1998

To: General Contractors

Re: Harbor Improvements, King Cove, Alaska
Dredging Quote

Dear Contractors:

We offer to perform the dredging and disposal work outlined in Section 02222 for the following pricing:

| Bid Item No. | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 1 | Mob/Demob | 1 LS | ------ | $ 610,000 |
| 5a | Dredge/Dispose | ~~134,000~~ 134,100 CY (Am #1) | $4.15 | $ ~~556,100~~ 556,515 |
| 5b | Dredge/Dispose | 10,800 CY | $4.15 | $ 44,820 |
| | | TOTAL BASE BID | | ~~$1,210,920~~ 1,211,335 |
| 1Aa | Dredge/Dispose | 20,700 CY | $4.15 | $ 85,905 |
| 1Ab | Dredge/Dispose | 2,000 CY | $4.15 | $ 8,300 |
| | | TOTAL OPTIONAL BID | | $ 94,205 |
| 2Aa | Dredge/Dispose | 116,700 CY | $4.15 | $ 484,305 |
| 2Ab | Dredge/Dispose | 8,300 CY | $4.15 | $ 34,445 |
| | | TOTAL OPTIONAL BID | | $ 518,750 |

292,600 cy

1,824,290 = 6.235/cy

1,214,290 w/o Mobe

*Marine Construction Dredging Pile Driving*

411-13TH STREET • EVERETT, WASHINGTON 98201 • PHONES-EVERETT (425) 259-0118, SEATTLE (206) 623-0114- FAX (425) 339-4155
CONTRACTORS LIC NO. 223-01-AM-ER-IC*372 NO

EXHIBIT A

To: General Contractors
Re: Harbor Improvements, King Cove, Alaska
Dredging Quote
November 10, 1998
Page Two

The following conditions apply to this proposal:

1) All work will be in accordance with the plans and specifications.
2) All hydrographic surveys are to be performed and paid for by others, including the daily soundings referred to in Section 01016, Paragraph 1.22.
3) The measurement for payment will as detailed in Section 01026. The measurement for payment for progress estimates is to be based on 85% of barge measurement.
4) We are planning on performing our dredging work during the summer of 1999, after June 15.
5) We have not included any costs associated with the silt curtain or related water sampling (Section 01016, Paragraphs 1.17, 1.17.1, 1.17.2, 1.17.3, 1.17.4, and 1.17.5).
6) We exclude any costs associated with Section 01451. (CQC)
7) The General Contractor is to provide and pay for accommodations and meals for our crew. These are to be equal to that which you provide to your own employees. We will have a total 5 employees on site, working 24-hours per day, seven days per week. The approximate durations are 10 weeks for the Base Bid work, 1 week for Optional Item No. 1, and 6 weeks for Optional Item No. 2. * = 595 m-days = 17 weeks
8) We have included the cost of a performance and payment bond.
9) We have not seen any Amendments.
10) The enclosed General Conditions are applicable to this work.

Thank you for the opportunity to quote on this work. Feel free to call should you have any questions or comments.

Sincerely:

American Construction Co., Inc.

[signature]

Steven P. Brannon,
President

Enclosure

* Room & Board Cost:
- Room - 2 apt @ $1,000/mo x 4 mo = 8,000
- Board - 5 men @ $1,000/mo x 4 mo = 25,000
33,000
= 55.46/m-day
= #0.113/cy

File Name: S:\Dredging Quotes\King Cove Dredging, 11-10-98

**AMERICAN**
**CONSTRUCTION COMPANY**

December 17, 2000

Red Samm Construction, Inc.
P. O. Box 3097
Bellevue, WA 98009

Attn: Mr. David P. Heeter,
Vice-President

Re: Harbor Improvements, King Cove, Alaska
Dredging Work

Dear Dave:

As we discussed, we have reviewed our pricing for the dredging work in King Cove based on your description of the material. Instead of easy digging conditions, the basin is filled with cobbles. Obviously, these rocks make the digging much slower and extremely more expensive.

As a result of these new conditions and the need to mobilize in the winter, our pricing must be revised as follows:

| Bid Item No. | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| A | Mob Demob | 1 LS | ------- | $ 975,000 |
| B | Dredge Dispose | 250,000 CY | $7.55 | $1,887,500 |
| | | | TOTAL BID | $2,862,500 |

The following conditions apply to this proposal:

1) All work will be in accordance with the plans and specifications.
2) All hydrographic surveys are to be performed and paid for by others, including the daily soundings referred to in Section 01016, Paragraph 1.22.
3) The measurement for payment will as detailed in Section 01026. The measurement for payment for progress estimates is to be based on 85% of barge measurement.
4) We will be at the site on approximately March 1, 2001, and estimate that the work will require about 17 weeks.
5) We have not included any costs associated with the silt curtain or related water sampling (Section 01016, Paragraphs 1.17, 1.17.1, 1.17.2, 1.17.3, 1.17.4, and 1.17.5).
6) We exclude any costs associated with Section 01451.

EXHIBIT B

*Marine Construction Dredging Pile Driving*

411-13TH STREET • EVERETT, WASHINGTON 98201 • PHONES-EVERETT (425) 259-0118, SEATTLE (206) 623-0114- FAX (425) 339-4155

CONTRACTORS LIC NO. 223-01-AM-ER-IC*372 NO.

Red Samm Construction, Inc.
December 17, 2000
Page Two

7) You are to provide and pay for accommodations and meals for our crew. These are to be equal to that which you provide to your own employees. We will have a total 5 employees on site, working 24-hours per day, seven days per week.
8) We have included the cost of a performance and payment bond.
9) We have seen Amendment No. 0001.
10) The enclosed General Conditions are applicable to this work.

Dave, I realize that these prices are expensive, but I am nervous about traveling to the site in winter and about dredging the cobble material. Feel free to call should you have any questions or comments.

Sincerely,

American Construction Co., Inc.

Steven P. Brannon

Steven P. Brannon.
President

Enclosure

File Name: [illegible] Dredging [illegible] King Cove Dredging. Revised Pricing. 12-17-00