# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation<br><br>v.<br><br>THE UNITED STATES | NO. 04-487<br><br>NOTICE OF FILING |

Pursuant to the court's order in the above matter dated September 21, 2006, the parties have agreed that plaintiff's counsel shall transmit to the court a compact disk and three sets of hard copies of the following documents:

1. Bidding Documents, Contract DACW85-98-B-0022, King Cove Harbor Improvement Project (EN 009456-9714).

2. Fully Executed Solicitation, Offer and Award (RSC00004-8)

3. Contract Modifications 1-15 (RSC01140-1, CT 000775-6, RSC01148, RSC01158-9, RSC01161, RSC01164-5, RSC01167, RSC01178-81, RSC01233-55, RSC01257-9, CT000554-6, CT000526-8, RSC01266-8, RSC012713, CT000482485).



SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle WA 98101
(206) 448-8100 Fax (206) 448-8514

DATED this 25th day of September 2006.

s/ James T. Hopkins
JAMES T. HOPKINS
Schiffrin Olson Schlemlein & Hopkins
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Washington, DC 20005
Tel. (206) 448-8100
Fax (206) 448-8514
Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

FRANKLIN E. WHITE Jr.
Assistant Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-7586
Fax (202)514-7969
Attorneys for Defendant



**SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.**
1601 Fifth Avenue, Suite 2500
Seattle WA 98101
(206) 448-8100 Fax (206) 448-8514

**DECLARATION OF SERVICE**

I, Carolee Crocker, do hereby declare that:

1. I am an employee of Schiffrin Olson Schlemlein & Hopkins, P.L.L.C., and am now, and at all times material hereto was, a citizen of the United States and a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-referenced action and competent to testify hereto.

2. On the date set forth below, I caused to be served a copy of the foregoing **Notice of Filing** upon the following party in the manner indicated:

J. Reid Prouty
Department of Justice
1100 L Street NW
11th Floor
Washington, DC 20530

( ) VIA U.S. MAIL
( ) VIA FAX: (202) 305-2118
(x) VIA EMAIL j.reid.prouty@usdoj.gov
( ) VIA OVERNIGHT DELIVERY

I declare under the penalty of perjury of the laws of the State of Washington that the foregoing is true and correct.

Executed at Seattle, Washington this 27th day of September, 2006.

Carolee Crocker
Carolee Crocker



SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle WA 98101
(206) 448-8100 Fax (206) 448-8514