# In the United States Court of Federal Claims

**No. 04-487 C**

**Filed: September 28, 2006**

**TRAVELERS CASUALTY and SURETY COMPANY OF AMERICA**
**Plaintiff**

**v.**

**THE UNITED STATES**
**Defendant**

**Binder containing documents relating to Contract No. DACW85-98-B-0022**

The above document has been filed in the Clerk's Office in hard copy and is not available electronically. To view this document, please contact the Clerk's Office at (202) 357-6406 between the hours of 8:45 am and 5:15 pm Eastern time.