**14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code)**

RED SAMM CONSTRUCTION
P.O. BOX 3091
BELLEVUE WA 98009

CODE FACILITY CODE

**15. TELEPHONE NO. (Include area code)** 425-827-2955

**16. REMITTANCE ADDRESS (Include only if different than Item 14)**

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ____ calendar days after the date offers are due. (Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)

**AMOUNTS** ▶ SEE BID SCHEDULE - PAGE BS-1 thru BS-2

18. The offeror agrees to furnish any required performance and payment bonds.

## 19. ACKNOWLEDGMENT OF AMENDMENTS

(The offeror acknowledges receipt of amendments to the solicitation – give number and date of each)

| AMENDMENT NO. | 0001 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 10.22.98 | | | | | | | | | |

**20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)** DAVID P. HEETER VICE PRES

**20B. SIGNATURE** David P. Heeter

**20C. OFFER DATE** 10 Nov 98

## AWARD (To be completed by Government)

**21. ITEMS ACCEPTED:**

See contract schedule SC-1,2 -
Per SCR-100, Continuing Contract, $10,000.00 is being made available
Items 1 thru 8 (CS-1)

**22. AMOUNT** $ 5,440,000.00

**23. ACCOUNTING AND APPROPRIATION DATA** $10,000.00 per SCR-100
96NAX 3122.0000 J4X 082431087738 969513200 001ZBX

**24. SUBMIT INVOICES TO ADDRESS SHOWN IN** (4 copies unless otherwise specified) ▶ **ITEM**

**25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO**

☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253(c)( )

**26. ADMINISTERED BY** CODE

U.S. Army Engineer District, Alaska
P.O. Box 898
Anchorage, Alaska 99506-0898

**27. PAYMENT WILL BE MADE BY**

USAED, Alaska
c/o USACE Finance Center
5720 Integrity Drive
Millington, TN. 38054-5005

## CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

☐ 28. NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ______ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract.

☒ 29. AWARD (Contractor is not required to sign this document.) Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

**30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN (Type or print)**

**31A. NAME OF CONTRACTING OFFICER (Type or print)** Daniel A. Cross

**30B. SIGNATURE**

**30C. DATE**

**31B. UNITED STATES OF AMERICA** BY D.A. Cross

**31C. AWARD DATE** 14 Dec 98

52