# The United States Court of Federal Claims

**No: 04-487 C**
October 26, 2006

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**ORDER**

The clerk of the court is ordered to have the digitally-recorded proceeding dated October 11, 2006, re-transcribed. The clerk shall provide the transcribing company the attached copy of the transcript to assist in the new transcription. The court has marked items in yellow that it believes the previous transcript lacked, and marked items in blue that it believes should be removed.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**