IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-487C<br>(Judge Block) |

JOINT STATUS REPORT

Pursuant to the Court's order, dated April 16, 2007, the parties present this joint status report to inform the Court of the status of settlement negotiations in this case.

We are pleased to inform the Court that the parties have reached a tentative agreement to settle this case, subject to final authorization at the Department of Justice. The parties anticipate that the settlement approval authority will make his determination no later than June 14, 2007 and propose to submit a subsequent joint status report on or before that date.

Respectfully submitted,

s/ James T. Hopkins
JAMES T. HOPKINS
Schiffrin Olson Schlemlein & Hopkins
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Washington, DC 20005
Tel. (206) 448-8100
Fax (206) 448-8514
Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR
Assistant Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-7586
Fax (202)514-7969
Attorneys for Defendant

May 16, 2007