IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-487C (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT

Defendant, the United States, respectfully requests an extension of time of seven days, until June 21, 2007 for the parties to file the Joint Status Report directed by the Court's May 21, 2007 order. The joint status report is presently due on June 14, 2007.

We request this extension of time because, despite both parties' efforts, we have been unable to discuss the report. This is because plaintiff's counsel, Mr. Hopkins, is away from his office and the attorney that he designated to act in his stead is away from this office today, as well. In the meantime, Government counsel has been away from the office for trial in West Palm Beach, Florida, for the case of SGS-92-X003 v. United States, (Fed. Cl. No. 97-579). Although the parties have attempted to discuss the matter, we have been unsuccessful.

Accordingly, we respectfully request that the Court grant this seven day extension of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR
Assistant Director

s/ J. Reid Prouty / by s/ Claudia Burke
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-7586
Fax (202)514-7969

June 14, 2007

Attorneys for Defendant