# The United States Court of Federal Claims

**No: 04-487 C**
July 16, 2007

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**ORDER DIRECTING ENTRY OF JUDGMENT**

Having considered the parties' [41] "Stipulation for Entry of Final Judgment against the United States," the clerk of the court is hereby ORDERED to enter judgment.

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**