# In the United States Court of Federal Claims

**No. 04-487 C**

**TRAVELERS CASUALTY AND**
**SURETY COMPANY OF AMERICA,**
**a Connecticut corporation**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the parties' stipulation for entry of judgment, filed July 12, 2007, and the judge's order directing entry of judgment, filed July 16, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $1,925,000.00 , inclusive of interest, with each party to bear its own costs, attorney fees and expenses.

[For the purpose of 41 U.S.C. §612(c). the applicable agency is the United States Army Corps of Engineers, Contract No. DACW85-99-C-003.]

Brian Bishop
Clerk of Court

July 17, 2007 By: s/ Debra L. Samler

Deputy Clerk