United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

COPY

December 11, 2007

James T. Hopkins, Esq.

Schiffrin Olson Schlemlein & Hopkins

1601 Fifth Avenue, Suite 2500

Seattle, WA 98101

In re: Travelers Casualty and Surety Co. Of America , a Connecticut Corp. v. United States, No. 04-487 C

Dear Mr. Hopkins:

I am enclosing the 28 U.S.C. §2517 certified transcripts of judgment, dated July 19, 2007, in favor of plaintiff, in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: Jonathan Reid Prouty, Esq., Dept. Of Justice